# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated;<br><br>*Plaintiff(s)*<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.;<br><br>*Defendant(s)* | Civil Action No. 5:20-CV-5761 VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Google LLC
    c/o A Registred Agent, Inc.
    8 The Green, Suite A
    Dover, DE 19901

    (Additional Names and Addresses continued on Attachment)

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael E. Klenov
    505 N. 7th Street, Suite 3600
    St. Louis, MO  63101

    (Names and Addresses of Additional Counsel continued on Attachment)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                             *CLERK OF COURT*
                                             SUSAN Y. SOONG

Date: August 19, 2020                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-5761   VKD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                      *Server's signature*

                                                  _____
                                                      *Printed name and title*

                                                  _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS**

**Additional Names and Addresses of Defendants**

5:20-CV-05761 VKD

GOOGLE PAYMNT CORP.
c/o Corporation Service Company
251 Little Fall Drive
Wilmington, DE 19808

GOOGLE IRELAND LIMITED
Gordon House
Barrow Street
Dublin 4
D04 E5W5

GOOGLE COMMERCE LIMITED
70, Sir John Rogerson's Quay,
Dublin 2
D02 R296

GOOGLE ASIA PACIFIC PTE. LIMITED
Asia Square 1-8 Marina View
#30-01, 018960, Singapore

# ATTACHMENT TO SUMMONS

## Additional Names and Addresses of Counsel for Plaintiffs

5:20-CV-05761 VKD

Stephen M. Tillery
Jamie Boyer
Carol O'Keefe
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101

George A. Zelcs
Robert E. Litan
Randall P. Ewing, Jr.
Jonathon D. Byrer
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Karma M. Giulianelli,
Glen E. Summers
BARTLIT BECK LLP
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202

Ann Ravel
MCMANIS FAULKNER
Fairmont Plaza, 10th Floor, 50 West San Fernando Street
San Jose, CA 95113