# EXHIBIT B

# Supreme Court of Florida

## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### RANDALL P. EWING JR.

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **APRIL 19, 2010,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this August 5, 2020.*

_____

*Clerk of the Supreme Court of Florida*