UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No.   20-cv-05761-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATIONS FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Re: Dkt. Nos. 6, 7 |

George A. Zelcs and Randall P. Ewing apply for admission *pro hac vice* on behalf of plaintiff. Attorneys who seek admission *pro hac vice* must submit an application that, among other things, identifies co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L.R. 11-3(a)(3). The present application identifies Ann Ravel as co-counsel, but Ms. Ravel does not appear on the membership rolls of the bar of this Court. Accordingly, the application for admission *pro hac vice* is denied without prejudice to the submission of an application that complies with Civil L.R. 11-3.

Ms. Ravel is referred to the Admission to Practice page on the Northern District of California's website (https://cand.uscourts.gov/attorneys/admission) and shall promptly advise the Court of any change in her Northern District of California bar admission status. If Ms. Ravel believes that there has been an error with respect to her membership status, she should contact the Attorney Admissions Deputy Clerk at admissioninfo@cand.uscourts.gov or 415-522-2060, to correct any error.

///

///

**IT IS SO ORDERED.**

Dated: August 19, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge