UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carr )
) Case No: 5:20-CV-5761
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Google LLC, et al. ) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )
)

I, Jamie L. Boyer, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Ann Ravel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Fairmont Plaza, 10th Floor<br>50 W. San Fernando St<br>San Jose, CA 95113 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>314-241-4844 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>408-279-8700 |
| MY EMAIL ADDRESS OF RECORD:<br>jboyer@koreintillery.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>aravel@mcmanislaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6281611.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/24/2020

Jamie L. Boyer
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                              *October 2012*