UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carr

        Plaintiff(s),

v.

Google LLC, et al.

        Defendant(s).

Case No: 5:20-CV-5761

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jamie L. Boyer, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Ann Ravel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 505 N. 7th Street, Suite 3600<br>St. Louis, MO  63101 | Fairmont Plaza, 10th Floor<br>50 W. San Fernando St<br>San Jose, CA  95113 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| 314-241-4844 | 408-279-8700 |
| My email address of record: | Local co-counsel's email address of record: |
| jboyer@koreintillery.com | aravel@mcmanislaw.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6281611.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/24/2020

                Jamie L. Boyer
                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 24, 2020

                *Virginia K. DeMarchi*
                UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE