UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CARR, et al., )
                                                    ) Case No: 5:20-CV-5761
                  Plaintiff(s),     )
                                                    ) **APPLICATION FOR**
       v.                                       ) **ADMISSION OF ATTORNEY**
                                                    ) **PRO HAC VICE**
GOOGLE LLC, et al.,             ) (CIVIL LOCAL RULE 11-3)
                                                    )
                  Defendant(s).  )

I, CAROL L. O'KEEFE, an active member in good standing of the bar of NY, 4th APPELLATE DIV., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the PLAINTIFF in the above-entitled action. My local co-counsel in this case is ANN RAVEL, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| KOREIN TILLERY | MCMANIS FAULKNER |
| 505 No. 7th Street, Ste. 3600 | 50 W. San Fernando St., 10th FL |
| St. Louis, MO  63101 | San Jose, CA  95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 241-4844 | (408) 279-8700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cokeefe@koreintillery.com | aravel@mcmanisfaulkner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2106169.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/27/20                                        /s/ CAROL L. O'KEEFE
                                                                        APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of CAROL L. O'KEEFE is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE