UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CARR, et al.,

            Plaintiff(s),

v.

GOOGLE LLC, et al.,

            Defendant(s).

Case No: 5:20-CV-5761

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, STEPHEN M. TILLERY, an active member in good standing of the bar of ILLINOIS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the PLAINTIFF in the above-entitled action. My local co-counsel in this case is ANN RAVEL, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
KOREIN TILLERY
505 No. 7th Street, Ste. 3600
St. Louis, MO  63101

MY TELEPHONE # OF RECORD:
(314) 241-4844

MY EMAIL ADDRESS OF RECORD:
stillery@koreintillery.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
MCMANIS FAULKNER
50 W. San Fernando St., 10th FL
San Jose, CA  95113

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(408) 279-8700

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
aravel@mcmanisfaulkner.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2834995.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/28/20

/s/ STEPHEN M. TILLERY
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of STEPHEN M. TILLERY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 28, 2020

*Virginia K. DeMarchi*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE