Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice forthcoming*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Willard K. Tom, *pro hac vice forthcoming*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 5:20-cv-05761-BLF<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF FILING** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 5:20-cv-05761-BLF
DEFENDANT GOOGLE LLC'S NOTICE OF FILING

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 31, 2020, Judge Chen filed a Sua Sponte Judicial Referral For Purposes of Determining Relationship of Cases ("Sua Sponte Judicial Referral") in *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR ("*Cameron*") at ECF No. 114 and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic-Google*") at ECF No. 25 to consider potential relation of *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 20-cv-05792-EMC in *Cameron* and *Epic-Google*. On September 3 and 4, 2020, Defendant Google LLC ("Google") filed Responses to the Sua Sponte Judicial Referral in *Cameron* and *Epic-Google*, both of which include references to the above-captioned case. A true and correct copy of the Response filed in *Cameron* is attached hereto as **Exhibit A**, and a true and correct copy of the Response filed in *Epic-Google* is attached hereto as **Exhibit B**. These Responses are also available at *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR at ECF No. 115 and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic-Google*") at ECF No. 32.

Dated: September 4, 2020

By   */s/ Brian C. Rocca*
Brian C. Rocca
MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendant Google LLC*