George A. Zelcs (*pro hac vice*)
　gzelcs@koreintillery.com
Robert E. Litan (*pro hac vice*)
　rlitan@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
　rewing@koreintillery.com
Jonathon D. Byrer (*pro hac vice*)
　jbyrer@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Karma M. Giulianelli, CA Bar #184175
　karma.giulianelli@bartlitbeck.com
Glen E. Summers, CA Bar # 176402
　glen.summers@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

Stephen M. Tillery (*pro hac vice*)
　stillery@koreintillery.com
Jamie Boyer (*pro hac vice*)
　jboyer@koreintillery.com
Michael E. Klenov, CA Bar #277028
　mklenov@koreintillery.com
Carol O'Keefe (*pro hac vice*)
　cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Ann Ravel
　aravel@mcmanisfaulkner.com
**MCMANIS FAULKNER**
Fairmont Plaza, 10th Floor, 50 West San Fernando Street
San Jose, CA  95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiffs,<br><br>　vs.<br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.;<br><br>　　　　Defendants. | CASE NO. 5:20-cv-05761-BLF<br><br>**PLAINTIFF MARY CARR'S NOTICE OF FILING RESPONSE TO *SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on August 31, 2020, Judge Chen filed a *Sua Sponte* Judicial Referral For Purposes of Determining Relationship of Cases ("Judicial Referral") in *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR ("*Cameron*") at ECF No. 114, and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic*") at ECF No. 25, to consider potential relation of *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 20-cv05792-EMC.

On September 3 and 4, 2020, Defendant Google LLC ("Google") filed Responses to the Judicial Referral in *Cameron* and *Epic*, which referenced the above-captioned case as potentially related to those lawsuits. Also on September 4, 2020, Google filed a Notice of Filing in the above-captioned case, which included the *Cameron* and *Epic* Responses as exhibits. (ECF No. 26, Def. Google, LLC's Not. of Filing).

On September 8, 2020, Plaintiff Mary Carr, on behalf of herself and all others similarly situated, filed a Response to *Sua Sponte* Judicial Referral for Purposes of Determining Relationship of Cases. Pursuant to Local Rule 3-12, Plaintiff Carr's Response was filed in the *Epic* lawsuit and can be found at ECF No. 34. Additionally, a full and complete copy of Plaintiff Carr's Response, including exhibits, is attached hereto as Exhibit 1.

Dated: September 9, 2020                s/ Jamie L. Boyer

George A. Zelcs *(pro hac vice)*
Robert E. Litan *(pro hac vice)*
Randall P. Ewing *(pro hac vice)*
Jonathon D. Byrer *(pro hac vice)*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Jamie L. Boyer *(pro hac vice)*
Michael E. Klenov, CA Bar #277028
Carol L. O'Keefe *(pro hac vice)*
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

Karma M. Giulianelli, CA Bar #184175
Glen E. Summers, CA Bar # 176402
BARTLIT BECK LLP
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

Ann Ravel
MCMANIS FAULKNER
Fairmont Plaza, 10th Floor, 50 West San Fernando Street
San Jose, CA  95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2020, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's electronic filing and notification system.

/s/ Jamie L. Boyer