| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice forthcoming*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice forthcoming*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendant*
*Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>                Defendants. | Case No. 5:20-cv-05761-BLF<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF FILING** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

Case No. 5:20-cv-05761-BLF
DEFENDANT GOOGLE LLC'S NOTICE OF FILING

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 9, 2020, Defendant Google LLC ("Google") filed an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") in *Feitelson et al. v. Google Inc.*, No. 5:14-cv-02007-BLF at ECF No. 56. A true and correct copy of Google's Administrative Motion is attached hereto as **Exhibit A**.

Dated:  September 9, 2020                    By  */s/ Brian C. Rocca*
                                                  Brian C. Rocca
                                                  MORGAN, LEWIS & BOCKIUS LLP

                                                  *Attorneys for Defendant*
                                                  *Google LLC*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                   Case No. 5:20-cv-05761-BLF
DEFENDANT GOOGLE LLC'S NOTICE OF FILING