| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice forthcoming*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice forthcoming*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>              v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>              Defendants. | Case No. 3:20-cv-05761-JD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GOOGLE LLC AND GOOGLE PAYMENT CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-05761-JD
STIPULATION FOR EXTENSION OF TIME FOR GOOGLE LLC
AND GOOGLE PAYMENT CORP. TO RESPOND TO COMPLAINT

Plaintiff Mary Carr ("Plaintiff") and Defendants Google LLC and Google Payment Corp. ("Defendants"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiff filed its Complaint on August 16, 2020;

WHEREAS, it appears Google LLC was served with the Complaint on September 8, 2020, and counsel for the parties are meeting and conferring about service of process as to other Defendants;

WHEREAS, the time to respond for Google LLC to the Complaint (ECF No. 1) is presently September 29, 2020;

WHEREAS, in a related action (*Pure Sweat Basketball, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05792-JD), the parties have stipulated that Google LLC and Google Payment Corp. shall respond to that complaint on or before October 26, 2020;

WHEREAS, the parties agree that an extension to October 26, 2020, for Google LLC and Google Payment Corp. to respond to the Complaint will not alter or otherwise impact any deadline already fixed by the Court;

WHEREAS, the parties agree that additional time may help facilitate an efficient sequencing of case events, including with respect to service of process, and an orderly process for briefing any motions related to the Complaint;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, stipulate as follows:

1. Google LLC and Google Payment Corp. shall file their response to the Complaint on or before October 26, 2020.

2. The parties anticipate further coordination in due course about service of process and a mutually agreeable schedule for upcoming case activity (subject to the Court's approval).

**IT IS SO STIPULATED.**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                                              Case No. 3:20-cv-05761-JD
STIPULATION FOR EXTENSION OF TIME FOR GOOGLE LLC
AND GOOGLE PAYMENT CORP. TO RESPOND TO COMPLAINT

Dated: September 14, 2020	By	*/s/ Brian C. Rocca*[1]
					Brian C. Rocca
					MORGAN, LEWIS & BOCKIUS LLP

					*Attorneys for Defendants*


Dated: September 14, 2020	By	*/s/ Jamie L. Boyer*
					Jamie L. Boyer
					KOREIN TILLERY LLC

					*Attorneys for Plaintiff*

---

[1] Brian Rocca, the filer of this document, attests that he obtained the agreement of Jamie Boyer.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2	Case No. 3:20-cv-05761-JD
STIPULATION FOR EXTENSION OF TIME FOR GOOGLE LLC
AND GOOGLE PAYMENT CORP. TO RESPOND TO COMPLAINT