| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice pending*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice pending*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE OF RISHI P. SATIA** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-05761-JD

NOTICE OF APPEARANCE OF RISHI P. SATIA

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rishi P. Satia of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC and Google Payment Corp.  Mr. Satia is admitted to practice in the State of California and before this Court.  His address, telephone, facsimile, and email address are as follows:

>Rishi P. Satia, Bar No. 301958
>MORGAN, LEWIS & BOCKIUS LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105-1596
>Telephone: (415) 442-1000
>Facsimile: (415) 442-1001
>Email: rishi.satia@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated:  September 14, 2020                   By   */s/ Rishi P. Satia*
                                                  Rishi P. Satia
                                                  MORGAN, LEWIS & BOCKIUS LLP

                                                  *Attorneys for Defendants*
                                                  *Google LLC and Google Payment Corp.*