| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br>  gzelcs@koreintillery.com<br>Robert E. Litan (*pro hac vice*)<br>  rlitan@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>  rewing@koreintillery.com<br>Jonathon D. Byrer (*pro hac vice*)<br>  jbyrer@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 | Stephen M. Tillery (*pro hac vice*)<br>  stillery@koreintillery.com<br>Jamie Boyer (*pro hac vice*)<br>  jboyer@koreintillery.com<br>Michael E. Klenov, CA Bar #277028<br>  mklenov@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>  cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |
| Karma M. Giulianelli, CA Bar #184175<br>  karma.giulianelli@bartlitbeck.com<br>Glen E. Summers, CA Bar # 176402<br>  glen.summers@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St. Suite 1200,<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>Facsimile:  (303) 592-3140 | Ann Ravel<br>  aravel@mcmanisfaulkner.com<br>**MCMANIS FAULKNER**<br>Fairmont Plaza, 10th Floor, 50 West San Fernando Street<br>San Jose, CA  95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiffs,<br><br>　vs.<br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.;<br><br>　　　　Defendants. | CASE NO. 5:20-cv-05761-JD<br><br>**PLAINTIFF MARY CARR'S NOTICE OF FILING OPPOSITION TO GOOGLE, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on September 9, 2020, Google, LLC ("Google") filed an Administrative Motion to Consider Whether Cases Should Be Related ("Motion") in *Feitelson, et al. v. Google, Inc.*, Case No. 5:14-cv-02007 BLF ("*Feitelson*"). Google's Motion can be found at *Feitelson* ECF Doc. No. 56. One of the cases Google indicated may be related to *Feitelson* is the above-captioned case.

On September 14, 2020, Plaintiff Mary Carr, on behalf of herself and all others similarly situated, filed an Opposition to Google's Motion. Pursuant to Local Rule 3-12, Plaintiff Carr's Opposition was filed in the *Feitelson* lawsuit and can be found at *Feitelson* ECF Doc. No. 57. A full and complete copy of Plaintiff Carr's Opposition, including exhibits, is attached as Exhibit 1.

Dated: September 15, 2020              s/ Jamie L. Boyer

George A. Zelcs *(pro hac vice)*
Robert E. Litan *(pro hac vice)*
Randall P. Ewing *(pro hac vice)*
Jonathon D. Byrer *(pro hac vice)*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Jamie L. Boyer *(pro hac vice)*
Michael E. Klenov, CA Bar #277028
Carol L. O'Keefe *(pro hac vice)*
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Karma M. Giulianelli, CA Bar #184175
Glen E. Summers, CA Bar # 176402
BARTLIT BECK LLP
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Ann Ravel
MCMANIS FAULKNER
Fairmont Plaza, 10th Floor, 50 West San Fernando Street
San Jose, CA  95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

### **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 15, 2020, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's electronic filing and notification system.

    /s/ Jamie L. Boyer