AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Mary Carr, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-cv-5761 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARY CARR                                                                  .

Date:      10/07/2020

/s/ Michael E. Klenov
*Attorney's signature*

Michael E. Klenov - 277028
*Printed name and bar number*

KOREIN TILLERY
505 North 7th Street, Suite 3600
St. Louis, MO 63101
*Address*

mklenov@koreintillery.com
*E-mail address*

(314) 241-4844
*Telephone number*

(314) 241-3525
*FAX number*