AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Mary Carr, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-5761 |
| Google LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - MARY CARR, individually and on behalf of all others similarly situated.

Date:   10/07/2020

/s/ Glen E. Summers
*Attorney's signature*

Glen E. Summers -  176402
*Printed name and bar number*

Bartlit Beck LLP
1801 Wewatta Sreet, Suite 1200
Denver, CO 80202
*Address*

glen.summers@bartlitbeck.com
*E-mail address*

(303) 592-3115
*Telephone number*

(303) 592-3140
*FAX number*