UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CARR, et al.,

Plaintiff(s),

v.

GOOGLE LLC et al.,

Defendant(s).

Case No: 3:20-cv-05761

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Willard K. Tom, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google LLC and Google Payment Corp. in the above-entitled action. My local co-counsel in this case is Brian C. Rocca, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market Street, Spear Street Tower<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 739-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>willard.tom@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>brian.rocca@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 297564.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/14/20

/s/ Willard K. Tom
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Willard K. Tom is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE