# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  October 8, 2020                                       Judge:  Hon. James Donato

Time:  15 Minutes

Case Nos.      **RELATED ACTIONS:**
**C-20-05671-JD Epic Games, Inc. v. Google LLC et al.**
**C-20-05761-JD Carr v. Google LLC et al**
**C-20-05792-JD Pure Sweat Basketball, Inc. v. Google LLC et al**

Attorney(s) for Plaintiff(s):      Steve W. Berman
                                   Yonatan Even
                                   Gary Bornstein
                                   Bonny E. Sweeney on behalf of Peekya Services, Inc
                                   Jamie Boyer
Attorney(s) for Defendant(s):      Brian Rocca

Deputy Clerk:  Lisa R. Clark                                 Court Reporter:  Marla Knox

### PROCEEDINGS

Initial Case Management Conference – Held (by Zoom)

### NOTES AND ORDERS

The Court will not order a full consolidation of all the related cases at this time.  Consolidation for all pre-trial and trial purposes is limited to *Carr*, 20-5761, and *Pure Sweat*, 20-5792, as well as *Peekya Services*, 20-6772, which is related without opposition.  Plaintiffs in those cases will file a consolidated amended complaint by October 21, 2020.

All parties are directed to meet and confer by October 13, 2020, on the issues of case scheduling, coordinated discovery, and coordinated briefing.  For motion practice, all common issues should be briefed jointly, with add-on briefs of 5 pages or less for any individualized issues.  Reasonable requests for extra pages for the common briefs are likely to be approved, but the requests must be made before the briefs are filed.  For general guidance on coordination, the parties are directed to the coordination orders that were entered in *In re Capacitors*, Case No. 14-cv-3264-JD.

Proposed protective orders and ESI orders must follow the forms approved by the Northern District of California, unless all parties agree to modifications as appropriate for these cases.

The parties should review the Court's recent decisions on sealing motions under Civil L.R. 79-5. Motions to seal that do not conform to the letter and spirit of these orders will be summarily denied.

The parties will file a joint proposed plan on these issues by October 16, 2020.

Discovery will not be stayed on the basis that a motion to dismiss is pending.

The Court anticipates that it will hold concurrent expert proceedings, known informally as hot tubs, as it did in the *Capacitors* case, No. 14-3264. The parties are encouraged to review the orders entered there for guidance. Proposals for modifications are welcome.

Pending further order, the Court will regularly hold status conferences to make sure this litigation stays on track. The next conference is set for October 29, 2020, at 10:30 a.m.