# EXHIBIT A



# State of Colorado

STATE OF COLORADO, ss:

I, ~~Cheryl Stevens~~ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

~~Jameson Reece Jones~~

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ~~14th~~

day of ~~June~~ A. D. ~~2010~~ and that at the date hereof

the said ~~Jameson Reece Jones~~

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

~~13th~~ day of ~~October~~ A. D. ~~2020~~

~~Cheryl Stevens~~
*Clerk*

By _____
*Deputy Clerk*