# EXHIBIT C

# 37 Law Firms Most Feared in Litigation

**bti** bticonsulting.com/themadclientist/37-law-firms-most-feared-in-litigation

By Michael
Rynowecer

October 17, 2018

Advantage goes to the feared.

Good strategy stops others from acting before they start. The most feared firms make their opponents either stop or change what they are doing. Feared firms have the upper hand as the opposing side is reacting to your changes—meaning you can better drive the process.

Clients change their views on law firms to be feared based on law firm behavior—and what they hear from their peers. This year, clients point to these specific behaviors:

## Unpredictable

The most feared law firms will do things their opponents don't expect. Until just 2 years ago, clients felt like they could anticipate the strategy opposing counsel would take—no more. The Fearsome Foursome and other feared firms stand out for their new, unexpected, and winning strategies.

## Show of Force

These feared client teams want to start off with a show of force. They bring a lot of talented attorneys to bear early and come on strong. This initial surge lets the other side know they are in for a bigger fight than they ever dreamed—and their client is wildly committed to getting the outcome they want. It may cost more, but clients are convinced it's the cheapest way to go over the life of the matter.

## Cut Through Complexity

The most feared law firms cut through complexity swiftly and decisively. This is a real advantage as complex matters are the fastest growing segment of the litigation market.

## Unrelenting

Fearsome firms are unrelenting in meeting their client's goal—and their behavior lets everyone know of their unmatched commitment—including the opposing side.

## Please join me congratulating the following 37 law firms:

**The BTI Fearsome Foursome**—the most feared law firms in litigation.

- Gibson Dunn

- Kirkland & Ellis

- Quinn Emanuel

- Skadden

□

**The BTI Awesome Opponents**—these firms are nipping at the heels of the Fearsom Foursome.

- Bartlit Beck Herman Palenchar & Scott

- Jones Day

- Sidley

- Wachtell, Lipton, Rosen & Katz

- Winston & Strawn

**The Fearsome Foursome Honor Roll**

- Arnold & Porter

- BakerHostetler

- Carpenter Lipps & Leland

- Choate, Hall & Stewart

- Clark Hill

- Crowell & Moring

- Diamond McCarthy

- Fox Rothschild

- Gray, Ritter & Graham

- Hughes Hubbard & Reed

- Lewis Brisbois

- Manatt

- Maynard Cooper & Gale

- McDermott Will & Emery

- Morgan Lewis

- Morrison & Foerster

- Munger, Tolles & Olson

- Nixon Peabody

- Nossaman

- O'Melveny

- Paul, Weiss

- Quarles & Brady

- Robbins Geller Rudman & Dowd

- Sullivan & Cromwell

- Susman Godfrey

- Weitz & Luxenberg

- Wigdor

- Williams & Connolly

Being Fearsome is one the biggest differentiators in the market today. The number of Fearsome Firms is shrinking; meaning the more Fearsome your firm, the more you stand out, to clients and the other side. It is the Fearsome firms who have nothing to fear.

Learn more about how your firm can take advantage of how client behavior and spending is changing for 2019—and what your firm can do to adapt, in the new ***BTI Litigation Outlook 2019: Changes, Trends and Opportunities for Law Firms***. Available now.

MBR

(Research based on more than 350 in-depth interviews, with top legal decision makers conducted between January 11, 2018 and August 28, 2018.)