# EXHIBIT F

# Firm Profile > Bartlit Beck LLP > Chicago, United States

legal500.com/firms/52205-bartlit-beck-llp/53230-chicago-usa/

## Bartlit Beck LLP Offices

Bartlit Beck LLP
COURTHOUSE PLACE, 54 WEST HUBBARD STREET
CHICAGO, IL 60610
United States

Visit website 1 312 494 4400 1 312 494 4440

## Bartlit Beck LLP > The Legal 500 Rankings

### Dispute resolution > Product liability, mass tort and class action - defense: pharmaceuticals and medical devices Tier 2

Bartlit Beck LLP specializes in individual and consolidated personal-injury litigation, federal multi-district litigation and coordinated state-court proceedings. The firm also has expertise in class actions, notably those based on environmental torts and consumer fraud. Practice head Jason Peltz has experience in a range of commercial litigation, including breach of contract, patent infringement, product liability, fraud and securities. Also recommended are Kaspar Stoffelmayr, whose experience includes single-plaintiff catastrophic injury cases, MDLs and nationwide class actions; and Philip Beck , a renowned trial lawyer with a focus on mass tort, product liability, commercial and financial cases. All named practitioners are based in Chicago.

### Practice head(s):

Jason Peltz

### Other key lawyers:

Philip Beck; Sean Gallagher; Rebecca Weinstein Bacon; Kaspar Stoffelmayr; Adam Hoeflich

### Key clients

Bayer Corporation

ConocoPhillips Co.

Johnson & Johnson and its subsidiary Ethicon

Trinity Industries, Trinity Highway Products

Walgreens

Arconic

Merck

## Dispute resolution > General commercial disputes Tier 3

Chicago and Denver-based litigation boutique Bartlit Beck LLP has built a formidable reputation in handling complex, precedent-setting cases for industry-leading clients. 2019 proved to be a very busy year for the firm, with a number of significant victories and heavy involvement in widely publicized product liability matters. Sean Gallagher is acting for Johnson & Johnson in nationwide pelvic mesh litigation, recently securing a rare defense jury verdict in Philadelphia, while Kaspar Stoffelmayr is representing Walgreens in federal MDL cases related to the opioid crisis. Other strengths of the team include IP and antitrust litigation. In an example, Karma Giulianelli defended Otterbox in the District of Colorado against allegations of antitrust violations, securing a favorable settlement in April 2019. The practice saw five partner promotions in January 2020, each of whom have considerable trial experience, as is typical of the firm's approach to training up its associates.

### Practice head(s):

Jason Peltz

### Other key lawyers:

Rebecca Weinstein Bacon; Philip Beck; Sean Gallagher; Sean Grimsley; Hamilton Hill; Chris Lind; Jameson Jones; Karma Giulianelli; Kaspar Stoffelmayr; Steven Derringer; John Hughes; Christopher Landgraff; Brian Pestes; Adam Mortara; Jeffrey Hall; Glen Summers

### Testimonials

'The depth of talent is second to none because the "all-stars" are committed to and have spent years mentoring and training each lawyer at the firm. As a consequence, every lawyer staffing a case brings sound independent legal judgment to the representation and is a true value-add to the engagement. Lawyers staffing trial teams are truly complementary to one another insofar as staffing decisions capitalize on the strengths of each lawyer, and clearly reflect the value a lawyer's innate skills bear to the needs required to be successful at trial. The lawyers are master storytellers who truly use

*technology to simplify the complex.*'

'*Glen Summers is a superior legal strategist and tactician with impeccable judgment and instincts. He inspires client confidence and has a commanding court room presence. A go-to first-chair trial lawyer with the bona fides, instincts, judgment and work ethic to back it up. Hamilton Hill is a disarmingly juror-friendly legal assassin. He is a relatable, empathetic story teller who makes the complex simple. Dan Taylor is an up and coming all-star, who consistently minimizes court room risk by winning on his papers. Kat Hacker marries factual development with impeccable legal judgment. She is wise beyond her years.*'

## Key clients

Bayer

United Technologies

Hewlett Packard Enterprise

EY

Whirlpool

USG

Gilead

Walgreens

Sabre

Spirit Aerosystems

PwC

Trinity

## Dispute resolution > Product liability, mass tort and class action - defense: toxic tort Tier 3

Bartlit Beck LLP has expertise in products liability and mass tort litigation in the pharmaceutical and chemical industries. The firm acts in individual and consolidated personal injury litigation, as well as federal multidistrict litigation and coordinated state court proceedings. In terms of class actions, the practice's experience includes environmental torts, consumer fraud, and economic injuries. Managing partner Jason

Peltz heads the team from Chicago and is an expert litigator.  Brian Prestes is leading the team that is representing Monsanto in thousands of cases pending in courts across the country alleging that Roundup herbicides cause cancer.

## Practice head(s):

Jason Peltz

## Other key lawyers:

Brian Prestes; Sean Grimsley; Sean Gallagher; James Jones

## Testimonials

## Key clients

Bayer Corporation

United Technologies

Hewlett Packard Enterprises

Ernst and Young

Whirlpool Corporation

USG

Gilead

Walgreens

Sabre

Spirit Aerosystems

PricewaterhouseCoopers (PwC)

Trinity

## Dispute resolution > Leading trial lawyers Tier 4

Based in Chicago, Philip Beck specializes in product liability, IP and commercial litigation. His historical cases include *Bush v. Gore* (2000), in which he served as lead counsel to George Bush's trial team in litigation that established the outcome of the 2000 presidential election; and *Newsome v. McCabe* (2001), a wrongful imprisonment case in which Beck

secured record-setting damages for the plaintiff. On the defense side, Beck's notable work includes serving as Merck's lead trial counsel in five federal cases alleging that the client's drug Vioxx caused heart attacks and strokes; he achieved dismissal with prejudice in four of the trials.

## Hall of Fame

## Bartlit Beck LLP > Firm Profile

*Firm Overview:*

Bartlit Beck has achieved an unparalleled record of courtroom success in complex litigation over the past 25 years. The firm is renowned for its trial expertise and specializes in trying and winning complex cases in federal and state courts all over the country. The firm's litigation practice includes products liability, class action and mass tort, antitrust, intellectual property and general commercial disputes.

As a result of the firm's success at trial, Bartlit Beck was identified as one of the top nine firms in the United States for "striking the utmost fear into the hearts of seasoned General Counsel and legal decision makers" in a survey conducted by consulting firm BTI of 350 in-house leaders.

*Unmatched Trial Experience:*

Because the best way to win complex cases is with experienced attorneys, 80% of our firm's attorneys are partners and our attorneys average 16 years of experience. In every year during the last decade, more than two-thirds of our lawyers have argued substantive motions and over half have gone to trial. And one-third of our litigators have first-chair commercial civil trial experience gained at the firm.

Recent trial victories include:

- A defense verdict in favor of the firm's client Ethicon, a subsidiary of Johnson & Johnson, in a pelvic mesh implant case.
- A patent infringement verdict against Eli Lilly in favor of Bartlit Beck's client UroPep.
- A patent infringement verdict in favor of the firm's client DuPont against specialty chemical manufacturer Unifrax LLC.
- A complete defense verdict in favor of the firm's client Hewlett Packard Enterprise in a case involving a patent on Power Over Ethernet technology.

*Unique approach:*

Our experienced lawyers intensely focus on only a few cases at a time. Because each lawyer has a thorough understanding of the entire case, good ideas come from everyone. Every person on the team has responsibility for determining how to deliver the best possible result for our clients—and the experience, skill, and judgment to achieve it.

We are experts in explaining highly complex matters in a simple, straightforward manner to a trier of fact. Because of our experience, we understand that we win cases for our clients by showing the judge or jury the evidence, rather than telling them why they should decide in our favor.

We have extensive experience partnering with other law firms and service providers as part of a "virtual law firm." Our highly collaborative approach means that we view in-house counsel and co-counsel as invaluable members of the team.

Bartlit Beck also aligns the client and its interests through a fixed/success fee structure.

The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel. Please contact any of our lawyers using the contact information found at https://www.bartlitbeck.com

Content may include attorney advertising. Prior results do not guarantee a similar outcome.

## Main Contacts

| Department | Name | Email | Telephone |
|---|---|---|---|
| | Tom Finke | tom.finke@bartlitbeck.com | 312-286-3166 |

## Lawyer Profiles

| Photo | Name | Position | Profile |
|---|---|---|---|
| | Rebecca Weinstein Bacon | | View Profile |
| | Philip Beck | | View Profile |
| | Steven Derringer | | View Profile |

| Photo | Name | Position | Profile |
|---|---|---|---|
|  | Sean Gallagher |  | [View Profile](#) |
|  | Jeffrey Hall |  | [View Profile](#) |
|  | Hamilton Hill |  | [View Profile](#) |
|  | Adam Hofflich |  | [View Profile](#) |
|  | Christopher Landgraff |  | [View Profile](#) |
|  | Chris Lind |  | [View Profile](#) |
|  | Jason Peltz |  | [View Profile](#) |
|  | Brian Prestes |  | [View Profile](#) |
|  | Kaspar Stoffelmayr |  | [View Profile](#) |
|  | Glen Summers |  | [View Profile](#) |