UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CARR, et al.,

    Plaintiff(s),

v.

GOOGLE LLC, et al.,

    Defendant(s).

Case No: 3:20-CV-5761

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, CHRISTOPHER J. LIND, an active member in good standing of the bar of ILLINOIS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PLAINTIFF in the above-entitled action. My local co-counsel in this case is ANN RAVEL, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| BARTLIT BECK LLP, 54 W. Hubbard Street, Suite 300, Chicago, IL 60654 | MCMANIS FAULKNER, 50 W. San Fernando St., 10th Fl., San Jose, CA 95113 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (312) 494-4406 | (408) 279-8700 |
| My email address of record: | Local co-counsel's email address of record: |
| chris.lind@bartlitbeck.com | aravel@mcmanisfaulkner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6225464.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/05/20

                                          CHRISTOPHER J. LIND
                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of CHRISTOPHER J. LIND is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/6/2020

UNITED STATES DISTRICT JUDGE *October 2012*

PRO HAC VICE APPLICATION & ORDER