| | |
|---|---|
| GEORGE A. ZELCS (*pro hac vice*)<br>gzelcs@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>KARMA M. GIULIANELLI (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>GLEN E. SUMMERS (SBN 176402)<br>glen.summers@bartlitbeck.com<br>JAMESON R. JONES (*pro hac vice pending*)<br>Jameson.jones@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St. Suite 1200,<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>Facsimile:  (303) 592-3140<br><br>*Counsel for Plaintiffs and the Proposed Class in Carr v. Google LLC, et al.*<br><br>STEVE W. BERMAN (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>*Counsel for Plaintiffs and the Proposed Class in Pure Sweat Basketball, Inc. v. Google LLC, et al.*<br><br>BONNY E. SWEENEY (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980<br><br>*Counsel for Plaintiffs and the Proposed Class in Peekya App Services, Inc. v. Google LLC, et al.*<br><br>[Additional counsel appear on signature page] | PEGGY J. WEDGWORTH (*pro hac vice*)<br>pwedgworth@milberg.com<br>**MILBERG PHILLIPS GROSSMAN LLP**<br>One Penn Plaza, Suite 1920<br>New York, New York 10119<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br><br>*Counsel for Plaintiffs and the Proposed Class in Bentley v. Google LLC, et al.*<br><br>PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC, et al.*<br><br>BRIAN C. ROCCA (221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>*Counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp.* |

STIPULATION AND [PROPOSED] SCHEDULING ORDER AND
PAGE LIMITS FOR FORTHCOMING MOTION PRACTICE
Case Nos. 3:20-cv-05761-JD & 3:20-cv-07079-JD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br> *Plaintiff,*<br><br>   v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-05671-JD |
| BENTLEY, et al.,<br> *Plaintiffs,*<br><br>   v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-07079-JD |
| MARY CARR, et al.,<br> *Plaintiffs,*<br><br>   v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-05761-JD |
| PURE SWEAT BASKETBALL, INC., et. al,<br> *Plaintiffs,*<br><br>   v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., et. al,<br> *Plaintiffs,*<br><br>   v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-06772-JD<br><br>**STIPULATION AND [PROPOSED] SCHEDULING AND PAGE LIMITS FOR FORTHCOMING MOTION PRACTICE**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's instructions for the Parties in the above-captioned related actions (the "Related Actions") to meet and confer to develop a revised and unified proposed scheduling order (*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("Epic"), ECF No. 82; *Mary Carr, et al. v. Google LLC et al.*, Case No. 3:20-cv-05761-JD ("Carr"), ECF No. 65; *Pure Sweat Basketball, Inc., et al. v. Google LLC et al.*, Case No. 3:20-cv-05792-JD ("Pure Sweat"), ECF No. 66; *Peekya App Services., Inc. v. Google LLC et al.*, Case No. 3:20-cv-06772-JD ("Peekya"), ECF No. 25; *Bentley et al. v. Google LLC et al.*, Case No. 3:20-cv-07079-JD ("Bentley"), ECF No. 25), Plaintiff Epic Games, Inc. in Epic ("Epic"); Plaintiffs Mary Carr, et al. in Carr ("Carr"); Plaintiffs Bentley, et al. in Bentley ("Bentley") (Carr, together with Bentley, "Consumers"); Plaintiffs Pure Sweat Basketball, Inc., et al. in Pure Sweat ("Pure Sweat"); and Plaintiffs Peekya Services, Inc., et al. in Peekya ("Peekya") (Peekya, together with Pure Sweat, "Developers"); and Defendants in the Related Actions Google LLC; Google Ireland Limited; Google Commerce Ltd..; Google Asia Pacific Pte. Ltd; and Google Payment Corp. (collectively, "Google") (Google, together with Epic, Consumers, and Developers, the "Parties"), by and through their undersigned counsel, hereby agree as follows:

A.   PROPOSED CASE SCHEDULE

| ACTIVITY | DATE |
| --- | --- |
| Initial Disclosures | November 9, 2020 |
| Motion to Dismiss (re Epic and Developer Plaintiffs) | November 13, 2020 |
| Opposition re Motion to Dismiss (re Epic and Developer Plaintiffs) | December 21, 2020 |
| Reply re Motion to Dismiss (re Epic and Developer Plaintiffs) | January 20, 2021 |
| Substantial Completion of Party Document Production[1] | June 16, 2021 |

---

[1] The parties agree to make rolling productions as soon as documents are ready to be produced.

| | |
|---|---|
| Class Certification Motion With Expert Report | August 9, 2021 |
| Class Certification Opposition With Expert Report | September 8, 2021 |
| Class Certification Reply With Expert Report | October 6, 2021 |
| Class Certification Hearing (including expert testimony/hot tubbing if the Court requests) | Thursday, October 14, 2021 |
| Merits Expert Witness Disclosure (identity and topics for opening experts only) | October 25, 2021 |
| Fact Discovery Cut Off | October 25, 2021; reopens re class plaintiffs for 44 days after ruling on class certification |
| Opening Expert Reports | October 29, 2021 |
| Rebuttal Expert Reports | December 3, 2021 |
| Expert Discovery Cut Off | December 17, 2021 |
| Dispositive Motions/Daubert | December 22, 2021 (106 days before pretrial conference) |
| Dispositive Motions/Daubert Opposition | January 28, 2022 |
| Dispositive Motions Replies | February 10, 2022 |
| Dispositive Motion Hearing and Expert Hot Tub | Thursday, February 24, 2022 |
| Serve (but not file) Motions in Limine | March 10, 2022 (14 days prior to pretrial filings date) |
| Pretrial Filing Date | March 24, 2022 (14 days prior to final pretrial conference) |
| Final Pretrial Conference | April 7, 2022 (19 days before the start of trial) |
| Trial – Order of trial(s) to be determined | April 26, 2022 |

**B.     PROPOSED PAGE LIMITS**

As for briefing on the motion to dismiss, the briefs on common legal issues shall have the following page limits: 25 pages for an opening brief; 25 pages in joint opposition; 15 pages in reply. In addition, the parties shall each be entitled to file a separate 5 page opening or opposition or a 5 page (3 page if the party had filed a 5-page opening brief on the same issue) reply brief on any individual issues.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated:  November 6, 2020

CRAVATH, SWAINE & MOORE LLP
    Christine Varney
    Katherine B. Forrest
    Gary A. Bornstein
    Lauren A. Moskowitz
    M. Brent Byars

Respectfully submitted,

By:  /s/ *Yonatan Even*
      Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated:  November 6, 2020

KOREIN TILLERY, LLC
    George A. Zelcs
    Robert E. Litan
    Randall P. Ewing, Jr.
    Jonathan D. Byrer
    Stephen M. Tillery
    Michael E. Klenov
    Carol L. O'Keefe

BARTLIT BECK LLP
    Karma M. Giulianelli
    Glen E. Summers
    Jameson R. Jones

Respectfully submitted,
By:  /s/ *Jamie L. Boyer*
      Jamie L. Boyer

*Counsel for Plaintiffs and the Proposed Class in Carr v. Google LLC et al.*

| | | |
|---|---|---|
| Dated: November 6, 2020 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>    Robert F. Lopez<br>    Benjamin J. Siegel |

Respectfully submitted,

By:  /s/  *Steve W. Berman*
       Steve W. Berman

*Counsel for Plaintiffs and the Proposed Class in Pure Sweat Basketball v. Google LLC et al.*

Dated: November 6, 2020                    MILBERG PHILLIPS GROSSMAN LLP
                                                                  Robert A. Wallner
                                                                  Elizabeth McKenna
                                                                  Blake Yagman
                                                                  Michael Acciavatti

Respectfully submitted,

By:  /s/  *Peggy J. Wedgworth*
       Peggy J. Wedgworth

*Counsel for Plaintiffs and the Proposed Class in Bentley, et al. v. Google LLC et al.*

| | |
|---|---|
| Dated:  November 6, 2020 | HAUSFELD LLP<br>    Melinda R. Coolidge<br>    Katie R. Beran<br>    Samantha J. Stein<br>    Scott A. Martin<br>    Irving Scher |

Respectfully submitted,

By:  /s/  *Bonny E. Sweeney*
       Bonny E. Sweeney

*Counsel for Plaintiffs and the Proposed Class in Peekya App Services, Inc. v. Google LLC et. al*

Dated:  November 6, 2020                    MORGAN, LEWIS & BOCKIUS LLP
    Sujal J. Shah
    Michelle Park Chiu
    Minna Lo Naranjo
    Rishi P. Satia

Respectfully submitted,

By:   /s/  *Brian C. Rocca*
       Brian C. Rocca

*Counsel for Defendant Google LLC et. al*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                                                              HON. JAMES DONATO
                                                                              United States District Judge

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ *Brian C. Rocca*
Brian C. Rocca