George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Karma M. Giulianelli, CA Bar #184175
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

*Counsel for Plaintiffs and the Proposed
Class in Carr, et al. v. Google LLC, et al.*

Peggy J. Wedgworth (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN
LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Counsel for Plaintiffs and the Proposed
Class in Bentley v. Google LLC, et al.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, *et al.*,<br>　　　　　Plaintiffs,<br>　　vs.<br><br>GOOGLE LLC, *et al.*,<br>　　　　　Defendants. | CASE NO. 20-CV-05761-JD<br><br><br>*Consolidated with*<br><br> |
| DIANNE BENTLEY, *et al.,*<br>　　　　　Plaintiffs,<br>　　vs.<br><br>GOOGLE, LLC, *et al.*,<br>　　　　　Defendants. | CASE NO. 20-CV-07079-JD<br><br>**PROOF OF SERVICE** |



**Google Asia Pte. Ltd.**
8 Marina Boulevard
#05-02 Marina Bay Financial Centre
Singapore 018981

**By Hand Only**

**MS LAVANYA SWETHARANYAN / MR KENNETH HOHEE YI**

| Date | Sender's Ref. | Recipient's Ref. | Page(s) |
|------|---------------|------------------|---------|
| 9 November 2020 | SN/SL/2020035901 | TBA | 3 |

Dear Sirs,

**SERVICE OF DOCUMENTS**

1.   We have been instructed by Milberg Phillips Grossman LLP.

2.   By way of service, please find enclosed the documents enumerated in the Appendix.

3.   Kindly acknowledge service by countersigning on a copy of this letter.

4.   Thank you.

Yours faithfully,

*PK Wong & Nair*

**PK Wong & Nair LLC**
**Bryan Tan / Sylvia Lem**

**T**   +65 6827 5558 / +65 6950 2381
**E**   bryan@nairco.com.sg / sylvia@nairco.com.sg

*9/11/20 @ 2.45pm*

ABOGADO PTE LTD
8 MARINA BOULEVARD #05-02
MARINA BAY FINANCIAL CENTRE TOWER I
SINGAPORE 018981
TEL: (65) 6338 1888  FAX: (65) 6337 5100

2 Shenton Way #16-02 SGX Centre 1 Singapore 068804          Tel: +65 6827 5555     Fax: +65 6827 5550     info@pkwongnair.com

**PK Wong & Nair LLC** (UEN200401587Z) is a law corporation with limited liability. The information contained in this letter is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of the message is unauthorised. If you have received this letter in error, please contact the sender immediately.

●●● www.pkwongnair.com

## **Appendix**

1. Notice of a Lawsuit and Request to Waive Service of a Summons (re Bentley) (1 page)

2. Notice of Assignment of Case to a United States Magistrate Judge for Trial and Consent or Declination to Magistrate Judge Jurisdiction (re Bentley) (2 pages)

3. Waiver of the Service of Summons (re Bentley) (1 page)

4. Summons (re Bentley) (1 page)

5. Notice of a Lawsuit and Request to Waive Service of a Summons (re Carr) (1 page)

6. Notice of Assignment of Case to a United States Magistrate Judge for Trial and Consent or Declination to Magistrate Judge Jurisdiction (re Carr) (2 pages)

7. Waiver of the Service of Summons (re Carr) (1 page)

8. Summons (re Carr) (1 page)

9. Certificate of Interested Parties (re Epic) (2 pages)

10. Certificate of Interested Parties (re Google Asia) (2 pages)

11. Certificate of Interested Parties (re Google LLC and Google Payment) (2 pages)

12. Consent Declination (re Epic) (1 page)

13. Consolidated Class Action Complaint (63 pages)

14. ECF Registration Information (1 page)

15. Joint Case Management Statement (22 pages)

16. Joint Notice Regarding Status of Protective Order (6 pages)

17. Joint Proposed Plan for Discovery Coordination and Case Scheduling (14 pages)

18. Joint Statement Regarding Protective Order (55 pages)

19. Judge Donato Standing Order Regarding Civil Discovery (7 pages)

20. Minute Entry Proceeding (8 October 2020) (2 pages)

21. Minute Entry Proceeding (29 October 2020) (1 page)

22. Notice of Availability of Magistrate Judge (1 page)

23. Order Reassigning Case to Judge Donato (2 pages)

24. Order Setting Initial Case Management Conference and ADR Deadlines (14 August 2020) (2 pages)

25. Related Case Order (re Bentley) (1 page)



2 Shenton Way #16-02 SGX Centre 1 Singapore 068804     Tel: +65 3109 1860     Fax: +65 6827 5550     info@pkwongnair.com

**PK Wong & Nair LLC** (UEN200401587Z) is a law corporation with limited liability. The information contained in this letter is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of the message is unauthorised. If you have received this letter in error, please contact the sender immediately.

●●● www.pkwongnair.com

26.      Related Case Order (re Carr) (1 page)

27.      Related Case Order (re Carroll) (1 page)

28.      Related Case Order (re McNamara and Herrera) (1 page)

29.      Related Case Order (re Peekya) (1 page)

30.      Related Case Order (re Pure Sweat) (1 page)

31.      Standing Order for All Judges (1 November 2018) (2 pages)

32.      Standing Order for Civil Cases before Judge Donato (8 pages)

33.      Standing Order for Civil Jury Trials (9 pages)

34.      Stipulated Order re Discovery of ESI (19 pages)

35.      Stipulation and [Proposed] Order re Coordination of Discovery (8 pages)

36.      Stipulation Regarding Extension of Time for Defendants to Respond to Complaint (2 pages)



2 Shenton Way #16-02 SGX Centre 1 Singapore 068804      **Tel:** +65 3109 1860    **Fax:** +65 6827 5550    info@pkwongnair.com

**PK Wong & Nair LLC** (UEN200401587Z) is a law corporation with limited liability. The information contained in this letter is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of the message is unauthorised. If you have received this letter in error, please contact the sender immediately.

●●● www.pkwongnair.com

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| George A. Zelcs, KOREIN TILLERY, LLC, 205 North Michigan, Suite 1950, Chicago IL 60601 (t: 312-641-9750); Karma M. Giulianelli, BARTLIT BECK LLP, 1801 Wewetta St., Suite 1200, Denver CO 80202 (t:303-592-3100); and Peggy J. Wedgworth, MILBERG PHILLIPS GROSSMAN LLP, One Penn Plaza, Suite 1920, New York, NY 10119 (t:212-594-5300) | | | | | |
| *Attorneys For:* Plaintiffs | | | *Ref. No. or File No.:* | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court for the Northern District of California | | | | | |
| *Plaintiffs:* Mary Carr et al. and Dianne Bentley et al. *Defendant:* Google LLC, et al. | | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | | *Case Number:* 20-CV-05761-JD consolidated with 20-cv-07079-JD |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; the Amended Complaint; Certificates of Interested Parties; Consent Declination of Epic Games to Magistrate Judge Jurisdictions; ECF Registration Information; Joint Case Management Statement; Joint Notice Regarding Status of Protective Order; the applicable standing orders of Judge Donato; Minute Entry Proceeding for October 09, 2020 hearing; Minute Entry Proceeding for October 29, 2020 hearing; Notice of Lawsuit and Request to Waive Service of a Summons; Notice of Assignment of Case to United States Magistrate Judge for Trial and Consent or Declination to Magistrate Judge Jurisdiction; Notice of Availability of Magistrate Judge; Order Reassigning Case to Judge Donato; Order Setting Initial Case Management Conference and ADR Deadlines; Related Case Orders; Stipulated Order re: Discovery of ESI; Stipulation and [Proposed] Order re: Coordination of Discovery; Stipulation re: Extension of Time for Defendants to Respond to Complaint; and Waiver of Service of Summons.

3. a. *Party served:* **Google Asia Pacific Pte. Ltd.**

   b. *Person Served:*

4. *Address where the party was served:* 8 Marina Boulevard, #05-03, Marina Bay Financial Centre Tower 1, Singapore 018981

5. The party was served by personal service. A service clerk (Rahman) directed by PK Wong & Nair LLC, effected service of the documents in Item 2 on 9 November 2020 at 2:45pm. Service was effected at the registered office of Google Asia Pte Ltd, located at the address in Item 4. Rahman was directed to Abogado's mailroom and service of the documents was accepted by the staff there. The staff has acknowledged receipt of the documents by stamping and countersigning the letter attached hereto.

6. *Person Who Served Papers:* Abdul Rahman Bin Sulieman.

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

9/11/20
_____
Date

_____
(Signature)

**PROOF OF SERVICE**