George A. Zelcs *(pro hac vice)*
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Karma M. Giulianelli, CA Bar #184175
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

*Counsel for Plaintiffs and the Proposed Class in Carr, et al. v. Google LLC, et al.*

Peggy J. Wedgworth *(pro hac vice)*
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Counsel for Plaintiffs and the Proposed Class in Bentley v. Google LLC, et al.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, *et al.*,<br>　　　Plaintiffs,<br>　vs.<br>GOOGLE LLC, *et al.*,<br>　　　Defendants. | CASE NO. 20-CV-05761-JD<br><br>*Consolidated with* |
| DIANNE BENTLEY, *et al.*,<br>　　　Plaintiffs,<br>　vs.<br>GOOGLE, LLC, *et al.*,<br>　　　Defendants. | CASE NO. 20-CV-07079-JD<br><br>**PROOF OF SERVICE** |

| *Attorney or Party without Attorney:* <br> George A. Zelcs, KOREIN TILLERY, LLC, 205 North Michigan, Suite 1950, Chicago IL 60601 (t: 312-641-9750); <br> Karma M. Giulianelli, BARTLIT BECK LLP, 1801 Wewetta St., Suite 1200, Denver CO 80202 (t:303-592-3100); and <br> Peggy J. Wedgworth, MILBERG PHILLIPS GROSSMAN LLP, One Penn Plaza, Suite 1920, New York, NY 10119 (t:212-594-5300) <br> *Attorneys For:* Plaintiffs | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court for the Northern District of California | | |
| *Plaintiffs:* Mary Carr et al. and Dianne Bentley et al. <br> *Defendant:* Google LLC, et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:*   *Time:*   *Dept/Div:* | Case Number:   20-CV-05761-JD <br> consolidated with 20-cv-07079-JD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; the Amended Complaint; Certificates of Interested Parties; Consent Declination of Epic Games to Magistrate Judge Jurisdiction; ECF Registration Information; Joint Case Management Statement; Joint Notice Regarding Status of Protective Order; the applicable standing orders of Judge Donato; Minute Entry Proceeding for October 08, 2020 hearing; Minute Entry Proceeding for October 29, 2020 hearing; Notice of Lawsuit and Request to Waive Service of a Summons; Notice of Assignment of Case to United States Magistrate Judge for Trial and Consent or Declination to Magistrate Judge Jurisdiction; Notice of Availability of Magistrate Judge; Order Reassigning Case to Judge Donato; Order Setting Initial Case Management Conference and ADR Deadlines; Related Case Orders; Stipulated Order re: Discovery of ESI; Stipulation and [Proposed] Order re: Coordination of Discovery; Stipulation re: Extension of Time for Defendants to Respond to Complaint; Joint Proposed Plan for Discovery Coordination and Case Scheduling; Proof of Service; and Waiver of Service of Summons.

3. a. *Party served:* **Google Commerce Limited**

4. *Address where the party was served:* **70 Sir John Rogerson's Quay, Dublin 2, D02 R296, Ireland.**

5. I served the party by personal service. On 5 November 2020, in an envelope marked "Attention: Important Legal Documents Contained Herein – Requires Immediate Attention" and addressed to Google Commerce Limited, 70 Sir John Rogerson's Quay, Dublin 2, D02 R296, Ireland, and under cover of letter dated 5 November 2020, I personally served the documents listed in item 2 and the Appendix to the letter (attached hereto) on Google Commerce Limited by hand delivering them to and leaving them at the company's registered address at 70 Sir John Rogerson's Quay, Dublin 2, D02 R296, Ireland.

6. *Person Who Served Papers:* **Peter Woods, Associate - Arthur Cox**

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 5, 2020
Date

*(Signature)* Peter Woods

**PROOF OF SERVICE**

# ARTHUR COX

Ten Earlsfort Terrace
Dublin 2
D02 T380

+353 1 920 1000
dublin@arthurcox.com
dx: 27 dublin

**Dublin**
**Belfast**
**London**
**New York**
**San Francisco**

**arthurcox.com**

**Our Reference:** P2W/PW/MI220/001/

5 November 2020

**BY HAND**

Google Commerce Limited
70 Sir John Rogerson's Quay
Dublin 2
D02 R296
Ireland

**Re:**   **Dianne Bentley, et al. v Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific Pte. Limited; and Google Payment Corp.**
**United States District Court for the Northern District of California**
**Civil Action No.: 20-cv-07079-JD**

**Mary Carr, et al. v Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific Pte. Limited; and Google Payment Corp.**
**United States District Court for the Northern District of California**
**Civil Action No.: 20-cv-05761-JD**

**(together the "Consolidated Proceedings")**

Dear Sirs

We refer to the Consolidated Proceedings which were issued in the United States District Court for the Northern District of California.

We have been instructed by Milberg Phillips Grossman LLP, attorneys on behalf Dianne Bentley, Katherine Hansen, Dennis Lockhart, Francis MacAulay, Katie Vesco and Daniel Watt, Plaintiffs in the Consolidated Proceedings, to serve the documents listed in the Appendix hereto on Google Commerce Limited at its registered address at 70 Sir John Rogerson's Quay, Dublin 2, D02 R296, Ireland.

Pursuant to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Service Convention), please find enclosed herewith, by way of service on Google Commerce Limited, the documents listed in the Appendix hereto.

Yours faithfully.

*Peter Woods*

Peter Woods
**tel (direct):** +353 (0)1 920 1659 | peter.woods@arthurcox.com

*Encl.*

John S Walsh · Grainne Hennessy · Séamus Given · Caroline Devlin · Ciarán Bolger · Stephen Hegarty · Sarah Cunniff · Kathleen Garrett · Elizabeth Bothwell · William Day · Andrew Lenny · Orla O'Connor (Chair) · Brian O'Gorman · Mark Saunders · John Matson · Deborah Spence · Kevin Murphy · Cormac Kissane · Kevin Langford · Eve Mulconry · Philip Smith · Kenneth Egan · Alex McLean · Glenn Butt · Niav O'Higgins · Fintan Clancy · Rob Corbet · Ultan Shannon · Dr Thomas B Courtney · Aaron Boyle · Rachel Hussey · Colin Kavanagh · Kevin Lynch · Geoff Moore (Managing Partner) · Chris McLaughlin · Maura McLaughlin · Joanelle O'Cleirigh · Richard Willis · Deirdre Barrett · Cian Beecher · Ailish Finnerty · Robert Cain · Connor Manning · Keith Smith · John Donald · Dara Harrington · David Molloy · Stephen Ranalow · Gavin Woods · Simon Hannigan · Niamh Quinn · Colin Rooney · Jennifer McCarthy · Aiden Small · John Barrett · Phil Cody · Karen Killoran · Richard Ryan · Danielle Conaghan · Brian O'Rourke · Cian McCourt · Louise O'Byrne · Michael Twomey · Cormac Commins · Tara O'Reilly · Michael Coyle · Darragh Geraghty · Patrick Horan · Maeve Moran · Deirdre O'Mahony · Deirdre Sheehan · Ian Dillon · Matthew Dunn · David Kilty · Siobhán McBean · Conor McCarthy · Órlaith Molloy · Olivia Mullooly · Laura Cunningham · Mairéad Duncan-Jones · Imelda Shiels · Brendan Wallace · Ryan Ferry

*MI220/001/AC#36761064.1*

**Appendix**

1. Notice of a Lawsuit and Request to Waive Service of a Summons (re Bentley) (1 page)

2. Notice of Assignment of Case to a United States Magistrate Judge for Trial and Consent or Declination to Magistrate Judge Jurisdiction (re Bentley) (2 pages)

3. Waiver of the Service of Summons (re Bentley) (1 page)

4. Summons (re Bentley) (1 page)

5. Notice of a Lawsuit and Request to Waive Service of a Summons (re Carr) (1 page)

6. Notice of Assignment of Case to a United States Magistrate Judge for Trial and Consent or Declination to Magistrate Judge Jurisdiction (re Carr) (2 pages)

7. Waiver of the Service of Summons (re Carr) (1 page)

8. Summons (re Carr) (1 page)

9. Certificate of Interested Parties (re Epic) (2 pages)

10. Certificate of Interested Parties (re Google Asia) (2 pages)

11. Certificate of Interested Parties (re Google LLC and Google Payment) (2 pages)

12. Consent Declination (Epic) (1 page)

13. Consolidated Class Action Complaint (63 pages)

14. ECF Registration Information (1 page)

15. Joint Case Management Statement (22 pages)

16. Joint Notice Regarding Status of Protective Order (6 pages)

17. Joint Proposed Plan for Discovery Coordination and Case Scheduling (14 pages)

18. Joint Statement Regarding Protective Order (55 pages)

19. Judge Donato Standing Order Regarding Civil Discovery (7 pages)

20. Minute Entry Proceeding (8 October 2020) (2 pages)

21. Minute Entry Proceeding (29 October 2020) (1 page)

22. Notice of Availability of Magistrate Judge (1 page)

23. Order Reassigning Case to Judge Donato (2 pages)

24. Order Setting Initial Case Management Conference and ADR Deadlines (14 August 2020) (2 pages)

25. Proof of Service (1 page)

26. Related Case Order (re Bentley) (1 page)

27. Related Case Order (re Carr) (1 page)

ARTHUR COX

28.     Related Case Order (re Carroll) (1 page)

29.     Related Case Order (re McNamara and Herrera) (1 page)

30.     Related Case Order (re Peekya) (1 page)

31.     Related Case Order (re Pure Sweat) (1 page)

32.     Standing Order for All Judges (1 November 2018) (2 pages)

33.     Standing Order for Civil Cases before Judge Donato (8 pages)

34.     Standing Order for Civil Jury Trials (9 pages)

35.     Stipulated Order re Discovery of ESI (19 pages)

36.     Stipulation and [Proposed] Order re Coordination of Discovery (8 pages)

37.     Stipulation Regarding Extension of Time for Defendants to Respond to Complaint (2 pages)