# EXHIBIT 3

**Boyer, Jamie**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Friday, November 6, 2020 9:25 AM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2981 IN RE: Google Inc., Antitrust Litigation |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/6/2020 at 10:25 AM EST and filed on 11/6/2020
**Case Name:**    IN RE: Google Inc., Antitrust Litigation
**Case Number:**   MDL No. 2981
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ([2] in MDL No. 2981), ([1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before 11/20/2020.**
**Corporate Disclosure Statements due on or before 11/20/2020.**
**Responses due on or before 11/27/2020.**
**Reply, if any, due on or before 12/4/2020.**

**In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).**

Appearance forms (JPML form 18) and Corporate Disclosure forms **can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.**

1

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

| | |
|---|---|
| **Case Name:** | Pure Sweat Basketball, Inc. v. Google LLC et al |
| **Case Number:** | CAN/3:20-cv-05792 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

\*\*\*TEXT ONLY NOTICE\*\*\*

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

| | |
|---|---|
| **Case Name:** | Carr v. Google LLC et al |
| **Case Number:** | CAN/3:20-cv-05761 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:**        Herrera v. Google LLC
**Case Number:**      CAN/3:20-cv-07365
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:**     Carroll v. Google LLC
**Case Number:**   CAN/3:20-cv-07379
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

BRIEFING SCHEDULE IS SET AS FOLLOWS:
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:**     In re Google Digital Advertising Antitrust Litigation
**Case Number:**   CAN/5:20-cv-03556

**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

\*\*\*TEXT ONLY NOTICE\*\*\*

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

<u>Appearance forms (JPML form 18)</u> and <u>Corporate Disclosure forms</u> can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the <u>CM/ECF Filing Guidelines & Forms</u> page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

| | |
|---|---|
| **Case Name:** | McNamara v. Google LLC et al |
| **Case Number:** | CAN/3:20-cv-07361 |

**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

\*\*\*TEXT ONLY NOTICE\*\*\*

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

**Appearance forms (JPML form 18)** and **Corporate Disclosure forms** can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the **CM/ECF Filing Guidelines & Forms** page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:**          Bentley et al v. Google LLC et al
**Case Number:**        CAN/3:20-cv-07079
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before** 11/20/2020.
**Corporate Disclosure Statements due on or before** 11/20/2020.
**Responses due on or before** 11/27/2020.
**Reply, if any, due on or before** 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

**Appearance forms (JPML form 18)** and **Corporate Disclosure forms** can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the **CM/ECF Filing Guidelines & Forms** page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:** UNITED STATES OF AMERICA et al v. GOOGLE LLC
**Case Number:** DC/1:20-cv-03010
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Notices of Appearance due on or before** 11/20/2020.
**Corporate Disclosure Statements due on or before** 11/20/2020.
**Responses due on or before** 11/27/2020.
**Reply, if any, due on or before** 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:** PAIGE v. GOOGLE LLC et al
**Case Number:** DC/1:20-cv-03158
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

<u>Appearance forms (JPML form 18)</u> and <u>Corporate Disclosure forms</u> can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the <u>CM/ECF Filing Guidelines & Forms</u> page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

| | |
|---|---|
| **Case Name:** | Peekya Services, Inc. v. Google LLC et al |
| **Case Number:** | CAN/3:20-cv-06772 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

<u>Appearance forms (JPML form 18)</u> and <u>Corporate Disclosure forms</u> can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**Case Name:** Epic Games, Inc. v. Google LLC et al
**Case Number:** CAN/3:20-cv-05671
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** re: pldg. ( [2] in MDL No. 2981), ( [1] in MDL No. 2981)

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
Notices of Appearance due on or before 11/20/2020.
Corporate Disclosure Statements due on or before 11/20/2020.
Responses due on or before 11/27/2020.
Reply, if any, due on or before 12/4/2020.

In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).

Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. Important: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.

Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.

Signed by Clerk of the Panel John W. Nichols on 11/6/2020.

Associated Cases: MDL No. 2981, CAN/3:20-cv-05671, CAN/3:20-cv-05761, CAN/3:20-cv-05792, CAN/3:20-cv-06772, CAN/3:20-cv-07079, CAN/3:20-cv-07361, CAN/3:20-cv-07365, CAN/3:20-cv-07379, CAN/5:20-cv-03556, DC/1:20-cv-03010, DC/1:20-cv-03158 (DP)

**MDL No. 2981 Notice has been electronically mailed to:**

**MDL No. 2981 Notice will not be electronically mailed to:**

**CAN/3:20-cv-05792 Notice has been electronically mailed to:**

Steve W. Berman     steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

Robert Frank Lopez     robl@hbsslaw.com, heatherw@hbsslaw.com

Willard K Tom     willard.tom@morganlewis.com

Michelle Park Chiu     michelle.chiu@morganlewis.com

Alberto Rodriguez     arodriguez@sperling-law.com

Richard S. Taffet     richard.taffet@morganlewis.com

Benjamin Jacob Siegel     bens@hbsslaw.com

Sujal Shah     sujal.shah@morganlewis.com

Paul Ethan Slater     pes@sperling-law.com

Eamon Padraic Kelly     ekelly@sperling-law.com

Paul Jeffrey Riehle     paul.riehle@faegredrinker.com

Brian C. Rocca     brian.rocca@morganlewis.com

Minna L Naranjo     minna.naranjo@morganlewis.com

Rishi Pankaj Satia     rishi.satia@morganlewis.com

Jamie L Boyer     jboyer@koreintillery.com

Joseph M Vanek     jvanek@sperling-law.com

Martin Amaro     mamaro@sperling-law.com

**CAN/3:20-cv-05792 Notice will not be electronically mailed to:**

**CAN/3:20-cv-05761 Notice has been electronically mailed to:**

Peggy J Wedgworth     pwedgworth@milberg.com

Karma M. Giulianelli     karma.giulianelli@bartlit-beck.com

Glen E Summers     glen.summers@bartlit-beck.com

Willard K Tom     willard.tom@morganlewis.com

Michelle Park Chiu     michelle.chiu@morganlewis.com

Michael E Klenov     mklenov@koreintillery.com

Randall P. Ewing, Jr     rewing@koreintillery.com

Richard S. Taffet     richard.taffet@morganlewis.com

Sujal Shah     sujal.shah@morganlewis.com

Paul Jeffrey Riehle     paul.riehle@faegredrinker.com

Brian C. Rocca     brian.rocca@morganlewis.com

Minna L Naranjo     minna.naranjo@morganlewis.com

Rishi Pankaj Satia     rishi.satia@morganlewis.com

Jamie L Boyer     jboyer@koreintillery.com

George Andrew Zelcs     gzelcs@koreintillery.com

Ann Miller Ravel     aravel@mcmanislaw.com

Carol L. O'Keefe     cokeefe@koreintillery.com

Stephen Matthew Tillery     stillery@koreintillery.com

Jonathon D. Byrer     jbyrer@koreintillery.com

Jameson R. Jones     jameson.jones@bartlitbeck.com

**CAN/3:20-cv-05761 Notice will not be electronically mailed to:**

Google Asia Pacific PTE. Limited
70 Pasir Panjang Road #03-71
Mapletree Business City
117371
Singapore

Google Commerce Ltd.
70 Sir John Rogerson's Quay
Dublin 4
D02R296,
Ireland

Google Ireland Ltd.
Gordon House
Barrow Street
Dublin 4
D04E5W5
Ireland

**CAN/3:20-cv-07365 Notice has been electronically mailed to:**

Laurence D. King     lking@kaplanfox.com, lfong@kaplanfox.com, spowley@kaplanfox.com

Hae Sung Nam     hnam@kaplanfox.com

Robert N Kaplan     rkaplan@kaplanfox.com

Mario M. Choi     mchoi@kaplanfox.com, spowley@kaplanfox.com

Frederic S. Fox     ffox@kaplanfox.com

Donald R Hall     dhall@kaplanfox.com

Aaron Schwartz     aschwartz@kaplanfox.com

**CAN/3:20-cv-07365 Notice will not be electronically mailed to:**

Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**CAN/3:20-cv-07379 Notice has been electronically mailed to:**

Jonathan Krasne Levine     jkl@pritzkerlevine.com, bc@pritzkerlevine.com

Elizabeth C. Pritzker     ecp@pritzkerlevine.com, bc@pritzkerlevine.com, ccc@pritzkerlevine.com, jkl@pritzkerlevine.com

Heidi M. Silton     hmsilton@locklaw.com, dmstanek@locklaw.com

Caroline Camille Corbitt     ccc@pritzkerlevine.com

JUSTIN R. ERICKSON     jrerickson@locklaw.com

Bethany L. Caracuzzo     bc@pritzkerlevine.com

**CAN/3:20-cv-07379 Notice will not be electronically mailed to:**

Google Commerce Ltd.
70 Sir John Rogerson's Quay
Dublin 4
D02R296,
Ireland

Google Ireland Ltd.
Gordon House
Barrow Street
Dublin 4
D04E5W5
Ireland

Google Payment Corp
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**CAN/5:20-cv-03556 Notice has been electronically mailed to:**

John Edward Schmidtlein     jschmidtlein@wc.com

Jordan S. Elias     jelias@girardsharp.com

David H. Kramer     dkramer@wsgr.com, dgrubbs@wsgr.com

Tina Wolfson     twolfson@ahdootwolfson.com, bking@ahdootwolfson.com, filings@ahdootwolfson.com, rahdoot@ahdootwolfson.com, tmaya@ahdootwolfson.com

Scott M Grzenczyk     scottg@girardsharp.com

Christina H. Sharp     dsharp@girardsharp.com, avongoetz@girardsharp.com, chc@girardgibbs.com, ssandeen@girardsharp.com

Adam E. Polk     apolk@girardsharp.com, avongoetz@girardsharp.com, ssandeen@girardsharp.com

Theodore W Maya     tmaya@ahdootwolfson.com, filings@ahdootwolfson.com

Benjamin M. Greenblum     bgreenblum@wc.com

Christopher Eric Stiner     cstiner@ahdootwolfson.com

**CAN/5:20-cv-03556 Notice will not be electronically mailed to:**

**CAN/3:20-cv-07361 Notice has been electronically mailed to:**

Mark C Molumphy     mmolumphy@cpmlegal.com, jacosta@cpmlegal.com, zagudelo@cpmlegal.com

Elizabeth Tran     ecastillo@cpmlegal.com

Tamarah P. Prevost     tprevost@cpmlegal.com

Noorjahan Rahman     nrahman@cpmlegal.com

**CAN/3:20-cv-07361 Notice will not be electronically mailed to:**

Alphabet Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google, LLC

13

1600 Amphitheatre Parkway
Mountain View, CA 94043

**CAN/3:20-cv-07079 Notice has been electronically mailed to:**

David E. Azar     dazar@milberg.com

Peggy J Wedgworth     pwedgworth@milberg.com

Elizabeth Anne McKenna     emckenna@milberg.com

Blake Yagman     byagman@milberg.com

Michael Anthony Acciavatti     Macciavatti@milberg.com

Robert A. Wallner     rwallner@milberg.com

**CAN/3:20-cv-07079 Notice will not be electronically mailed to:**

Google Asia Pacific PTE. Limited
70 Pasir Panjang Road #03-71
Mapletree Business City
117371
Singapore

Google Commerce Ltd.
70 Sir John Rogerson's Quay
Dublin 4
D02R296,
Ireland

Google Ireland Ltd.
Gordon House
Barrow Street
Dublin 4
D04E5W5
Ireland

Google Payment Corp
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

**DC/1:20-cv-03010 Notice has been electronically mailed to:**

Bret Fulkerson     bret.fulkerson@oag.texas.gov

Ryan M. Sandrock     rsandrock@sidley.com, sfdocket@sidley.com

14

Rebecca McCormack Hartner    rhartner@scag.gov

AMY C. HAYWOOD    amy.haywood@ago.mo.gov

Mark W. Mattioli    mmattioli@mt.gov

Johnathan R. Carter    johnathan.carter@arkansasag.gov

Dale Margolin Cecka    dcecka@law.ga.gov

Benjamin M. Greenblum    bgreenblum@wc.com

Kenneth Michael Dintzer    kenneth.dintzer2@usdoj.gov

Jesus Manuel Alvarado-Rivera    jesus.alvarado-rivera@usdoj.gov

John E. Schmidtlein    jschmidtlein@wc.com

Mark Samuel Popofsky    mark.popofsky@ropesgray.com

Franklin M. Rubinstein    frubinstein@wsgr.com

Elizabeth Skjelborg Jensen    Elizabeth.Jensen@usdoj.gov

Chaim Alexander Cohen    alex.cohen@usdoj.gov

Justin Clark    justind.clark@ky.gov

Kimberley G. Biagioli    kimberley.biagioli@ago.mo.gov

Matthew Alan Michaloski    matthew.michaloski@atg.in.gov

Scott Leroy Barnhart    Scott.Barnhart@atg.in.gov

Kim Van Winkle    kim.vanwinkle@oag.texas.gov

Kelsey Paine    kelsey.paine@oag.texas.gov

R. S. Palmer    scott.palmer@myfloridalegal.com

Hart Martin    hart.martin@ago.ms.gov

**DC/1:20-cv-03010 Notice will not be electronically mailed to:**

State of Louisiana
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St
Baton Rouge, LA 70802

**DC/1:20-cv-03158 Notice has been electronically mailed to:**

Jonathan W. Cuneo    jonc@cuneolaw.com, ecf@cuneolaw.com

**DC/1:20-cv-03158 Notice will not be electronically mailed to:**

**CAN/3:20-cv-06772 Notice has been electronically mailed to:**

Steve W. Berman    steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

Melinda R Coolidge    mcoolidge@hausfeld.com

Bonny E. Sweeney    bsweeney@hausfeld.com, blandau@hausfeld.com, jkenney@hausfeld.com

Scott Allan Martin    smartin@hausfeld.com

Michelle Park Chiu    michelle.chiu@morganlewis.com

Samantha J Stein    sstein@hausfeld.com

Irving Scher    ischer@hausfeld.com

Sujal Shah    sujal.shah@morganlewis.com

Eamon Padraic Kelly    ekelly@sperling-law.com

Brian C. Rocca    brian.rocca@morganlewis.com

Minna L Naranjo    minna.naranjo@morganlewis.com

Rishi Pankaj Satia    rishi.satia@morganlewis.com

Katie R. Beran    kberan@hausfeld.com

Michael Lewis    mlewis@lewis-firm.com

**CAN/3:20-cv-06772 Notice will not be electronically mailed to:**

**CAN/3:20-cv-05671 Notice has been electronically mailed to:**

Steve W. Berman    steve@hbsslaw.com, carrie@hbsslaw.com, heatherw@hbsslaw.com, josephs@hbsslaw.com, megano@hbsslaw.com, nicolleg@hbsslaw.com, robert@hbsslaw.com

Katherine B Forrest    kforrest@cravath.com

Elizabeth C. Pritzker    ecp@pritzkerlevine.com, bc@pritzkerlevine.com, ccc@pritzkerlevine.com, jkl@pritzkerlevine.com

David E. Azar    dazar@milberg.com

Bonny E. Sweeney     bsweeney@hausfeld.com, blandau@hausfeld.com, jkenney@hausfeld.com

Christine A. Varney     cvarney@cravath.com

Mario M. Choi     mchoi@kaplanfox.com, spowley@kaplanfox.com

Elizabeth Tran     ecastillo@cpmlegal.com

Willard K Tom     willard.tom@morganlewis.com

Michelle Park Chiu     michelle.chiu@morganlewis.com

Lauren Ann Moskowitz     lmoskowitz@cravath.com

Richard S. Taffet     richard.taffet@morganlewis.com

Gary Andrew Bornstein     gbornstein@cravath.com, mao@cravath.com

Yonatan Even     yeven@cravath.com

Sujal Shah     sujal.shah@morganlewis.com

Noorjahan Rahman     nrahman@cpmlegal.com

Paul Jeffrey Riehle     paul.riehle@faegredrinker.com

Michael Brent Byars     mbyars@cravath.com

Brian C. Rocca     brian.rocca@morganlewis.com

Minna L Naranjo     minna.naranjo@morganlewis.com

Rishi Pankaj Satia     rishi.satia@morganlewis.com

Jamie L Boyer     jboyer@koreintillery.com

**CAN/3:20-cv-05671 Notice will not be electronically mailed to:**