Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Google Play Consumer Antitrust Litigation )
) Case No: 3:20-cv-05761-JD
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )
)

I, **Robert N. Kaplan**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiff Kondomar Herrera** in the above-entitled action. My local co-counsel in this case is **Laurence D. King**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022 | Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA  94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 687-1980 | (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rkaplan@kaplanfox.com | lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **RK3100**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/23/20

Robert N. Kaplan
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Robert N. Kaplan** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__ROBERT   N.   KAPLAN__, Bar # __RK3100__

was duly admitted to practice in the Court on

__July 1, 1965__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.           On   __June 24, 2020__
           New York, New York

                                   By   _[signature]_
Ruby J. Krajick                         Deputy Clerk
Clerk of Court