UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20:CV-05761-JD |
| *Related Actions: Epic Games, Inc. v. Google, LLC; 3:20-CV05671-JD In re Google Play Developer Antitrust Litigation, 3:20-CV-5792-JD* | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

### [PROPOSED] RELATED CASES ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12 has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the case, *In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-05761-JD, I find that the more recently filed case that I have initialed below is related to the cases assigned to me, and such case shall be reassigned to me. Any case listed below that is not related to the cases assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 5:20-cv-8309-KW | *Stark v. Google LLC et al.* | | |

### [PROPOSED] ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

DATED: _____

Hon. James Donato
United States District Judge