1 | Eric H. Gibbs (SBN 178658)
2 | Andre M. Mura (SBN 298541)
3 | Amanda M. Karl (SBN 301088)
  | Alexander J. Bukac (SBN 305491)
4 | **GIBBS LAW GROUP LLP**
  | 505 14th Street, Suite 1110
5 | Oakland, California 94612
  | (510) 350-9700 (tel.)
6 | (510) 350-9701 (fax)
  | ehg@classlawgroup.com
7 | amm@classlawgroup.com
  | amk@classlawgroup.com
8 | ajb@classlawgroup.com

*Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION** | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE OF ANDRE M. MURA** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Andre M. Mura of the firm Gibbs Law Group LLP hereby appears as counsel for Plaintiffs Zacharia Gamble and Nicholas Hess in the above-captioned action. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email address are as follows:

> Andre M. Mura (SBN 298541)
> GIBBS LAW GROUP LLP
> 505 14th Street, Suite 1110
> Oakland, CA 94612
> Telephone: (510) 350-9700
> Facsimile: (510) 350-9701
> Email: amm@classlawgroup.com

Please add Andre M. Mura as an attorney to be noticed on all matters in this action.

November 30, 2020                       Respectfully submitted,

By:   /s/ *Andre M. Mura*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Alexander J. Bukac (SBN 305491)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
ajb@classlawgroup.com

*Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess*