AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re Google Play Consumer Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-05761-JD |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kondomar Herrera             .

Date: 12/01/2020

/s/ Laurence D. King
*Attorney's signature*

Laurence D. King (206423)
*Printed name and bar number*

KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA  94612

*Address*

lking@kaplanfox.com
*E-mail address*

(415) 772-4700
*Telephone number*

(415) 772-4707
*FAX number*