AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re Google Play Consumer Antitrust Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:20-cv-05761-JD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kondomar Herrera .

Date: 12/01/2020

/s/ Donald R. Hall
*Attorney's signature*

Donald R. Hall (admitted PHV)
*Printed name and bar number*

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY  10022

*Address*

dhall@kaplanfox.com
*E-mail address*

(212) 687-1980
*Telephone number*

(212) 687-7714
*FAX number*