AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re Google Play Consumer Antitrust Litigation ) | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-05761-JD |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jared Stark.

Date:   12/08/2020

s/ Laura Gerber
*Attorney's signature*

Laura Gerber (admitted PHV)
*Printed name and bar number*

Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
*Address*

lgerber@kellerrohrback.com
*E-mail address*

(206) 623-1900
*Telephone number*

(206) 623-3384
*FAX number*