BOTTINI & BOTTINI, INC.
Anne B. Beste (SBN 326881)
  abeste@bottinilaw.com
Albert Y. Chang (SBN 296065)
  achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD<br><br>**[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 3-12**<br><br>Civil L.R. 3-12(b) and 7-11)<br><br>The Honorable James Donato |

Having considered the administrative motion of plaintiff Amos Kober in *Kober v. Google LLC, et al.*, No. 4:20-cv-08336-BLF ("*Kober* Action") to consider whether the *Kober* Action should be related to *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761-JD (N.D. Cal.) ("*Google Play Case*"), and good cause appearing, the Court grants plaintiff's administrative motion and orders that:

(1) the *Kober* Action and the *Google Play Case* are related under Civil Local Rule 3-12(a); and

(2) the *Kober* Action shall be assigned to the undersigned judge under Civil Local Rule 3-12(f).

**IT IS SO ORDERED**.

Dated: December ____, 2020

The Honorable James Donato
United States District Judge