George A. Zelcs (*pro hac vice*)
  gzelcs@koreintillery.com
Robert E. Litan (*pro hac vice*)
  rlitan@koreintillery.com
Randall P. Ewing, Jr. (*pro hac vice*)
  rewing@koreintillery.com
Jonathon D. Byrer (*pro hac vice*)
  jbyrer@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery (*pro hac vice*)
  stillery@koreintillery.com
Jamie Boyer (*pro hac vice*)
  jboyer@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe (*pro hac vice*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Karma M. Giulianelli, CA Bar #184175
  karma.giulianelli@bartlitbeck.com
Glen E. Summers, CA Bar # 176402
  glen.summers@bartlitbeck.com
Chris Lind (*pro hac vice*)
  chris.lind@bartlitbeck.com
Jameson R. Jones (*pro hac vice*)
  jameson.jones@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140
*Attorneys for Plaintiffs and the Proposed Class in Carr v. Google, LLC, et al.*

Peggy J. Wedgworth (*pro hac vice*)
  pwedgworth@milberg.com
Robert A. Wallner (*pro hac vice*)
  rwallner@milberg.com
Elizabeth McKenna (*pro hac vice*)
  emckenna@milberg.com
Blake Yagman (*pro hac vice*)
  byagman@milberg.com
Michael Acciavatti (*pro hac vice*)
  macciavatti@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229
*Counsel for Plaintiffs and the Proposed Class in Bentley v. Google LLC, et al.*


Elizabeth C. Pritzker, CA Bar#146267
 ecp@pritzkerlevine.com
Bethany Caracuzzo, CA Bar#190687
 bc@pritzkerlevine.com
Caroline Corbitt, CA Bar #305492
 ccc@pritzkerlevine.com
**PRITZKER LEVINE, LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
*Counsel for Plaintiffs and the Proposed Class in Carroll v. Google, LLC, et al.*

P a g e | **1** MOTION TO STRIKE OR ALTERNATIVE MOTION TO FILE RESPONSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

*In re Google Play Consumer Antitrust Litigation*

CASE NO. 3:20-CV-05761 JD

*Related Actions:*
*Epic Games, Inc. v. Google, LLC*; 3:20-CV-05671-JD
*In re Google Play Developer Antitrust Litigation*, 3:20-CV-5792-JD

**PLAINTIFFS CARR, BENTLEY AND CARROLL'S MOTION TO STRIKE OR ALTERNATIVE MOTION FOR LEAVE TO REPSPOND TO COTCHETT, PITRE & MCCARTHY AND KAPLAN FOX & KILSHEIMER LLP'S MEMORANDUM IN FURTHER SUPPORT**

**Hearing**
**Date:** December 15, 2020
**Time:** 11:00 a.m. (Pacific)[1]
**Location:** Via Zoom

## INTRODUCTION

The Korein/Bartlit Group requests that the Court either strike Kaplan/Cotchett's Memorandum in Further Support ("Supplemental Memorandum") or grant leave for a response.[2] The Supplemental Memorandum is an improper end-run around this Court's briefing rules, presenting new arguments and proposing a new steering committee of at least four firms. The Korein/Bartlit Group should have an opportunity to respond if the Court considers the Supplemental Memorandum.

The Korein/Bartlit Group filed its Motion for Appointment of Interim Lead Counsel ("Group's Motion for Appointment") on November 23, 2020. (Dkt. 81). The Court ordered "[r]esponses due by 12/7/2020." (Dkt. 81 Elec. Notice). December 7, 2020 came and went with no opposition from Kaplan/Cotchett. The Korein/Bartlit Group's response to Kaplan/Cotchett's own motion for appointment was due on December 9, 2020 and timely filed. (Dkt. 87 & 115). Having missed the deadline to oppose the Group's Motion for Appointment, Kaplan/Cotchett filed a 16 page

---

[1] The Supplemental Memorandum incorrectly states this hearing is set for 10 a.m. Pacific time. The Court set this matter for hearing at 11 a.m. Pacific. (Dkt. 104).

[2] "Korein/Bartlit Group" collectively refers to the firms of Korein Tillery LLC, Bartlit Beck, LLP, Milberg Phillips Grossman LLP and Pritzker Levine, LLP. "Kaplan/Cotchett" collectively refers to the firms of Kaplan Fox & Kilsheimer and Cotchett, Pitre & McCarthy.

"Memorandum in Further Support," with over 100 pages of exhibits, approximately one hour after the Korein/Bartlit Group timely opposed the Kaplan/Cotchett motion for appointment. (Dkt. 116).

Substantively, the Supplemental Brief offers three arguments, (1) that the Kaplan/Cotchett and Korein/Bartlit Group complaints are distinguishable (*id.* at p. 2-3); (2) that the Korein/Bartlit Group's early case activity is irrelevant (*id.* at p. 3-5); and (3) that a pre-appointed steering committee comprised of at least four firms supported by no fewer than 12 lawyers promotes efficiency[3] (*id.* at 5-11). The Court should either strike Kaplan/Cotchett's Supplemental Memorandum or grant the Korein/Bartlit Group leave to respond. A copy of the Group's proposed three page Response is attached as Exhibit 1.[4]

## ARGUMENT

Local Rule 7 and this Court's Standing Order for Civil Cases ("Standing Order") limit litigants to a 15 page opening brief, a 15 page response, and a 10 page reply. L.R. 7-2 & 7-3; Standing Order at ¶18. The Standing Order commands: "Reply papers should not raise new points that could have been addressed in the opening motion or brief." Standing Order at ¶15. Further briefing is generally not permitted without leave of court. L.R. 7-3(d); Standing Order ¶15.

Regardless of how Kaplan/Cotchett characterize their Supplemental Memorandum, it is procedurally improper. If the Supplemental Memorandum is a reply to the Korein/Bartlit Group's Opposition, it violates Paragraph 15 of the Standing Order by asserting arguments known to Kaplan/Cotchett when they originally filed for leadership, and thus "could have been addressed in the opening motion or brief." Standing Order at ¶15.[5] If the Supplemental Memorandum is merely additional briefing, then it violates Local Rule 7-2(d) and Paragraph 15 of the Court's Standing Order, which prohibit such briefing without leave. Kaplan/Cotchett cannot unilaterally ignore the Court's briefing rules simply because they missed (through negligence or choice) the December 7, 2020

---

[3] Notably, this proposed steering committee is already growing, with the law firm of Bottini & Bottini seeking appointment to its ranks just yesterday. (Dkt. 119).

[4] The Response is seven pages total, but only three of those are substantive argument.

[5] Kaplan/Cotchett does not identify when the makeup of the steering committee was finalized, but arguments concerning the pleadings and the Korein/Bartlit Group's early case activities were known well before Kaplan/Cotchett filed their opening brief. In any event, Korein/Bartlit should be permitted to respond to the new arguments and information.

P a g e | **3** MOTION TO STRIKE OR ALTERNATIVE MOTION TO FILE RESPONSE

opposition deadline. Lastly, the Supplemental Memorandum violates the 15 page opening brief limit by adding another 11 pages of briefing to Kaplan/Cotchett's original 15 page argument. *See* Standing Order ¶18. (Dkt. 87 & 116).

The Court could justifiably strike the Kaplan/Cotchett "Memorandum in Further Support" as improper. If, however, the Court intends to consider the filing, a brief response to the new arguments is warranted, particularly with respect to Kaplan/Cotchett's newly proposed steering committee. Notably absent from the Supplemental Memorandum is any discussion of exactly how the committee will function, but Kaplan/Cotchett provided the below diagram during leadership discussions.



Given the myriad of billing firms and redundant committees envisioned by this diagram, the Korein/Bartlit Group requests the opportunity to address how this bloated structure would affect efficient class leadership.

P a g e | **4** MOTION TO STRIKE OR ALTERNATIVE MOTION TO FILE RESPONSE

The Korein/Bartlit Group has no intention of reiterating arguments made in its Motion for Appointment or Opposition. Rather, it seeks leave to file a targeted, three page reply focused only on the Supplemental Memorandum's new arguments and information. The Group's substantive right to present a complete leadership argument should not fall victim to Kaplan/Cotchett's circumvention of the Court's briefing rules.

A Proposed Order is attached to this Motion as Exhibit 2.

WHEREFORE the Korein/Bartlit Group respectfully requests the Court strike Kaplan/Cotchett's Memorandum in Further Support or, in the alternative, grant the Korein/Bartlit Group leave to file its Response to Kaplan/Cotchett's Memorandum in Further Support and for any further relief that the Court deems just and appropriate.

Dated: December 11, 2020

Respectfully submitted,

By: */s/ Jamie L. Boyer*
**KOREIN TILLERY LLC**
George A. Zelcs (*pro hac vice*)
Robert E. Litan (*pro hac vice*)
Randall Ewing, Jr. (*pro hac vice*)
Jonathon D. Byrer (*pro hac vice*)
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com

Stephen M. Tillery (*pro hac vice*)
Jamie Boyer (*pro hac vice*)
Michael E. Klenov (277028)
Carol O'Keefe (*pro hac vice*)
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525
stillery@koreintillery.com
jboyer@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

**BARTLIT BECK LLP**
Karma M. Giulianelli (184175)
Glen E. Summers (176402)
Chris Lind (*pro hac vice*)
Jameson R. Jones (*pro hac vice*)
1801 Wewetta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
karma.giulianelli@bartlitbeck.com
glen.summers@bartlitbeck.com
*Counsel for Plaintiffs in Carr v. Google LLC, et al.*

By: */s/ Peggy J. Wedgworth*
**MILBERG PHILLIPS GROSSMAN LLP**
Peggy J. Wedgworth (*pro hac vice*)
Robert A. Wallner (*pro hac vice*)
Elizabeth McKenna (*pro hac vice*)
Blake Yagman (*pro hac vice*)
Michael Acciavatti (*pro hac vice*)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229
pwedgworth@milberg.com
rwallner@milberg.com
emckenna@milberg.com
byagman@milberg.com
macciavatti@milberg.com
*Counsel for Plaintiffs in Bentley v. Google LLC, et al.*

By: */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (146267)
Bethany Caracuzzo, (190687)
Caroline Corbitt, (305492)
**PRITZKER LEVINE, LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com
*Counsel for Plaintiffs and the Proposed Class in Carroll v. Google, LLC, et al.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 11, 2020, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's electronic filing and notification system.

      /s/ Jamie L. Boyer