**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* <br><br> Related Actions: <br> *Epic Games, Inc. v. Google, LLC*; 3:20-CV-05671-JD <br> *In re Google Play Developer Antitrust Litigation*, 3:20-CV-5792-JD | CASE NO. 3:20-CV-05761 JD <br><br> **[PROPOSED] ORDER GRANTING MOTION [TO STRIKE] [FOR LEAVE TO FILE A RESPONSE]** |

The Court has reviewed Plaintiff Carr, Bentley and Carroll's ("Plaintiffs") Motion to Strike or Alternative Motion for Leave to Respond to Cotchett, Pitre & McCarthy and Kaplan Fox & Kilsheimer LLP's Memorandum in Further Support and hereby rules as follows:

_____ Plaintiffs' Motion to Strike is GRANTED. Cotchett, Pitre & McCarthy and Kaplan Fox & Kilsheimer LLP ("Kaplan/Cotchett") did not seek leave to file the Memorandum, which is not permitted absent leave from this Court and which, if considered, would effectively expand their initial memorandum well beyond this Court's page limits. Accordingly, the Memorandum is STRICKEN, and this Court will not consider the arguments, facts, and/or information contained in the Memorandum when selecting interim lead class counsel in this case.

_____ Plaintiffs' Alternative Motion for Leave to Respond is GRANTED. Plaintiffs are granted leave to immediately file the Response attached as Exhibit 1 to their Motion.

IT IS SO ORDERED.

Dated: _____

_____
Hon. James Donato
United States District Judge