AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re Google Play Consumer Antitrust Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-05761-JD |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Smith Roberts                                                          .

Date: 12/14/2020

/s/ R. Alexander Saveri
*Attorney's signature*

R. Alexander Saveri (SBN 173102)
*Printed name and bar number*
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111

*Address*

rick@saveri.com
*E-mail address*

(415) 217-6810
*Telephone number*

(415) 217-6813
*FAX number*