JOHN E. SCHMIDTLEIN, SBN 163520
JESSE T. SMALLWOOD (*pro hac vice*)
BENJAMIN M. GREENBLUM (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com
Email: jsmallwood@wc.com
Email: bgreenblum@wc.com

JUSTINA K. SESSIONS, SBN 270914
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

*Attorneys for Defendants
Google LLC and Alphabet Inc. in* Kober v. Google, LLC et al.*, 20-cv-08336-BLF*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | CASE NO.: 20-cv-05761-JD<br><br>**[PROPOSED] ORDER ON AMOS KOBER'S ADMINISTRATIVE MOTION TO RELATE CASES** |

**[PROPOSED] ORDER**

The Court, having considered the administrative motion of plaintiff Amos Kober in *Kober v. Google LLC, et al.*, No. 20-cv-08336-BLF, to consider whether the action should be deemed related to *In re Google Play Consumer Antitrust Litigation*, No. 20-cv-05761-JD, hereby denies the administrative motion.

IT IS SO ORDERED.

Dated: December ___, 2020        By: _____
                                              Hon. James Donato
                                              United States District Judge

Submitted by:

Williams & Connolly LLP

By:  /s/ John E. Schmidtlein

*Attorney for Defendants Google LLC and Alphabet Inc. in* Kober v. Google, LLC et al.*, 20-cv-08336-BLF*