# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  December 15, 2020                                         Judge:  Hon. James Donato

Time: 54 Minutes

Case No.      **3:20-cv-05761-JD In re Google Play Consumer Antitrust Litigation**

Attorney(s) for Plaintiff(s):    Albert Y. Chang/Peggy Wedgworth/Hae Sung Nam/Robert Kaplan/Elizabeth C. Pritzker/Andre M. Mura/Jamie Boyer Glen Summers/Nanci Nishimura/Adam Zapala/Maribeth Annaguey/Karin Swope/Rick Saveri/Sarah Van Culin George Zelcs/Karma Giulianelli

Attorney(s) for Defendant(s):   Brian Rocca

Deputy Clerk:  Lisa R. Clark                                    Court Reporter: JoAnn Bryce

## PROCEEDINGS

Motion to appoint interim class counsel – Held (via Zoom webinar)

## NOTES AND ORDERS

The Court appoints Hae Sung Nam and Karma Giulianelli as co-lead counsel; Elizabeth Pritzker as liaison counsel; and Nanci Nishimura, Peggy Wedgworth, and George Zelcs as steering committee members.

The Court will issue an order further detailing lead counsel appointments and expectations.