Elizabeth C. Pritzker (CA SBN: 146267)
Jonathan K. Levine (CA SBN: 220289)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com; jkl@pritzkerlevine.com
         bc@pritzkerlevine.com; ccc@pritzkerlevine.com

*Counsel for Plaintiff Daniel Egerter and Liaison Counsel/
Steering Committee Member for the Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ***In re Google Play Consumer Antitrust Litigation*** | Case No. 3:20-CV-05761 JD |
| | **NOTICE OF APPEARANCE** |
| *Related Action:* | |
| *Carroll, et al. v. Google LLC, et al.*, Case No. 3:20-cv-07379-SK | |

**TO:    The Clerk of the Court and All Parties and Counsel of Record**

Please take notice that the following counsel are admitted or otherwise authorized to practice in this Court, and appear in this case as counsel of record for Plaintiff Daniel Egerter and Liaison Counsel/Steering Committee Member for the Proposed Class:

> Elizabeth C. Pritzker (CA SBN 146267)
> Jonathan K. Levine (CA SBN: 220289)
> Bethany Caracuzzo (CA SBN 190687)
> Caroline C. Corbitt (CA SBN 305492)
> **PRITZKER LEVINE LLP**
> 1900 Powell Street, Suite 450
> Emeryville, CA 94608
> Telephone:  (415) 692-0772
> Facsimile:  (415) 366-6110

Copies of all documents and pleadings regarding this case, *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761, are to be electronically served on the undersigned counsel.

|  | Respectfully Submitted |
|---|---|
| Dated: December 29, 2020 | *Elizabeth C. Pritzker* |

Elizabeth C. Pritzker (CA SBN: 146267)
Jonathan K. Levine (CA SBN: 220289)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com;
          jkl@pritzkerlevine.com;
          bc@pritzkerlevine.com;
          ccc@pritzkerlevine.com

*Counsel for Plaintiff Daniel Egerter and Liaison Counsel/Steering Committee Member for the Proposed Class*