1  Eric H. Gibbs (SBN 178658)
2  Andre M. Mura (SBN 298541)
   Amanda M. Karl (SBN 301088)
3  Alexander J. Bukac (SBN 305491)
4  **GIBBS LAW GROUP LLP**
   505 14th Street, Suite 1110
5  Oakland, California 94612
   (510) 350-9700 (tel.)
6  (510) 350-9701 (fax)
7  ehg@classlawgroup.com
   amm@classlawgroup.com
8  amk@classlawgroup.com
   ajb@classlawgroup.com
9

10 *Attorneys for Plaintiffs Zacharia Gamble and*
11 *Nicholas Hess*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION** | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF VOLUNTARY DISMISAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)** |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Zacharia Gamble and Nicholas Hess hereby voluntarily dismiss their claims against Defendants Google LLC and Alphabet Inc. without prejudice.  Defendants have not served an answer or motion for summary judgment in this case, and Plaintiffs have not filed a motion for class certification.  Therefore, dismissal without prejudice is appropriate without a court order.  Fed. R. Civ. P. 41(a)(1); Fed. R. Civ. P. 23(e).  Plaintiffs Zacharia Gamble and Nicholas Hess reserve their right to proceed in this matter as absent class members.

Dated:  January 5, 2021                         Respectfully submitted,

                                                By:   /s/ *Alexander J. Bukac*

                                                Eric H. Gibbs (SBN 178658)
                                                Andre M. Mura (SBN 298541)
                                                Amanda M. Karl (SBN 301088)
                                                Alexander J. Bukac (SBN 305491)
                                                **GIBBS LAW GROUP LLP**
                                                505 14th Street, Suite 1110
                                                Oakland, California 94612
                                                (510) 350-9700 (tel.)
                                                (510) 350-9701 (fax)
                                                ehg@classlawgroup.com
                                                amm@classlawgroup.com
                                                amk@classlawgroup.com
                                                ajb@classlawgroup.com

                                                *Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess*