Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD<br><br>**JOINT STATEMENT REGARDING MOTION PRACTICE** |

Pursuant to this Court's Minute Entry Order dated December 3, 2020, *In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD ("*Consumer Action*"), ECF No. 108, Consumer Plaintiffs and Defendants Google LLC; Google Ireland Limited; Google Commerce Limited; Google Asia Pacific Pte. Limited; and Google Payment Corp. (collectively, "Google")[1] in the above-captioned action, by and through their undersigned counsel, submit this Joint Statement regarding the scope and timing of Google's motion to dismiss Consumer Plaintiffs' Consolidated Consumer Class Action Complaint ("Consolidated Complaint") filed on December 28, 2020.  *Consumer Action*, ECF No. 132.

Following Consumer Plaintiffs' filing of their Consolidated Complaint, the Parties met and conferred to discuss an efficient approach to any motion practice related to the Consumer Plaintiffs' Consolidated Complaint.

**Proposal Regarding Response to Consolidated Consumer Complaint**

Google has reviewed the Consumer Plaintiffs' Consolidated Complaint and believes it should be dismissed for the same reasons set forth in Google's motion in the *Epic Action* and *Developer Action.  See Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic Action*"), ECF No. 91 (motion to dismiss); *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ("*Developer Action*"), ECF No. 71 (motion to dismiss). Consumer Plaintiffs would oppose any such motion to dismiss.

The parties recognize, however, potential efficiencies in holding further briefing in abeyance pending the Court's consideration of the motions pending in the *Epic Action* and *Developer Action*.  Google and the Consumer Plaintiffs therefore jointly propose the following:

- Google and Consumer Plaintiffs agree that Google shall hold any response to the Consumer Complaint in abeyance until the Court addresses the pending motions in the *Epic Action* and *Developer Action*.

---

[1] Not all Google entities have been served in each of the actions, although the parties are conferring about service issues.  The submission of this proposal and use of the definition, "Google," does not constitute a waiver of service as to any particular defendant.

- Following the Court's order on the pending motions, Google and Consumer Plaintiffs will meet and confer to determine an efficient process for addressing pleadings issues, including potential motion practice, and shall submit a joint proposal to the Court within 14 days of said order.
- Google expressly reserves all arguments and defenses with respect to the pleadings and otherwise.
- Consumer Plaintiffs expressly reserve all arguments and positions with respect to the pleadings and otherwise.

**Notice Regarding Hearing Date Conflict on January 28, 2021**

As the parties advised the Court in their Joint Case Management Statement dated January 7, 2021, the Judicial Panel on Multidistrict Litigation (J.P.M.L.) has scheduled a hearing in *In re Google Antitrust Litigation*, MDL No. 2981, which concerns these Google Play-related matters, on January 28, 2021 at 8:00 a.m. pacific, and there are multiple MDL matters on the J.P.M.L.'s calendar that day. That MDL hearing therefore overlaps with the noticed hearing on Google's motion to dismiss in the *Epic Action* and *Developers Action*, which is currently set for January 28, 2021 at 10:00 a.m. pacific.

In light of the conflict, Google has advised the parties of its intention to notice a new hearing date, subject to the Court's approval. Counsel for Consumer Plaintiffs, Developer Plaintiffs and Epic Games do not oppose Google's request and are available on the following date if the Court's calendar will so accommodate: February 18, 2021 at 10:00 a.m. pacific.

Dated: January 11, 2021

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

BARTLIT BECK LLP
  Karma M. Giulianelli

By:   /s/  *Hae Sung Nam*
  Hae Sung Nam

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| 1 | Dated:  January 11, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | Brian C. Rocca |
| | | Sujal J. Shah |
| 3 | | Minna L. Naranjo |
| | | Rishi P. Satia |
| 4 | | Michelle Park Chiu |

By:   /s/  *Brian C. Rocca*
        Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  *Brian C. Rocca*
Brian C. Rocca