Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Attorney for Plaintiff Alison Kavulak*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Master File No. 3:20-cv-05761-JD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Cases:<br>*Alison Kavulak v. Google LLC, et al.*, Case No.: 5:20-cv-09421 |

1   The Court, having considered all of the papers and pleadings on file, and good cause

2   appearing, HEREBY GRANTS Plaintiff Alison Kavulak's administrative motion to relate. The

3   Court finds that the action styled *Alison Kavulak v. Google LLC, et al.,* Case No.: 5:20-cv-09421

4   (the "*Kavulak* Action") concerns substantially the same parties, property, transaction or events

5   as those at issue in this action, and further finds that it appears likely there will be an unduly

6   burdensome duplication of labor and expense or conflicting results if this action and the *Kavulak*

7   Action are conducted before different judges.

8   Therefore, good cause appearing, the Court GRANTS Plaintiff's motion to relate the

9   *Kavulak* Action to this action. The Clerk of the Court shall reassign the *Kavulak* Action as set

10  forth in Civil Local Rule 3-12(f)(3).

11  **IT IS SO ORDERED.**

12  DATED:                                        By:_____
                                                   Hon. James Donato
                                                   United States District Judge