Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
achase@kellerrohrback.com

Karin B. Swope (*Pro Hac Vice*)
Laura R. Gerber (*Pro Hac Vice*)
Matthew M. Gerend (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
kswope@kellerrohrback.com
lgerber@kellerrohrback.com
mgerend@kellerrohrback.com

*Attorneys for Plaintiff Jared Stark*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | No. 3:20-CV-05761-JD<br><br>**NOTICE OF CHANGE OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 5-1(c)(2)(C), Karin B. Swope is withdrawing from the firm Keller Rohrback L.L.P. and as counsel of record in this action effective January 29, 2021.  Plaintiff's attorneys Alison Chase of Keller Rohrback L.L.P.'s Santa Barbara office, located at 801 Garden Street, Suite 301, Santa Barbara, CA 93101; and  Laura Gerber and Matthew Gerend of Keller Rohrback L.L.P.'s Seattle office located at, 1201 Third Avenue, Suite 3200, Seattle, WA 98101 remain counsel of record in the above-referenced matter and will continue to represent Plaintiff Jared Stark.

DATED this 28th day of January, 2021.

                              KELLER ROHRBACK L.L.P.

By  *s/ Karin B. Swope*
    Karin B. Swope (*Pro Hac Vice*)
    Laura R. Gerber (*Pro Hac Vice*)
    Matthew M. Gerend (*Pro Hac Vice*)
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    (206) 623-1900
    Fax (206) 623-3384
    kswope@kellerrohrback.com
    lgerber@kellerrohrback.com
    mgerend@kellerrohrback.com

    Alison E. Chase (SBN 226976)
    KELLER ROHRBACK L.L.P.
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    achase@kellerrohrback.com

    *Attorneys for Plaintiff Jared Stark*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Karin B. Swope*
Karin B. Swope