Elizabeth C. Pritzker (CA SBN: 146267)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com;
       bc@pritzkerlevine.com;
       ccc@pritzkerlevine.com

*Liaison Counsel for the Consolidated Consumer Class*

Heidi M. Silton (*pro hac vice*)
Justin R. Erickson (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: hmsilton@locklaw.com
       jrerickson@locklaw.com

*Counsel for <u>Carroll</u> Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* <br><br> *Related Actions:* <br> *Epic Games, Inc. v. Google, LLC*, No.: 20-cv-05671; <br> *In re Google Play Developer Antitrust Litigation*, No.: 20-cv-05792; <br> *Carroll, et al. v. Google LLC, et al.*, No.: 20-cv-07379 | Case No. 3:20-cv-05761 (JD) <br><br> ***CARROLL* PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL** <br><br> (Civ. L.R. 5-1(c)(2)(C)) |

-1-

Case No.:  20-cv-05761-JD

| | |
|---|---|
| 1 | **NOTICE** |

Pursuant to Civ. L.R. 5-1(c)(2)(C), please take notice that Justin R. Erickson of Lockridge Grindal Nauen P.L.L.P. hereby withdraws as attorney of record for plaintiffs in *Carroll et al. v Google LLC et al.*, N.D. Cal. Case 3:20-cv-07379 (JD) ("the *Carroll* action"). Counsel of record for plaintiffs in the *Carroll* action otherwise remains the same, and all future mailings to plaintiffs should be directed to that counsel.

Dated: February 5, 2021

/s/Justin R. Erickson
Heidi M. Silton (*pro hac vice*)
Justin R. Erickson (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: hmsilton@locklaw.com
          jrerickson@locklaw.com

Elizabeth C. Pritzker (CA SBN: 146267)
Bethany Caracuzzo (CA SBN: 190687)
Caroline C. Corbitt (CA SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
E-mail: ecp@pritzkerlevine.com;
          bc@pritzkerlevine.com;
          ccc@pritzkerlevine.com

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this |
| 3 | document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed |
| 4 | have concurred in this filing. |
| 5 | |
| 6 | /s/ Elizabeth C. Pritzker |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |