Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Google Play Consumer Antitrust Litigation )
) Case No: 20-cv-05761 JD
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Kate M. Baxter-Kauf, an active member in good standing of the bar of the State of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Daniel Carroll, Daniel Egerter, and Brenda Keegan in the above-entitled action. My local co-counsel in this case is Elizabeth C. Pritzker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lockridge Grindal Nauen P.L.L.P. | Pritzker Levine LLP |
| 100 Washington Avenue South, Suite 2200 | 1900 Powell Street, Suite 450 |
| Minneapolis, MN 55401 | Emeryville, CA 94608 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 339-6900 | (415) 692-0772 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kmbaxter-kauf@locklaw.com | ecp@pritzkerlevine.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0392037.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/09/2021

Kate M. Baxter-Kauf
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kate M. Baxter-Kauf is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KATE MARIE BAXTER-KAUF

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2011

Given under my hand and seal of this court on

February 09, 2021

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration