Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Google Play Consumer Antitrust Litigation )
) Case No: 20-cv-05761 JD
)           Plaintiff(s), )
) **APPLICATION FOR**
)           v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)           Defendant(s). )

I, Kate M. Baxter-Kauf, an active member in good standing of the bar of the State of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Daniel Carroll, Daniel Egerter, and Brenda Keegan in the above-entitled action. My local co-counsel in this case is Elizabeth C. Pritzker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lockridge Grindal Nauen P.L.L.P. | Pritzker Levine LLP |
| 100 Washington Avenue South, Suite 2200 | 1900 Powell Street, Suite 450 |
| Minneapolis, MN 55401 | Emeryville, CA 94608 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 339-6900 | (415) 692-0772 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kmbaxter-kauf@locklaw.com | ecp@pritzkerlevine.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0392037.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/09/2021

Kate M. Baxter-Kauf
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kate M. Baxter-Kauf is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 10, 2021

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                        October 2012

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KATE MARIE BAXTER-KAUF

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2011

Given under my hand and seal of this court on

February 09, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration