| | |
|---|---|
| 1 | BENJAMIN G. BRADSHAW (S.B. # 189925) |
| | bbradshaw@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| 3 | Washington, DC 20006 |
| | Telephone:   (202) 383-5300 |
| 4 | Facsimile:    (202) 383-5414 |
| 5 | *Attorney for Defendants.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No.  3:20-cv-05761-JD |
| | **NOTICE OF APPEARANCE OF BENJAMIN G. BRADSHAW** |
| | The Honorable James Donato |

NOTICE OF APPEARANCE
3:20-CV-05761

PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of O'Melveny & Myers LLP, located at 1625 Eye Street, NW, Washington, DC 20006, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: March 23, 2021

BENJAMIN G. BRADSHAW
O'MELVENY & MYERS LLP

By: */s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw

NOTICE OF APPEARANCE
3:20-CV-05761