1  STEPHEN McINTYRE (S.B. # 274481)
   smcintyre@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
3  Los Angeles, CA 90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:   (213) 430-6407

5  *Attorney for Defendants.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE OF STEPHEN MCINTYRE**<br><br>The Honorable James Donato |
|---|---|

NOTICE OF APPEARANCE
3:20-CV-05761

1   PLEASE TAKE NOTICE that attorney Stephen McIntyre of the law firm of O'Melveny
2   & Myers LLP, located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899,
3   hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland
4   Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in
5   the above-captioned action, and requests that all court documents in connection with this action
6   be served upon him at the e-mail address listed above.

Dated: March 23, 2021

STEPHEN McINTYRE
O'MELVENY & MYERS LLP

By: */s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Stephen McIntyre*
Stephen McIntyre

NOTICE OF APPEARANCE
3:20-CV-05761