| | |
|---|---|
| 1 | CLAY MARQUEZ (S.B. # 268424) |
| 2 | cmarquez@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | Two Embarcadero Center<br>28th Floor |
| 4 | San Francisco, CA 94111-3823<br>Telephone:    (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
| 6 | *Attorney for Defendants.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No.  3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE OF CLAY MARQUEZ**<br><br>The Honorable James Donato |

NOTICE OF APPEARANCE
3:20-CV-05761

1  PLEASE TAKE NOTICE that attorney Clay Marquez of the law firm of O'Melveny &
2  Myers LLP, located at Two Embarcadero Center, 28th Floor, San Francisco, CA 94111, hereby
3  appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,
4  Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the
5  above-captioned action, and requests that all court documents in connection with this action be
6  served upon him at the e-mail address listed above.

7  Dated: March 23, 2021

CLAY MARQUEZ
O'MELVENY & MYERS LLP

By: */s/ Clay Marquez*
Clay Marquez
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700

*Attorney for Defendants*

NOTICE OF APPEARANCE
3:20-CV-05761

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Clay Marquez*
Clay Marquez

NOTICE OF APPEARANCE
3:20-CV-05761