# Exhibit A.

| | |
|---|---|
| 1<br>2<br>3<br>4 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |

1   Karma M. Giulianelli (SBN 184175)
    karma.giulianelli@bartlitbeck.com
2   **BARTLIT BECK LLP**
    1801 Wewetta St., Suite 1200
3   Denver, Colorado 80202
    Telephone: (303) 592-3100
4
5   Hae Sung Nam (*pro hac vice*)
    hnam@kaplanfox.com
6   **KAPLAN FOX & KILSHEIMER LLP**
    850 Third Avenue
7   New York, NY 10022
    Tel.: (212) 687-1980
8
9   *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

10  Steve W. Berman (*pro hac vice*)
    steve@hbsslaw.com
11  **HAGENS BERMAN SOBOL SHAPIRO LLP**
12  1301 Second Ave., Suite 2000
    Seattle, WA 98101
13  Telephone: (206) 623-7292
14
15  *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*
16
17  Bonny E. Sweeney (SBN 176174)
    bsweeney@hausfeld.com
18  **HAUSFELD LLP**
    600 Montgomery Street, Suite 3200
19  San Francisco, CA 94104
    Telephone: (415) 633-1908
20
21  *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*
22
23  [Additional counsel appear on signature page]

    Paul J. Riehle (SBN 115199)
    paul.riehle@faegredrinker.com
    **FAEGRE DRINKER BIDDLE & REATH LLP**
    Four Embarcadero Center, 27th Floor
    San Francisco, CA 94111
    Telephone: (415) 591-7500

    Christine A. Varney (*pro hac vice*)
    cvarney@cravath.com
    **CRAVATH, SWAINE & MOORE LLP**
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000

    *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

    Brian C. Rocca (221576)
    brian.rocca@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596
    Telephone: (415) 442-1000

    *Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LTD., and GOOGLE PAYMENT CORP.**<br><br>Judge: Hon. James Donato |

| | |
|---|---|
| PROPOUNDING PARTY: | EPIC GAMES, INC., ON BEHALF OF PLAINTIFFS |
| RESPONDING PARTY: | GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP. |
| SET NUMBER: | TWO |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, YOU are required to respond within thirty (30) days of service hereof to the following request for production of DOCUMENTS, in writing and under oath, and to produce the following DOCUMENTS in YOUR possession, custody or control at the offices of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, or at such other time and locations as may be mutually agreed upon by the parties. In answering this request for production of DOCUMENTS (the "**REQUEST**"), YOU should identify all DOCUMENTS within the possession, custody OR control of YOU AND/OR YOUR representatives, accountants, attorneys, employees, officers OR other persons acting OR purporting to act on YOUR behalf.

In responding to the REQUEST, YOU are required to produce all requested DOCUMENTS that are in YOUR actual OR constructive possession, custody or control, OR in the actual OR constructive possession, custody OR control of YOUR representatives, accountants, attorneys, agents, employees, officers OR other person acting OR purporting to act on YOUR behalf.

PLAINTIFFS request that such production be made in accordance with the "DEFINITIONS" and "INSTRUCTIONS" set forth in PLAINTIFFS' First Set of Requests for Production of Documents to Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd. and Google Payment Corp., which are incorporated herein, and supplemented below.

### I.   DEFINITION

"DISCOVERY MATERIALS" shall mean DOCUMENTS produced by YOU or received by YOU as part of discovery, INCLUDING all: (i) DOCUMENTS produced by YOU or received by YOU in response to any notice, request for production or subpoena duces tecum served pursuant to N.Y. C.P.L.R. § R3120, or any similar discovery mechanism; (ii) responses to interrogatories served

-1-

by or on YOU pursuant to N.Y. C.P.L.R. § 3132, or any similar discovery mechanism; (iii) responses to requests for admission served by or on YOU pursuant to N.Y. C.P.L.R. § 3123, or any similar discovery mechanism; and (iv) transcripts and videos of any deposition taken pursuant to a notice served pursuant to N.Y. C.P.L.R. § 3107, or any similar discovery mechanism.

## II.    DOCUMENT REQUEST

**REQUEST FOR PRODUCTION NO. 204:**

Please produce all DISCOVERY MATERIALS in the case captioned *Callsome Solutions Inc. v. Google, Inc.*, Index No. 652386/2014 (N.Y. Sup.).

1  Dated:  March 1, 2021

2                                                              Respectfully submitted,

3                                                        By */s/*   Yonatan Even

4

5 **FAEGRE DRINKER BIDDLE & REATH LLP**

6 Paul J. Riehle (SBN 115199)
7 paul.riehle@faegredrinker.com

8 Four Embarcadero Center
San Francisco, California 94111 Telephone: (415) 591-7500
9 Facsimile:  (415) 591-7510

10 **CRAVATH, SWAINE & MOORE LLP**

11 Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
12 Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
13 Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
14 Yonatan Even (*pro hac vice*)
yeven@cravath.com
15 Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
16 Justin C. Clarke (pro hac vice)
jcclarke@cravath.com
17 M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
18 825 Eighth Avenue
New York, New York 10019
19 Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
20
21 **Attorneys for Plaintiff
EPIC GAMES, INC.**

22

23

24

25

26

27

28

-3-

PLAINTIFFS' SUPPLEMENTAL REQUEST
FOR PRODUCTION OF DOCUMENTS TO GOOGLE

Case No.:  3:21-md-02981-JD

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I served true and correct copies of Plaintiffs' Second Set of Requests for Production of Documents via electronic mail, pursuant to an agreement among the parties for electronic service, to the following counsel of record in this action and the related actions:

| | |
|---|---|
| Brian C. Rocca<br>Sujal J. Shah<br>Minna L. Naranjo<br>Rishi P. Satia<br>Michelle P. Chui<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>brian.rocca@morganlewis.com<br>sujal.shah@morganlewis.com<br>minna.naranjo@morganlewis.com<br>rishi.satia@morganlewis.com<br>michelle.chiu@morganlewis.com<br><br>*Counsel for Defendants Google LLC et al.*<br><br>Karma M. Giulianelli<br>**BARTLIT BECK LLP**<br>karma.giulianelli@bartlitbeck.com<br><br>Hae Sung Nam<br>**KAPLAN FOX & KILSHEIMER, LLP**<br>hnam@kaplanfox.com<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Elizabeth C. Pritzker<br>**PRITZKER LEVINE LLP**<br>ecp@pritzkerlevine.com<br><br>*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | Steve W. Berman<br>Robert F. Lopez<br>Benjamin J. Siegel<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>steve@hbsslaw.com<br>robl@hbsslaw.com<br>bens@hbsslaw.com<br><br>Joseph M. Vanek<br>Eamon P. Kelly<br>Alberto Rodriguez<br>**SPERLING & SLATER PC**<br>jvanek@sperling-law.com<br>ekelly@sperling-law.com<br>arodriguez@sperling-law.com<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*<br><br>Bonny E. Sweeney<br>Melinda R. Coolidge<br>Katie R. Beran<br>Scott A. Martin<br>Irving Scher<br>**HAUSFELD LLP**<br>bsweeney@hausfeld.com<br>mcoolidge@hausfeld.com<br>kberan@hausfeld.com<br>smartin@hausfeld.com<br>ischer@hausfeld.com<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |

PLAINTIFFS' SUPPLEMENTAL REQUEST
FOR PRODUCTION OF DOCUMENTS TO GOOGLE

Case No.:  3:21-md-02981-JD

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2021, at Mineola, New York.

                                        /s/ Andrew Wiktor
                                        Andrew Wiktor

PLAINTIFFS' SUPPLEMENTAL REQUEST
FOR PRODUCTION OF DOCUMENTS TO GOOGLE

Case No.: 3:21-md-02981-JD