AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re Google Play Consumer Antitrust Litigation | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 3:20-cv-05761-JD |
|  | ) |  |  |
| *Defendant* | ) |  |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 06/04/2021

/s/ Kathleen A. Herkenhoff
*Attorney's signature*

Kathleen A. Herkenhoff (SBN 168562)
*Printed name and bar number*

KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612

*Address*

kherkenhoff@kaplanfox.com
*E-mail address*

(415) 772-4700
*Telephone number*

(415) 772-4707
*FAX number*