Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Google Play Consumer Antitrust Litigation<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Case No: 3:20-cv-05761<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, **Marc A. Wallenstein**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Mary Carr** in the above-entitled action. My local co-counsel in this case is **Ann Ravel**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Korein Tillery LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601

MY TELEPHONE # OF RECORD:
(312) 641-9750

MY EMAIL ADDRESS OF RECORD:
mwallenstein@koreintillery.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
McManis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(408) 279-8700

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
aravel@mcmanisfaulkner.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **989074**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/07/21

/s/ Marc A. Wallenstein
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Marc A. Wallenstein** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/8/2021

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                              *October 2012*