Peggy J. Wedgworth
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
pwedgworth@milberg.com

*Consumer Class Plaintiffs Steering Committee, and Attorney for Plaintiffs Paul Kerivan, Francis MacAuley, and Zachary Palmer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: GOOGLE PLAY CONSUMER ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. 3:20-cv-005761-JD<br><br>MDL No. 2981<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please be advised that effective immediately, Milberg Phillips Grossman LLP has changed its name to **Milberg Coleman Bryson Phillips Grossman, PLLC**. The firm's address, telephone and fax numbers remain unchanged.

Counsel respectfully requests that the Clerk and all counsel update their records regarding the firm's new name.

NOTICE OF CHANGE OF FIRM NAME

Dated: June 8, 2021

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: /s/ Peggy J. Wedgworth
Peggy J. Wedgworth
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
pwedgworth@milberg.com

*Consumer Class Plaintiffs Steering Committee and Attorney for Plaintiffs Paul Kerivan, Francis MacAuley, and Zachary Palmer*

**CERTIFICATE OF SERVICE**

     I, Peggy J. Wedgworth, an attorney, hereby certify that on June 8, 2021, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                    */s/ Peggy J. Wedgworth*
                                    Peggy J. Wedgworth