1  Karma M. Giulianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewetta St., Suite 1200
3  Denver, Colorado 80202
   Telephone: (303) 592-3100
4
   Hae Sung Nam (*pro hac vice*)
5  hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
6  850 Third Avenue
   New York, NY 10022
7  Tel.: (212) 687-1980

8
   *Co-Lead Counsel for the Proposed Class in In re*
9  *Google Play Consumer Antitrust Litigation*

10 Steve W. Berman (*pro hac vice*)
   steve@hbsslaw.com
11 **HAGENS BERMAN SOBOL SHAPIRO LLP**
   1301 Second Ave., Suite 2000
12 Seattle, WA 98101
   Telephone: (206) 623-7292
13
   *Co-Lead Counsel for the Proposed Class in In re*
14 *Google Play Developer Antitrust Litigation and*
   *Attorneys for Pure Sweat Basketball, Inc.*
15
16 Bonny E. Sweeney (SBN 176174)
   bsweeney@hausfeld.com
17 **HAUSFELD LLP**
   600 Montgomery Street, Suite 3200
18 San Francisco, CA 94104
   Telephone: (415) 633-1908
19
   *Co-Lead Counsel for the Proposed Class in In re*
20 *Google Play Developer Antitrust Litigation and*
   *Attorneys for Peekya App Services, Inc.*
21
22 [Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH**
**LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic*
*Games, Inc. v. Google LLC et al.*

23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case
No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust
Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust
Litigation*, Case No. 3:20-cv-05792-JD

Case No. 3:21-md-02981-JD

**NOTICE OF EPIC GAMES INC.'S AND
DEVELOPER PLAINTIFFS' INTENT TO
AMEND COMPLAINTS**

Courtroom: 11, 19th Floor
Judge: Hon. James Donato

Ahead of the holiday weekend, in light of the scheduled July 22, 2021 argument on the defendants' pending Omnibus Motion to Dismiss (Case No. 3:21-md-02981-JD, Dkt. 21), Epic Games, Inc. ("Epic") and plaintiffs in *In re Google Play Developer Antitrust Litigation* ("Developer Plaintiffs") write to inform the Court of their intent to amend their complaints in light of document discovery obtained to date. Epic informed all other parties in this MDL action (with Epic, the "Parties") of its intent to amend its complaint based on documents uncovered in discovery to date, and tendered a draft of its proposed amended complaint to Google on June 29, 2021. In light of Epic's amendment, Developer Plaintiffs have also decided to amend their complaint at this time, based on document discovery reviewed to date. Developer Plaintiffs have not yet prepared a draft of their proposed amended complaint. Epic and Developer Plaintiffs intend to file their proposed amended complaints—with consent of defendants or pursuant to a motion—**by July 21, 2021**.

Plaintiffs in the *Consumer Antitrust Litigation* ("Consumer Plaintiffs") are prepared to proceed with oral argument on July 22, 2021, on their operative complaint, as they believe their current allegations are sufficient to overcome the pending motion to dismiss. And while discovery to date has revealed additional facts supporting their claims, Consumer Plaintiffs' preferred course would be for the motion to dismiss to be heard at this juncture and to seek leave to amend then, if appropriate. If the Court prefers omnibus briefing and a single hearing on a motion to dismiss, however, Consumer Plaintiffs reserve their right to seek leave to amend their complaint in accordance with any guidance by the Court.

The Parties have begun to meet and confer regarding defendants' position with respect to the proposed amendments and the schedule for any necessary briefing or the filing of responsive pleadings. The Parties will provide the Court with an update in the Joint Case Management Statement due July 15, 2021.

Dated:  July 2, 2021                    CRAVATH, SWAINE & MOORE LLP
                                            Christine Varney (*pro hac vice*)
                                            Katherine B. Forrest (*pro hac vice*)
                                            Darin P. McAtee *(pro hac vice)*
                                            Gary A. Bornstein (*pro hac vice*)
                                            Timothy G. Cameron *(pro hac vice)*
                                            Yonatan Even (*pro hac vice*)
                                            Lauren A. Moskowitz (*pro hac vice*)
                                            Omid H. Nasab *(pro hac vice)*
                                            Justin C. Clarke *(pro hac vice)*
                                            M. Brent Byars (*pro hac vice*)

                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                            Paul J. Riehle (SBN 115199)

                                        Respectfully submitted,

                                        By:    /s/  *Yonatan Even*
                                                Yonatan Even

                                                *Counsel for Plaintiff Epic Games, Inc.*

Dated:  July 2, 2021                    BARTLIT BECK LLP
                                            Karma M. Giulianelli

                                        KAPLAN FOX & KILSHEIMER LLP
                                            Hae Sung Nam

                                        Respectfully submitted,

                                        By:    /s/  *Karma M. Giulianelli*
                                                Karma M. Giulianelli

                                                *Co-Lead Counsel  for the Proposed Class in
                                                In re Google Play Consumer Antitrust
                                                Litigation*

Dated:  July 2, 2021

PRITZKER LEVINE LLP
   Elizabeth C. Pritzker

Respectfully submitted,

By:      /s/  *Elizabeth C. Pritzker*
            Elizabeth C. Pritzker

*Liaison Counsel  for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  July 2, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
   Steve W. Berman
   Robert F. Lopez
   Benjamin J. Siegel

SPERLING & SLATER PC
   Joseph M. Vanek
   Eamon P. Kelly
   Alberto Rodriguez

Respectfully submitted,

By:     /s/  *Steve W. Berman*
            Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

Dated:  July 2, 2021

HAUSFELD LLP
    Bonny E. Sweeney
    Melinda R. Coolidge
    Katie R. Beran
    Scott A. Martin
    Irving Scher

Respectfully submitted,

By:   /s/  *Bonny E. Sweeney*
      Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/  Yonatan Even*