| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700 |
| Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 | *Counsel for Defendants Google LLC et al.* |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* | |

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: July 22, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

Pursuant to this Court's Order dated July 7, 2021 (MDL ECF No. 52), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement.

## I. CASE STATUS SUMMARY

### A. Amendments to Epic's and Developer Plaintiffs' Complaints

On July 2, 2021, Epic Games, Inc. ("Epic") and plaintiffs in *In re Google Play Developer Antitrust Litigation* ("Developer Plaintiffs") filed a Notice of Intent to Amend Complaints, indicating their intention to seek approval or consent to amend their respective complaints. MDL ECF 51. On July 7, 2021, the Court issued an order directing Epic and Developer Plaintiffs to file amended complaints by July 21, 2021. MDL ECF 52.

As set forth in the Notice to Amend, Plaintiffs in *In re Google Play Consumer Antitrust Litigation* ("Consumer Plaintiffs") were willing to stand on their operative complaint and move forward with a hearing on the motion to dismiss. However, in light of the Court's order vacating the hearing on the motion to dismiss and directing the Parties to coordinate briefing on motions to dismiss each of plaintiffs' complaints, Consumer Plaintiffs have decided to align with Epic and Developer Plaintiffs and amend their complaint by July 21, 2021. Consumer Plaintiffs have informed Google of their position.

### B. New Related Action Filed on July 7, 2021

On July 7, 2021, *State of Utah et al. v. Google LLC et al.*, No. 3:21-cv-05227-JSC was filed in this District (the "States Action"). The Parties in the MDL action agree that the States Action meets the standard for related cases under Civil L.R. 3-12. We understand the plaintiffs in the States Action are preparing to file an Administrative Motion to Consider Whether Cases Should be Related. The Parties will meet and confer with counsel in the States Action regarding pretrial coordination.

### C. Google's Motion to Dismiss

On November 13, 2020, Google filed a motion to dismiss Epic's and Developer Plaintiffs' complaints, and the Court set the motion for hearing on February 18, 2021. Epic Case

ECF 91, 114; Developer Case ECF 71, 84. To streamline motion proceedings, the Parties stipulated that the Consumer Plaintiffs shall be deemed to join and be subject to the omnibus briefing already on file with the Court. MDL ECF 8 at 1-2; MDL ECF 11 at 2-3. The motion to dismiss was reset for hearing on July 22, 2021. MDL ECF 43. In light of Epic's and Developer Plaintiffs' request to amend their complaints, the Court vacated the July 22, 2021 hearing date and directed the parties to brief any motions to dismiss the amended complaints, as well as the Consumer Plaintiffs' complaint, on a coordinated basis. MDL ECF 52.

The Parties in the MDL propose the following schedule for coordinated omnibus briefing on Google's motion to dismiss all actions in the MDL:

| **Proposed Motion to Dismiss Schedule** | |
|---|---|
| **Event** | **Date** |
| Amended Complaints | July 21 |
| Motion to Dismiss | August 20 |
| Opposition | September 21 |
| Reply | October 1 |
| Hearing | October 14 |

D.  **Joint Statement Regarding Proposed Case Schedule**

Pursuant to this Court's order dated May 14, 2021 (MDL ECF 39), the Parties in the MDL submitted a Joint Statement regarding the Parties' proposed case schedule (MDL ECF 46). Counsel for the Parties in the MDL intend to meet and confer, including with the parties in the States Action, regarding a proposed case schedule and aim to submit a further Joint Statement on Scheduling to the Court by July 29, 2021, or as otherwise directed by the Court.

II.  **STATUS OF DISCOVERY**

A.  **Stipulation and Proposed Order re Expert Discovery.**

On July 9, 2021, the Parties submitted a proposed order regarding expert discovery and request that the Court enter it on all dockets. MDL ECF 54.

B. **Fact Depositions**

The Parties have agreed to commence a meet and confer process regarding fact depositions and anticipate submitting a stipulated deposition coordination order, or their respective positions, within 30 days.

C. **Document Discovery Update**

The Parties have made significant progress to date and continue to engage in discovery on a range of topics. The Parties each represent they have completed substantial production of custodian documents, although there are meet and confers underway to address additional categories of information, additional custodians, targeted "refresh" productions, and other productions that require additional time to manage, e.g., transactional data and documents subject to a non-disclosure agreement or privilege log processes.

Dated: July 15, 2021

CRAVATH, SWAINE & MOORE LLP
    Christine Varney (*pro hac vice*)
    Katherine B. Forrest (*pro hac vice*)
    Darin P. McAtee (*pro hac vice*)
    Gary A. Bornstein (*pro hac vice*)
    Timothy G. Cameron (*pro hac vice*)
    Yonatan Even (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    Omid H. Nasab *(pro hac vice)*
    Justin C. Clarke *(pro hac vice)*
    M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
    Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
      Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: July 15, 2021     BARTLIT BECK LLP
                                             Karma M. Giulianelli

                                   KAPLAN FOX & KILSHEIMER LLP
                                          Hae Sung Nam

                                   Respectfully submitted,

                                   By:   */s/ Karma M. Guilianelli*
                                                 Karma M. Giulianelli

                                   *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: July 15, 2021     PRITZKER LEVINE LLP
                                             Elizabeth C. Pritzker

                                   Respectfully submitted,

                                   By:   */s/ Elizabeth C. Pritzker*
                                                 Elizabeth C. Pritzker

                                   *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  July 15, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman
  Robert F. Lopez
  Benjamin J. Siegel

SPERLING & SLATER PC
  Joseph M. Vanek
  Eamon P. Kelly
  Alberto Rodriguez

Respectfully submitted,

By:   */s/ Steve W. Berman*
         Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated:  July 15, 2021

HAUSFELD LLP
  Bonny E. Sweeney
  Melinda R. Coolidge
  Katie R. Beran
  Scott A. Martin
  Irving Scher

Respectfully submitted,

By:   */s/ Bonny E. Sweeney*
         Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated:  July 15, 2021                    MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia


Respectfully submitted,

By:   */s/ Brian C. Rocca*
      Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated:  July 15, 2021                    O'MELVENY & MYERS LLP
    Daniel M. Petrocelli
    Ian Simmons
    Benjamin G. Bradshaw
    E. Clay Marquez
    Stephen J. McIntyre


Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
      Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

## E-FILING ATTESTATION

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C. Rocca*
Brian C. Rocca
