UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  GOOGLE PLAY STORE ANTITRUST LIGATION | Case No.  3:20-cv-05761-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |

I, John D. Byars, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff Mary Carr in the above-entitled action. My local co-counsel in this case is Ann Ravel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>MCMANIS FAULKNER<br>50 W. San Fernando St., 10th Fl.<br>San Jose, CA 95113 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>312-494-4400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>408-279-8700 |
| MY EMAIL ADDRESS OF RECORD:<br>john.byars@bartlitbeck.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>aravel@mcmanisfaulkner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, my bar number is: 6285852.  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorney s and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 7/16/2021                                           */s/ John D. Byars*

                                             APPLICANT


## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lee Mason is granted, subject to the terms and conditions of the Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Date: _____

                              _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE