UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  GOOGLE PLAY STORE ANTITRUST LIGATION | Case No.  3:20-cv-05761-JD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br><br> (CIVIL LOCAL RULE 11-3) |

I,  Lee Mason, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff Mary Carr in the above-entitled action.  My local co-counsel in this case is Ann Ravel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> BARTLIT BECK LLP <br> 54 W. Hubbard Street, Suite 300 <br> Chicago, IL 60654 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> MCMANIS FAULKNER <br> 50 W. San Fernando St., 10th Fl. <br> San Jose, CA 95113 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 312-494-4400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 408-279-8700 |
| MY EMAIL ADDRESS OF RECORD: <br> lee.mason@bartlitbeck.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> aravel@mcmanisfaulkner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, my bar number is: 6330090.  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorney s and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 7/16/2021                                                   /s/ Lee Mason

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lee Mason is granted, subject to the terms and conditions of the Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Date: July 19, 2021

UNITED STATES DISTRICT JUDGE

2