Stephen Geary (SBN 172875)
Assistant Attorney General
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Sixth Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-Mail: swgeary@agutah.gov

David N. Sonnenreich (USB No. 4917)
dsonnenreich@agutah.gov
Brian Christensen (USB No. 12059)
bchristensen1@agutah.gov
Scott R. Ryther (USB No. 5540)
sryther@agutah.gov
UTAH OFFICE OF THE ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114
Telephone: (801) 366-0375
(Applications for *Pro Hac Vice* Pending)

Attorneys for Plaintiff State of Utah

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Utah, et. al., v. Google LLC, et. al.,* Case No. 3:21-cv-<br><br>*Epic Games Inc. v. Google LLC et. al.,* Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation,* Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation,* Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>~~[PROPOSED]~~<br>**ORDER DETERMINING CASES TO BE RELATED**<br><br>Judge James Donato |

The Court, having considered the "Administrative Motion to Determine Whether Case is Related," filed by Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "Plaintiff States"), and having considered the Stipulation of all parties to

the apparently related cases consolidated into MDL Case No. 2981, and good cause appearing therefor, hereby ORDERS as follows:

1. The recently filed case entitled *State of Utah, et. al. v. Google LLC, et. al.,* Case No. 3:21-cv-5227-JSC is related to each of the cases currently pending in this Court and consolidated for pretrial purposes into *In Re Google Play Store Antitrust Litigation,* 3:21-md-2981;

2. *State of Utah, et. al. v. Google LLC, et. al.,* Case No. 3:21-cv-5227, in order to avoid duplication of labor and expense and the potential for conflicting results, shall be assigned to the Honorable Judge James Donato and shall be consolidated for pretrial purposes with the cases in *In Re Google Play Store Antitrust Litigation,* 3:21-md-2981-JD, listed below, consistent with the Transfer Order in MDL No. 2981 dated February 5, 2021 (Dkt. 1):

*Epic Games Inc. v. Google LLC et. al.*, Case No. 3:20-cv-05671-JD;

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD; and

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD.

Dated: July 20, 2021

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge James Donato