Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20-cv-05761-JD<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

|   |   |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Class Plaintiffs and Defendants Google LLC, Google, LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd, and Google Payment Corp. (collectively, "the Google Defendants"), by and through their respective counsel, hereby stipulate to the voluntary dismissal without prejudice of Plaintiffs Kondomar Herrera, Francis MacAulay, and Paul Kerivan (the "Dismissing Plaintiffs") in the above-captioned matter, with each party to bear its own fees and costs as to the individual claims of the Dismissing Plaintiffs.  As conditions of this stipulation: (1) the Dismissing Plaintiffs reserve the right to proceed in this matter as absent class members; (2) the Dismissing Plaintiffs shall not bring any new action against Defendants concerning the subject matter of the above-captioned matter; (3) the Dismissing Plaintiffs shall not be required to produce documents in response to any previously-served discovery requests other than to provide the Google Defendants with their Google ID's and bug reports for current Android devices in their possession (limited by the Dump of Service package instructions agreed to between the parties); (4) no further written discovery or motions to compel will be directed to the Dismissing Plaintiffs by Google Defendants; and (5) the parties have no agreement as to any future depositions of the Dismissing Plaintiffs, although the parties agree to confer over any request by the Google Defendants for such depositions, and in the event the Google Defendants seek and obtain a ruling from the Court permitting a deposition, the undersigned counsel for the Dismissing Plaintiffs will accept service of a deposition notice for the Dismissing Plaintiffs to attend any such deposition in lieu of a subpoena, to the extent practicable to do so. |

Dated: July 21, 2021

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By:   /s/ *Hae Sung Nam*

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

1

Case No.:  20-cv-05761-JD – STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: July 21, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | Brian C. Rocca |
| | | Geoffrey T. Holtz |

Respectfully submitted,

By:  /s/ *Geoffrey T. Holtz*

*Counsel for Defendants Google LLC et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                HON. JAMES DONATO
                  United States District Court Judge

## **ATTESTATION**

I, Hae Sung Nam, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

/s/ *Hae Sung Nam*