| | | |
|---|---|---|
| 1 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com |
| 2 | **BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 3 | Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111 |
| 4 | | Telephone: (415) 591-7500 |
| 5 | Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com | Christine A. Varney (*pro hac vice*) |
| 6 | **KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue | cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP** |
| 7 | New York, NY 10022<br>Tel.: (212) 687-1980 | 825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 |
| 8 | | |
| 9 | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| 10 | Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com | David N. Sonnenreich (*pro hac vice*) |
| 11 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | dsonnenreich@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY** |
| 12 | 1301 Second Ave., Suite 2000<br>Seattle, WA 98101 | **GENERAL**<br>160 E 300 S, 5th Floor |
| 13 | Telephone: (206) 623-7292 | PO Box 140872<br>Salt Lake City, UT 84114-0872 |
| 14 | Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com | Telephone:  801-366-0260 |
| 15 | **SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200 | *Counsel for Utah* |
| 16 | Chicago, IL 60603<br>Telephone: 312-641-3200 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com |
| 17 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| 18 | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 19 | | Telephone: (415) 442-1000 |
| 20 | Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com |
| 21 | **HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200 | **O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl. |
| 22 | San Francisco, CA 94104<br>Telephone: (415) 633-1908 | Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700 |
| 23 | | |
| 24 | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* | *Counsel for Defendants Google LLC et al.* |
| 25 | | |
| 26 | [Additional counsel appear on signature page] | |
| 27 | | |
| 28 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT STATEMENT RE: CASE SCHEDULE AND JOINT REQUEST FOR EXTENSION OF TIME**<br><br>Judge:  Hon. James Donato |

1

JOINT STATEMENT RE: CASE SCHEDULE AND JOINT REQUEST FOR EXTENSION OF TIME
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

Pursuant to this Court's Order dated July 22, 2021 (*In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") ECF No. 67), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement in order to update the Court on their ongoing discussions regarding the Parties' proposed case schedule, and respectfully to seek a 14-day extension of time to complete those discussions and to submit a further Joint Statement on scheduling issues. A Proposed Order Granting Extension of Time is included with this submission. The Parties also address below the timing of Google's forthcoming coordinated motions to dismiss, and also a regular monthly status conference in these cases, as the Court requested.

### I. JOINT STATEMENT ON PROPOSED SCHEDULE

The Parties have exchanged proposals and met and conferred regarding a revised proposed schedule for these cases, but have so far been unable to reach agreement regarding a pre-trial schedule and proposed trial plan. While the Parties are currently not far apart on the proposed date for a trial, there are differences between the interim dates proposed by each side, which the Parties would like additional time to discuss further. In addition, the State of Utah and its co-plaintiff States, Commonwealths, and Districts (collectively the "States") have had only limited opportunities to discuss the issues in the case with the other Parties, in part because modifications to the existing Protective Order to address state law issues (*e.g.*, freedom of information laws) need to be negotiated by the Parties and approved by the Court before confidential documents can be produced to the States. The States believe that an extension of time for the Parties' submission of scheduling proposal(s) will allow them sufficient time to submit a proposed modification to the Protective Order to the Court and better evaluate the States' ability to meet the scheduling deadlines the Parties ultimately propose. For these reasons, the Parties respectfully request a two-week extension, to August 27, 2021, to submit a Joint Statement with a complete proposed revised schedule. The Parties understand that the Court intends to have a firm case schedule in place by September 2021, and are working diligently to submit a proposal that will be acceptable to the Court.

The Parties have reached agreement, however, with respect to a schedule for coordinated briefing on Google's motions to dismiss all actions in the MDL. The States have advised Google that they intend to amend their complaint.[1] Thus, the Parties propose the following briefing schedule:

| Proposed Motion to Dismiss Schedule | |
| --- | --- |
| Event | Date |
| Motion to Dismiss | September 8, 2021 |
| Opposition | October 15, 2021 |
| Reply | November 2, 2021 |
| Hearing | As soon as possible after November 5, 2021 |

In advance of the submission of any briefing, the Parties will submit a proposal relating to page limits.

### II. JOINT STATEMENT ON CASE MANAGEMENT CONFERENCES

At the Status Conference held on July 23, 2021, the Court asked the Parties to designate a regular Thursday for monthly status conferences. The Parties are available for a standing status conference on the third Thursday of each month, starting in October. The Parties request that the next status conference be scheduled on the fourth Thursday (September 23, 2021), in order to accommodate the Jewish holiday on September 16, 2021.

---

[1] The States have agreed to share with Google a copy of the proposed amendment by August 27.

Respectfully submitted,

Dated:  August 13, 2021

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Darin P. McAtee *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Omid H. Nasab *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Lauren A. Moskowitz*
       Lauren A. Moskowitz

       *Counsel for Plaintiff Epic Games, Inc.*

Dated:  August 13, 2021

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
       Karma M. Giulianelli

       *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| Dated:  August 13, 2021 | | PRITZKER LEVINE LLP<br>　Elizabeth C. Pritzker |

Respectfully submitted,

By:    */s/ Elizabeth C. Pritzker*
       Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  August 13, 2021        HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Benjamin J. Siegel

SPERLING & SLATER PC
    Joseph M. Vanek
    Eamon P. Kelly
    Alberto Rodriguez

Respectfully submitted,

By:    */s/ Steve W. Berman*
       Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: August 13, 2021									HAUSFELD LLP
											Bonny E. Sweeney
											Melinda R. Coolidge
											Katie R. Beran
											Scott A. Martin
											Irving Scher


											Respectfully submitted,

											By:   /s/ Bonny E. Sweeney
											         Bonny E. Sweeney

											*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: August 13, 2021									OFFICE OF THE UTAH ATTORNEY GENERAL
											   David N. Sonnenreich


											Respectfully submitted,

											By:   /s/ David N. Sonnenreich
											         David N. Sonnenreich

											*Counsel for Utah*

Dated: August 13, 2021									MORGAN, LEWIS & BOCKIUS LLP
											   Brian C. Rocca
											   Sujal J. Shah
											   Michelle Park Chiu
											   Minna L. Naranjo
											   Rishi P. Satia


											Respectfully submitted,

											By:   /s/ Brian C. Rocca
											         Brian C. Rocca

											*Counsel for Defendants Google LLC et al.*

Dated:  August 13, 2021

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
E. Clay Marquez
Stephen J. McIntyre


Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
         Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

## E-FILING ATTESTATION

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C. Rocca*
Brian C. Rocca