Case 3:20-cv-05761-JD   Document 201   Filed 09/06/21   Page 1 of 8

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

David N. Sonnenreich (*pro hac vice*)
dsonnenreich@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone:  801-366-0260

*Counsel for Utah*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>Date: September 9, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

1

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

2

1  The parties in the above-captioned matters (the "Parties") respectfully request that the
2  upcoming September 9, 2021 Case Management Conference in this MDL case be conducted
3  remotely for the reasons stated below.  While the general Scheduling Notes available online state
4  that, effective July 12, 2021, all Parties are to assume that all proceedings will be held in person,
5  the Parties are cognizant that the Court previously indicated that the monthly conferences for this
6  MDL case would likely continue to be held remotely even after other matters return to being held
7  in person.  (Tr. (12/3/2020) 7:9-8:9.)  In light of the current environment and the rise in COVID
8  cases, combined with the travel required for counsel for many of the Parties to attend in person,
9  as well as to allow the Parties and non-participating counsel to view the proceedings, the Parties
10 respectfully request that the upcoming September 9, 2021 Case Management Conference be held
11 remotely by Zoom webinar.

| | |
|---|---|
| Dated: September 3, 2021 | CRAVATH, SWAINE & MOORE LLP |
| | Christine Varney *(pro hac vice)* |
| | Katherine B. Forrest *(pro hac vice)* |
| | Darin P. McAtee *(pro hac vice)* |
| | Gary A. Bornstein *(pro hac vice)* |
| | Timothy G. Cameron *(pro hac vice)* |
| | Yonatan Even *(pro hac vice)* |
| | Lauren A. Moskowitz *(pro hac vice)* |
| | Omid H. Nasab *(pro hac vice)* |
| | Justin C. Clarke *(pro hac vice)* |
| | M. Brent Byars *(pro hac vice)* |
| | |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | Paul J. Riehle (SBN 115199) |
| | |
| | Respectfully submitted, |
| | |
| | By:  */s/ Yonatan Even* |
| | Yonatan Even |
| | |
| | *Counsel for Plaintiff Epic Games, Inc.* |

| | |
|---|---|
| Dated: September 3, 2021 | BARTLIT BECK LLP |
| | Karma M. Giulianelli |
| | |
| | KAPLAN FOX & KILSHEIMER LLP |
| | Hae Sung Nam |
| | |
| | Respectfully submitted, |
| | |
| | By:  */s/ Karma M. Giulianelli* |
| | Karma M. Giulianelli |
| | |
| | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

3

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | | |
|---|---|---|
| 1 | Dated: September 3, 2021 | PRITZKER LEVINE LLP<br>　　Elizabeth C. Pritzker |
| 2 | | |
| 3 | | Respectfully submitted, |
| 4 | | By:　*/s/ Elizabeth C. Pritzker*<br>　　　Elizabeth C. Pritzker |
| 5 | | |
| 6 | | *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| 7 | | |
| 8 | Dated: September 3, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>　　Steve W. Berman<br>　　Robert F. Lopez<br>　　Benjamin J. Siegel |
| 9 | | |
| 10 | | |
| 11 | | SPERLING & SLATER PC<br>　　Joseph M. Vanek<br>　　Eamon P. Kelly<br>　　Alberto Rodriguez |
| 12 | | |
| 13 | | |
| 14 | | Respectfully submitted, |
| 15 | | By:　*/s/ Steve W. Berman*<br>　　　Steve W. Berman |
| 16 | | |
| 17 | | *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |
| 18 | | |

| | | |
|---|---|---|
| 1 | Dated: September 3, 2021 | HAUSFELD LLP |
| 2 | |    Bonny E. Sweeney |
| | |    Melinda R. Coolidge |
| 3 | |    Katie R. Beran |
| 4 | |    Scott A. Martin |
| | |    Irving Scher |

Respectfully submitted,

By:  */s/ Bonny E. Sweeney*
     Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: September 3, 2021

OFFICE OF THE UTAH ATTORNEY GENERAL
   David N. Sonnenreich

Respectfully submitted,

By:  */s/ David N. Sonnenreich*
     David N. Sonnenreich

*Counsel for Utah*

Dated: September 3, 2021

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu
   Minna L. Naranjo
   Rishi P. Satia

Respectfully submitted,

By:  */s/ Brian C. Rocca*
     Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: September 3, 2021

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
E. Clay Marquez
Stephen J. McIntyre

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
         Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

## E-FILING ATTESTATION

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Hae Sung Nam*