| | |
|---|---|
| Brian C. Rocca, S.B #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 422-1001<br><br>Richard S. Taffet, pro hac vice<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Attorneys for Defendants Google LLC, et al. | Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com<br>Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Ian Simmons, pro hac vice<br>isimmons@omm.com<br>Benjamin G. Bradshaw, S.B. #189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF BRIAN C. ROCCA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR GOOGLE'S RESPONSIVE PLEADINGS TO COMPLAINTS**<br><br>Judge: Hon. James Donato |

1.    I am a partner at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this multi-district litigation (MDL).  I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California.  I respectfully submit this declaration pursuant to Local Rule 6-2(a) in support of Parties' Stipulation and [Proposed] Order Re: Deadline for Google's Deadline For Google's Responsive Pleadings to Complaints.  I have personal knowledge of the facts or circumstances set forth herein.  If called upon as a witness in this action, I could and would testify competently thereto.

2.    On July 21, 2021, Epic Games, Inc., Developer Plaintiffs, and Consumer Plaintiffs filed amended complaints against Google.  MDL ECF No. 62-64.

3.    On July 7, 2021, certain States filed a complaint against Google.  Case No. 21-cv-05227-JD, ECF No. 1.  That case was related to the other actions in the MDL.  Case No. 21-cv-05227-JD, ECF Nos. 35, 37.

4.    On August 13, 2021, Parties filed a joint case management statement proposing a briefing schedule in which Google's Motions to Dismiss all four complaints would be due on September 8, 2021, Plaintiffs' Oppositions would be due on October 15, 2021, and Google's Reply would be due on November 2, 2021.  MDL ECF No. 77.

5.    On August 17, 2021, the Court entered an order approving the Parties' proposed briefing schedule and setting the hearing on Google's Motions to Dismiss for November 18, 2021.  MDL ECF No. 78.

6.    In lieu of moving to dismiss, Google has elected to file responsive pleadings to the four complaints.

7.    On September 7, 2021, I contacted counsel for Plaintiffs in each of the four actions in the MDL to inform them of Google's decision to file responsive pleadings to the complaints.  Each counsel confirmed that their clients would stipulate to October 11, 2021 as the deadline for Google to file responsive pleadings to the complaints.

1

DECLARATION OF BRIAN C. ROCCA ISO STIPULATION AND [PROPOSED] ORDER RE:
DEADLINE FOR GOOGLE'S RESPONSIVE PLEADINGS TO COMPLAINTS
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

8. Other than vacating all deadlines associated with the motions to dismiss, an order approving the Parties' stipulation as to the deadline for Google's filing of responsive pleadings will not alter any other deadlines already fixed by Court order.

9. This is the first extension requested by Google regarding its responsive pleadings to any of the complaints in this MDL.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of September, 2021 in San Francisco, California.

_____
Brian C. Rocca