| | |
|---|---|
| 1 | MARIANNA MAO (State Bar No. 318070) |
| | Marianna.Mao@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 3 | Twenty-Seventh Floor |
| | San Francisco, California 94105-2907 |
| 4 | Telephone:    (415) 512-4000 |
| | Facsimile:    (415) 512-4077 |

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE OF MARIANNA MAO**<br><br>The Honorable James Donato |

    PLEASE TAKE NOTICE that attorney Marianna Mao of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon her at the email address listed above.

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |

By:     */s/ Marianna Mao*
       MARIANNA MAO
       MUNGER, TOLLES & OLSON LLP
       560 Mission Street
       Twenty-Seventh Floor
       San Francisco, CA 94105
       Telephone: (415) 512-4000

Attorney for Defendants