```
1  KURUVILLA J. OLASA (State Bar No. 281509)
   Kuruvilla.Olasa@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, CA 90071-3426
4  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
5
   Attorney for Defendants
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE OF KURUVILLA J. OLASA**<br><br>The Honorable James Donato |
|---|---|

PLEASE TAKE NOTICE that attorney Kuruvilla J. Olasa of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

1 | DATED: September 24, 2021       MUNGER, TOLLES & OLSON LLP

2

3
                                    By:      /s/ Kuruvilla J. Olasa
4                                          KURUVILLA J. OLASA
                                           MUNGER, TOLLES & OLSON LLP
5                                          350 South Grand Avenue
                                           Fiftieth Floor
6                                          Los Angeles, CA 90071
                                           Telephone: (213) 683-9100
7
                                    Attorney for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28