JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:       (415) 512-4077

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD <br><br> **NOTICE OF APPEARANCE OF JUSTIN P. RAPHAEL** <br><br> The Honorable James Donato |
|---|---|

      PLEASE TAKE NOTICE that attorney Justin P. Raphael of the law firm of Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

1  DATED: September 24, 2021            MUNGER, TOLLES & OLSON LLP

2

3
                                        By:      */s/ Justin P. Raphael*
4                                             JUSTIN P. RAPHAEL
                                              MUNGER, TOLLES & OLSON LLP
5                                             560 Mission Street
                                              Twenty-Seventh Floor
6                                             San Francisco, CA 94105
                                              Telephone: (415) 512-4000
7

8                                       Attorney for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28