Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust Litigation*

Elizabeth C. Pritzker (SBN 146267)
ecp@pritzkerlevine.com
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772

*Liaison Counsel for the Proposed Class*
*in In re Google Play Consumer Antitrust Litigation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiffs Daniel Carroll and Brenda Keegan ("Plaintiffs") file this Notice of Voluntary Dismissal of their claims in *Carroll et all v. Google LLC et al.*, N.D. Cal. Case No.

Case No.:  20-cv-05761-JD – NOTICE OF VOLUNTARY DISMISSAL

3:20-cv-07379, against Defendants, without prejudice and without costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiffs' dismissal is without prejudice to participate and/or recover as class members in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment in Case No. 3:20-cv-07379, and before any motion to dismiss has been filed in Case No. 3:20-cv-07379.

Dated: September 30, 2021           BARTLIT BECK LLP
                                    Karma M. Giulianelli

                                    KAPLAN FOX & KILSHEIMER LLP
                                    Hae Sung Nam

                                    PRITZKER LEVINE LLP
                                    Elizabeth C. Pritzker

                                    Respectfully submitted,

                    By:             /s/ *Elizabeth C. Pritzker*
                                       Elizabeth C. Pritzker