Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust Litigation*

Peggy J. Wedgworth (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
Telephone: 212-594-5300

*Member of the Plaintiff's Steering Committee for*
*the Proposed Class in In re Google Play*
*Consumer Antitrust Litigation*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiffs Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, and Robert Wing, ("Plaintiffs") file this Notice of Voluntary Dismissal of their claims in *Bentley et al., v. Google LLC et al.*, N.D. Cal. Case No. 3:20-cv-07079 against Defendant, without prejudice and without costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiffs' dismissal is without prejudice to participate and/or recover as class members in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment in Case No. 3:20-cv-07079, and before any motion to dismiss has been filed in Case No. 3:20-cv-07079.

Dated: September 30, 2021

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

MILBERG COLEMAN BRYSON
PHILLIPS GROSMAN LLP
Peggy J. Wedgworth

Respectfully submitted,

By:   /s/ *Peggy J. Wedgworth*

---

1

Case No.:  20-cv-05761-JD –NOTICE OF VOLUNTARY DISMISSAL