Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLET BECK LLP**
1801 Wewetta St., Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in
In re Google Play Consumer Antitrust Litigation*

Nanci E. Nishimura (SBN 152621)
nnishimura@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

*Member of Plaintiffs' Steering Committee for
the Proposed Class in In re Google Play
Consumer Litigation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION<br><br>THIS DOCUMENT ALSO RELATES TO:<br><br>*Brian McNamara v. Google LLC and Alphabet Inc.*, Case No. 5:20-cv-07361-JD | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Brian McNamara ("Plaintiff"), files this Notice of Voluntary Dismissal of claims in *Brian McNamara v. Google LLC and Alphabet Inc.*, Case No. 5:20-cv-07361 against Defendant, without prejudice and without costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as a class member in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment in Case No. 5:20-cv-07361, and before any motion to dismiss has been filed in Case No. 5:20-cv-07361.

Dated:  September 30, 2021

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Name

COTCHETT, PITRE & McCARTHY, LLP
Nanci E. Nishimura


Respectfully submitted,


By:   */s/ Nanci E. Nishimura*