Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
achase@kellerrohrback.com

Laura R. Gerber (*Pro Hac Vice*)
Matthew M. Gerend (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
lgerber@kellerrohrback.com
mgerend@kellerrohrback.com

*Attorneys for Plaintiff Jared Stark*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Jared Stark files this Notice of Voluntary Dismissal of his claims against Defendants, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as a class member in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED this 1st day of October, 2021.

           KELLER ROHRBACK L.L.P.

           By *Alison E. Chase*
           Alison E. Chase (SBN 226976)
           KELLER ROHRBACK L.L.P.
           801 Garden Street, Suite 301
           Santa Barbara, CA 93101
           Telephone: (805) 456-1496
           Fax: (805) 456-1497
           Email: Achase@kellerrohrback.com

           Laura R. Gerber (*Pro Hac Vice*)
           Matthew M. Gerend (*Pro Hac Vice*)
           1201 Third Avenue, Suite 3200
           Seattle, WA 98101-3052
           Telephone: (206) 623-1900
           Fax: (206) 623-3384
           Email: Lgerber@kellerrohrback.com
           Email: Mgerend@kellerrohrback.com

           *Attorneys for Plaintiff Jared Stark*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Rosie McKinlay-Mench*
Rosie Mckinlay-Mench
