| | |
|---|---|
| 1 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: 801-366-0260

*Counsel for Utah*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 21, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

Pursuant to this Court's Order dated August 17, 2021 (*In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") Dkt. No. 78), setting a status conference for October 21, 2021, the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Case Management Statement.

### I. CASE STATUS SUMMARY

#### A. Proposed Case Schedule

Pursuant to the Court's Order dated September 9, 2021 (MDL Dkt. No. 103), the Parties submitted to the Court an agreed proposed scheduling order on September 23, 2021 (MDL Dkt. No. 108) that remains pending. (*See Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic Action*"), Dkt. No. 173; *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD ("*Consumer Action*"), Dkt. No. 204; *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD ("*Developer Action*"), Dkt No. 147; *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD ("*States Action*"), Dkt. No. 157.) As directed by the Court's Order, the Parties' negotiations were guided by the schedule in the *Capacitors Antitrust Litigation* and also the trial date of September 6, 2022. The Parties respectfully request that the Court enter the proposed schedule.

In addition, the Parties understand that pursuant to the Court's Order dated September 9, 2021 (MDL Dkt. No. 103), a proposed trial plan should be finalized and submitted to the Court by mid-January 2022.

#### B. Stipulated Amended Protective Orders

The Court previously approved and entered in the MDL action a Stipulated Protective Order on May 12, 2021 (MDL Dkt. No. 34) and a Stipulated Supplemental Protective Order Governing Production of Protected Non-Party Materials on May 20, 2021 (MDL Dkt. No. 44). As described in the previous Joint Case Management Statement (MDL Dkt. No. 95), now that the State Plaintiffs are parties to this proceeding, the State Plaintiffs believe these protective orders should be amended to accommodate state laws regarding public records access and document retention. On October 11, 2021, the Parties submitted for the Court's approval a

Stipulated Proposed Amended Protective Order (MDL Dkt. No. 116) and a Stipulated Proposed Amended Supplemental Protective Order Governing Production of Protected Non-Party Materials (MDL Dkt. No. 117). (*See Epic Action*, Dkt. Nos. 184, 185; *Consumer Action*, Dkt. Nos. 218, 219; *Developer Action*, Dkt Nos. 157, 158; *States Action*, Dkt. Nos. 176, 177.) The Parties respectfully request that the Court enter the proposed orders.

### C. Google's Answers to the Complaints

Consistent with the Parties' proposed case schedule (MDL Dkt. No. 108), Google filed Answers to the operative Complaints in the MDL action on October 11, 2021 (MDL Dkt. Nos. 112-3, 113, 114, 115). (*See Epic Action*, Dkt. No. 183-3; *Consumer Action*, Dkt. No. 217; *Developer Action*, Dkt No. 156; *States Action*, Dkt. No. 175.) Google also filed Counterclaims against Epic (MDL Dkt. No. 112-3, at 26). (*See Epic Action*, Dkt. No. 183-3, at 26.) Epic's responsive pleadings to Google's Counterclaims are due on November 1, 2021.

## II. STATUS OF DISCOVERY

### A. Fact Depositions

The Parties have begun to meet and confer regarding fact depositions and intend to begin depositions in the next several weeks. Prior to doing so, the Parties will submit to the Court a proposed deposition protocol, which the Parties are continuing to negotiate and, pending resolution of some final matters, aim to submit in advance of the October 21 status conference.

### B. Google Production of States' Investigation Documents

Google produced to the non-State Plaintiffs on October 12, 2021, the documents specified in the Stipulation and Proposed Order filed on September 20, 2021 (entered by the Court on September 23, 2021). (*See* MDL Dkt. 107, 109.)

### C. Google Production of MDL Documents to the States

Google produced Google documents and data from this MDL action to the State Plaintiffs on October 13, 2021.

3
JOINT CASE MANAGEMENT STATEMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

D.   **Document Discovery Update**

The Parties have made significant progress to date and continue to engage in discovery on a range of topics.  There are meet and confers underway to address outstanding discovery issues, and the Parties are hopeful that the remaining issues will be resolved through negotiation.

| | | |
|---|---|---|
| Dated: October 14, 2021 | | CRAVATH, SWAINE & MOORE LLP |

Christine Varney *(pro hac vice)*
Katherine B. Forrest *(pro hac vice)*
Darin P. McAtee *(pro hac vice)*
Gary A. Bornstein *(pro hac vice)*
Timothy G. Cameron *(pro hac vice)*
Yonatan Even *(pro hac vice)*
Lauren A. Moskowitz *(pro hac vice)*
Omid H. Nasab *(pro hac vice)*
Justin C. Clarke *(pro hac vice)*
M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
         Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: October 14, 2021

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
         Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: October 14, 2021

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

Respectfully submitted,

By:   */s/ Elizabeth C. Pritzker*
         Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | |
|---|---|
| Dated:  October 14, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>    Steve W. Berman<br>    Robert F. Lopez<br>    Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>    Joseph M. Vanek<br>    Eamon P. Kelly<br>    Alberto Rodriguez<br><br>Respectfully submitted,<br><br>By:   */s/ Steve W. Berman*<br>         Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |
| Dated:  October 14, 2021 | HAUSFELD LLP<br>    Bonny E. Sweeney<br>    Melinda R. Coolidge<br>    Katie R. Beran<br>    Scott A. Martin<br>    Irving Scher<br><br>Respectfully submitted,<br><br>By:   */s/ Bonny E. Sweeney*<br>         Bonny E. Sweeney<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |
| Dated:  October 14, 2021 | OFFICE OF THE UTAH ATTORNEY GENERAL<br>    Brendan P. Glackin<br><br>Respectfully submitted,<br><br>By:   */s/ Brendan P. Glackin*<br>         Brendan P. Glackin<br><br>*Counsel for Utah* |

| | | |
|---|---|---|
| Dated: October 14, 2021 | | MORGAN, LEWIS & BOCKIUS LLP<br>  Brian C. Rocca<br>  Sujal J. Shah<br>  Michelle Park Chiu<br>  Minna L. Naranjo<br>  Rishi P. Satia |

Respectfully submitted,

By:  */s/ Brian C. Rocca*
       Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: October 14, 2021              O'MELVENY & MYERS LLP
                                       Daniel M. Petrocelli
                                       Ian Simmons
                                       Benjamin G. Bradshaw
                                       Stephen J. McIntyre

Respectfully submitted,

By:  */s/ Daniel M. Petrocelli*
       Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: October 14, 2021              MUNGER, TOLLES & OLSON LLP
                                       Glenn D. Pomerantz
                                       Kyle W. Mach
                                       Kuruvilla Olasa
                                       Justin P. Raphael
                                       Emily C. Curran-Huberty
                                       Jonathan I. Kravis
                                       Marianna Y. Mao

Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
       Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                         /s/ *Hae Sung Nam*
                             Hae Sung Nam