# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | **[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY** Judge: Hon. James Donato |

1  The Court, having considered the "Joint Request to Conduct Case Management
2  Conference Remotely", filed by the parties in the above-captioned actions (the "Parties"), hereby
3  ORDERS that the request is GRANTED.  The upcoming October 21, 2021 Case Management
4  Conference will be held remotely by Zoom webinar.
5
6  Dated:  October ___, 2021                                         BY THE COURT:
7
8                                                                                      _____
                                                                                        UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28