Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust Litigation*

Peggy J. Wedgworth (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
Telephone: 212-594-5300

*Member of the Plaintiff's Steering Committee for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiffs, Katherine Hansen, Dennis Lockhart, Katie Vesco and Daniel Watt ("Plaintiffs") file this Notice of Voluntary Dismissal of their claims in the consolidated actions of *Bentley et al., v. Google LLC et al.*, N.D. Cal. Case No. 3:20-cv-07079 (Dkt. No. 16) and *Carr et al., v. Google LLC et al.*, N.D. Cal. Case No. 3:20-cv-05761 (Dkt. No. 55) against Defendant, without prejudice and without costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiffs' dismissal is without prejudice to participate and/or recover as class members in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of a motion for summary judgment.

Dated: November 10, 2021

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

MILBERG COLEMAN BRYSON
PHILLIPS GROSMAN LLP
Peggy J. Wedgworth

Respectfully submitted,

By:     /s/ *Peggy J. Wedgworth*

## CERTIFICATE OF SERVICE

I, Peggy J. Wedgworth, an attorney, hereby certify that on November 10, 2021, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e- mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth