| | | |
|---|---|---|
| 1 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com |
| 2 | **BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 3 | Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111 |
| 4 | | Telephone: (415) 591-7500 |
| 5 | Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com |
| 6 | **KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue | **CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue |
| 7 | New York, NY 10022<br>Tel.: (212) 687-1980 | New York, New York 10019<br>Telephone: (212) 474-1000 |
| 8 | | |
| 9 | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| 10 | Steve W. Berman (*pro hac vice*) | Brendan P. Glackin (SBN 199643) |
| 11 | steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP** | bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY** |
| 12 | 1301 Second Ave., Suite 2000<br>Seattle, WA 98101 | **GENERAL**<br>160 E 300 S, 5th Floor |
| 13 | Telephone: (206) 623-7292 | PO Box 140872<br>Salt Lake City, UT 84114-0872 |
| 14 | Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com | Telephone:  801-366-0260 |
| 15 | **SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200 | *Counsel for Utah* |
| 16 | Chicago, IL 60603<br>Telephone: 312-641-3200 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com |
| 17 | | **MUNGER, TOLLES & OLSON LLP** |
| 18 | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and* | 350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071 |
| 19 | *Attorneys for Pure Sweat Basketball, Inc.* | Telephone: (213) 683-9100 |
| 20 | Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com |
| 21 | **HAUSFELD LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 22 | 600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 23 | Telephone: (415) 633-1908 | Telephone: (415) 442-1000 |
| 24 | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and* | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com |
| 25 | *Attorneys for Peekya App Services, Inc.* | **O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl. |
| 26 | [Additional counsel appear on signature page] | Los Angeles, CA 90067-6035<br>Telephone:  (310) 553-6700 |
| 27 | | |
| 28 | | *Counsel for Defendants Google LLC et al.* |

JOINT CASE MANAGEMENT STATEMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: November 18, 2021<br>Time: 11:00 a.m.<br>Courtroom: 11, 19th Floor (by remote access)<br>Judge:  Hon. James Donato |

Pursuant to this Court's Order dated October 22, 2021 (*In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") Dkt. No. 122), setting a status conference for November 18, 2021, the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Case Management Statement.

## I.   CASE STATUS SUMMARY

### A.   Case Schedule

On October 22, 2021, the Court issued an MDL Scheduling Order, setting an October 17, 2022, trial date and pretrial deadlines for this MDL action.

### B.   Pleadings

On November 1, 2021, Epic filed an Answer to Google's Counterclaims. MDL Dkt. No. 136. On November 1, 2021, the State Attorneys General ("State AG") Plaintiffs filed an Amended Complaint. *Utah v. Google LLC*, No. 3:21-cv-05227, Dkt. No. 188. Google's responsive pleadings to the State AG's Amended Complaint are due on November 15, 2021.

### C.   Administrative Motions to Seal

On October 11, 2021, in connection with Defendants' Answers, Defenses and Counterclaims to Epic Games, Inc,'s First Amended Complaint for Injunctive Relief, MDL Dkt. No. 111, Google filed an Administrative Motion to Seal in connection with certain materials designated confidential by Epic. MDL Dkt. No 112. Epic has not sought to maintain under seal any portion of Google's Answer and Counterclaims. Accordingly, the Court may deny Google's Administrative Motion, MDL Dkt. No 112 as moot.

On November 1, 2021, in connection with its Answer and Defenses to Google's Counterclaims, MDL Dkt. No. 136, Epic filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with certain materials designated confidential by Google (MDL Dkt. No. 137). Google has not sought to maintain under seal any portion of Epic's Answer and Defenses to Google's Counterclaims. Accordingly, the Court may deny Epic's Administrative Motion, MDL Dkt. No. 137, as moot.

## II. STATUS OF DISCOVERY

### A. Deposition Protocol

The Parties have met and conferred regarding a deposition protocol to govern the depositions in this MDL action.  On October 28, 2021, the Parties submitted a Joint Discovery Letter Brief to the Court regarding a dispute concerning Rule 30(b)(6) depositions.  MDL Dkt. No. 134.  On November 5, 2021, the Court issued an order regarding the Parties' dispute.  MDL Dkt. No. 141.  The Parties will meet and confer and submit a deposition protocol to the Court that incorporates the Court's November 5, 2021 Order.

### B. Fact Depositions

The Parties are set to begin fact depositions in December.  On November 5, 2021, Plaintiffs requested that Google provide dates for twenty witnesses that Class Plaintiffs believe need to be deposed prior to class certification, including three of four witnesses for which Plaintiffs had requested deposition dates on August 30, 2021, and one witness for which Plaintiffs had requested a deposition date on October 24, 2021 as a substitute for one of the original four who was unavailable prior to class certification.  Three of those witnesses are now scheduled for December 2, 9, and 20.  Because the opening briefs on class certification are due January 28, 2022, Plaintiffs have requested these twenty depositions take place before January 15, 2022.

On October 15, 2021, Google requested depositions of consumer class plaintiffs and three Epic witnesses. Epic offered dates for two of its witnesses on December 16 and January 7, and Consumer Plaintiffs are gathering dates for their class representatives. The Parties continue to meet and confer on the scheduling of depositions.

### C. Document Discovery Update

The Parties have made significant progress to date and continue to engage in discovery on a range of topics.  There are meet and confers underway to address outstanding discovery issues, and the Parties are hopeful that the remaining issues will be resolved through negotiation.

On October 21, 2021, Google announced that it was reducing its service fee on subscriptions purchased through Google Play from 30 percent to 15 percent. On October 25, 2021, Plaintiffs requested that Google produce documents and communications related to Google's change to the fee structure. The Parties are meeting and conferring regarding Plaintiffs' request. One deponent Plaintiffs have requested before class certification, a Vice President of Project Management responsible for Google Play, made Google's announcement.

On November 1, 2021, Google amended its initial disclosures, including by adding three new individuals who had not previously been identified in this litigation as individuals reasonably likely to have discoverable information that Google may use to support its claims and/or defenses. On November 5, 2021, Plaintiffs requested that Google produce certain custodial documents from the files of these individuals. The Parties are meeting and conferring regarding Plaintiffs' request.

The State AG Plaintiffs have indicated that they plan to serve their initial disclosures on or before November 19, 2021.

### D. Source Code

The Parties continue to negotiate the scope of source code that Google will make available for Plaintiffs' experts to review and an associated protective order. The Parties are hopeful that the source code issue will be resolved quickly so that, to the extent Class Plaintiffs believe such information is necessary for class certification, Plaintiffs' experts will have sufficient time to review the necessary information.

Dated: November 11, 2021

CRAVATH, SWAINE & MOORE LLP
   Christine Varney *(pro hac vice)*
   Katherine B. Forrest *(pro hac vice)*
   Darin P. McAtee *(pro hac vice)*
   Gary A. Bornstein *(pro hac vice)*
   Timothy G. Cameron *(pro hac vice)*
   Yonatan Even *(pro hac vice)*
   Lauren A. Moskowitz *(pro hac vice)*
   Omid H. Nasab *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
      Yonatan Even

*Counsel for Plaintiff Epic Games, Inc.*

Dated: November 11, 2021

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
      Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  November 11, 2021      PRITZKER LEVINE LLP
                                                                     Elizabeth C. Pritzker

                                                      Respectfully submitted,

                                                      By:   */s/ Elizabeth C. Pritzker*
                                                                 Elizabeth C. Pritzker

                                                    *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  November 11, 2021      HAGENS BERMAN SOBOL SHAPIRO LLP
                                                               Steve W. Berman
                                                               Robert F. Lopez
                                                               Benjamin J. Siegel

                                                    SPERLING & SLATER PC
                                                               Joseph M. Vanek
                                                               Eamon P. Kelly
                                                               Alberto Rodriguez

                                                      Respectfully submitted,

                                                     By:   */s/ Steve W. Berman*
                                                                 Steve W. Berman

                                                    *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: November 11, 2021

HAUSFELD LLP
    Bonny E. Sweeney
    Melinda R. Coolidge
    Katie R. Beran
    Scott A. Martin
    Irving Scher

Respectfully submitted,

By:   */s/ Bonny E. Sweeney*
      Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: November 11, 2021

OFFICE OF THE UTAH ATTORNEY GENERAL
    Brendan P. Glackin

Respectfully submitted,

By:   */s/ Brendan P. Glackin*
      Brendan P. Glackin

*Counsel for Utah*

Dated: November 11, 2021

MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
      Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

| | | |
|---|---|---|
| 1 | Dated:  November 11, 2021 | O'MELVENY & MYERS LLP |
| 2 | | Daniel M. Petrocelli |
| | | Ian Simmons |
| 3 | | Benjamin G. Bradshaw |
| | | Stephen J. McIntyre |

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
     Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated:  November 11, 2021

MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis
    Marianna Y. Mao

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
     Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Marianna Y. Mao, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Marianna Y. Mao*