UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et. al., v. Google LLC, et. al.*, Case No. 3:21-cv-05227-JD | No. 3:20-CV-05761-JD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge: Hon. James Donato |

Upon consideration of Plaintiffs' Administrative Motion to File Documents Under Seal and Notice of Lodging the unredacted version of Plaintiffs' Consolidated Second Amended Complaint ("SAC"), and the papers submitted in support, IT IS HEREBY ORDERED that the Clerk shall seal the unredacted version of the SAC. The portions of the unredacted SAC that shall remain sealed are as follows:

| SAC Paragraph | Corresponding Page and Line Number(s) |
|---|---|
| ¶ 91 | 21:25, excluding "was willing to offer Samsung, among other things," and "as well as" <br> 21:26-27 |
| ¶ 133 | 31:3, excluding "Indeed, Google has long had a 'Strategic Marketing Agreement' with" and "one" <br> 31:7, excluding "devices that," "distributes. In return, Google has agreed to pay," and "a share of its" |

**IT IS SO ORDERED.**

DATED: _____          _____
HON. JAMES DONATO
United States District Judge

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING
Case No. 3:20-CV-05761-JD

2