| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700 |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | *Counsel for Defendants Google LLC et al.* |
| Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: 312-641-3200 | |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* | |
| Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 | |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* | |
| [Additional counsel appear on signature page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINES RELATED TO CONSUMERS' AND DEVELOPERS' MOTIONS FOR LEAVE TO AMEND**<br><br>Judge: Hon. James Donato |

1   WHEREAS, Consumer Plaintiffs and Developer Plaintiffs have filed motions for leave to
2   amend their complaints ("Motions"), with hearings set for January 13, 2022, responses due
3   December 20, 2022, and replies due December 27, 2022;
4   WHEREAS, as set forth in more detail in the Parties' December 9, 2021 Joint Case
5   Management Statement ("JCMS"), Google has agreed not to oppose the Motions in exchange for
6   Developer and Consumer Plaintiffs' agreement to meet certain discovery milestones related to
7   discovery for the new named class plaintiffs, which is in turn contingent on all parties' jointly
8   proposed case schedule described in the JCMS;
9   WHEREAS, the Joint Status Conference set for December 16, 2021 may obviate the need
10  for further briefing on the Motions;
11  WHEREAS, Google and the Consumer and Developer Plaintiffs therefore agree to
12  stipulate that Google may receive a one-week extension of time until December 27, 2022, to file
13  responses to the Motions;
14  WHEREAS, Google and the Consumer and Developer Plaintiffs agree that, if Google
15  files responses to the Motions, replies in support of the Motions shall be due by January 3, 2022;
16  THEREFORE, pursuant to Local Rule 6-2, Google and the Consumer and Developer
17  Plaintiffs stipulate and agree, subject to the Court's approval, that Google's responses to the
18  Motions will be due December 27, 2022, and the Consumer and Developer Plaintiffs' replies to
19  the Motions will be due January 3, 2022.
20  IT IS SO STIPULATED.
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: December 16, 2021 | BARTLIT BECK LLP |
| 2 | | Karma M. Giulianelli |
| 3 | | KAPLAN FOX & KILSHEIMER LLP |
| | | Hae Sung Nam |

Respectfully submitted,

By:    */s/ Karma M. Giulianelli*
        Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: December 16, 2021     PRITZKER LEVINE LLP
       Elizabeth C. Pritzker

Respectfully submitted,

By:    */s/ Elizabeth C. Pritzker*
        Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: December 16, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman
  Robert F. Lopez
  Benjamin J. Siegel

SPERLING & SLATER PC
  Joseph M. Vanek
  Eamon P. Kelly
  Alberto Rodriguez

Respectfully submitted,

By:  /s/ Steve W. Berman
     Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: December 16, 2021

HAUSFELD LLP
  Bonny E. Sweeney
  Melinda R. Coolidge
  Katie R. Beran
  Scott A. Martin
  Irving Scher

Respectfully submitted,

By:  /s/ Bonny E. Sweeney
     Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

Dated: December 16, 2021

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu
   Minna L. Naranjo
   Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
      Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: December 16, 2021

O'MELVENY & MYERS LLP
   Daniel M. Petrocelli
   Ian Simmons
   Benjamin G. Bradshaw
   Stephen J. McIntyre

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
      Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: December 16, 2021

MUNGER, TOLLES & OLSON LLP
 Glenn D. Pomerantz
 Kyle W. Mach
 Kuruvilla Olasa
 Justin P. Raphael
 Emily C. Curran-Huberty
 Jonathan I. Kravis
 Marianna Y. Mao

Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
   Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December ___, 2021

                                                  _____
The Honorable James Donato
United States District Judge

**E-FILING ATTESTATION**

I, Marianna Y. Mao, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

／s／ *Marianna Y. Mao*