Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE: DEADLINES RELATED TO CONSUMERS' AND DEVELOPERS' MOTIONS FOR LEAVE TO AMEND** |

1. I am a partner at Munger, Tolles & Olson LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in this multi-district litigation (MDL). I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California. I respectfully submit this declaration pursuant to Local Rule 6-2(a) in support of the Stipulation and [Proposed] Order Re: Deadlines Related to Consumers' and Developers' Motions for Leave to Amend ("Stipulation"). I have personal knowledge of the facts or circumstances set forth herein. If called upon as a witness in this action, I could and would testify competently thereto.

2. On July 21, 2021, Developer Plaintiffs and Consumer Plaintiffs filed amended complaints against Google. MDL ECF Nos. 62, 63. Consumer Plaintiffs filed a motion to amend their complaint on December 3, 2021, and Developer Plaintiffs filed a motion to amend their complaint on December 6, 2021 (together, the "Motions"). MDL ECF Nos. 152, 157. The Motions are set for hearing on January 13, 2022.

3. Google believes, and the Consumer Plaintiffs and Developer Plaintiffs agree, that the Court's guidance at the Status Conference set for December 16, 2021, may obviate the need for briefing on the Motions. As set forth in more detail in the MDL Parties' December 9, 2021 Joint Case Management Statement, MDL ECF No. 149, the MDL parties have jointly proposed a modified case schedule that will not impact the Pretrial Conference or Trial dates. Contingent on the Court adopting the MDL parties' jointly proposed modified schedule, Google has agreed not to oppose the Motions if Consumer Plaintiffs and Developer Plaintiffs agree to meet certain discovery milestones related to discovery for the new named class plaintiffs.

4. Other than modestly modifying deadlines associated with the Motions, an order approving the Stipulation will not alter any other deadlines.

5. Neither Google nor the Developer Plaintiffs nor Consumer Plaintiffs have previously requested an extension regarding the briefing schedule for the Motions.

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2   December 16, 2021, in Pasadena, California.

By: _____*/s/ Glenn D. Pomerantz*_____
    GLENN D. POMERANTZ