AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Maine

## CERTIFICATE OF GOOD STANDING

I, _____ Christa K. Berry _____ , Clerk of this Court,

certify that Michael S. Smith was duly admitted to practice in this Court on December 19, 2012,

and is in good standing as a member of the Bar of this Court.

Dated at _____ Portland, Maine _____ on _____ December 17, 2021 _____
                    *(Location)*                                    *(Date)*

CHRISTA K. BERRY
*CLERK*

*Robert Allen*
*DEPUTY CLERK*