AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Maine

## CERTIFICATE OF GOOD STANDING

I, _____ Christa K. Berry _____ , Clerk of this Court,

certify that Elizabeth F. Quinby was duly admitted to practice in this Court on December 7, 2018,

and is in good standing as a member of the Bar of this Court.

Dated at _____ Portland, Maine _____ on _____ December 17, 2021 _____
*(Location)* *(Date)*

CHRISTA K. BERRY
*CLERK*

*[signature: Robert Allen]*
*DEPUTY CLERK*