UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: GOOGLE PLAY CONSUMER ANTITRUST LITIGATION

Case No. 3:20-cv-05761-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth F. Quinby, an active member in good standing of the bar of U.S.D.C. for the District of Maine, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Alex Iwamoto and Leigh Silver in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 206423.

Preti Flaherty, Beliveau & Pachios LLP
One, City Center, P.O. Box 9546
Portland, ME 04101
MY ADDRESS OF RECORD

(207) 791-3000
MY TELEPHONE # OF RECORD

equinby@preti.com
MY EMAIL ADDRESS OF RECORD

Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 772-4700
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lking@kaplanfox.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/20/2021

Elizabeth F. Quinby
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth F. Quinby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/21/2021

UNITED STATES DISTRICT JUDGE