1  Karma M. Guilianelli (SBN 184175)
   karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
   1801 Wewetta St., Suite 1200
3  Denver, Colorado 80202
   Telephone: (303) 592-3100
4
   Hae Sung Nam (*pro hac vice*)
5  hnam@kaplanfox.com
   **KAPLAN FOX & KILSHEIMER LLP**
6  850 Third Avenue
   New York, NY 10022
7  Tel.: (212) 687-1980
8  *Co-Lead Counsel for the Proposed Class
   in In re Google Play Consumer Antitrust*
9  *Litigation*
10 Steve W. Berman (*pro hac vice*)
11 steve@hbsslaw.com
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
12 1301 Second Ave., Suite 2000
   Seattle, WA 98101
13 Telephone: (206) 623-7292
14 Eamon P. Kelly (*pro hac vice*)
   ekelly@sperling-law.com
15 **SPERLING & SLATER P.C.**
   55 W. Monroe, Suite 3200
16 Chicago, IL 60603
   Telephone: 312-641-3200
17
   *Co-Lead Counsel for the Proposed Class in In re*
18 *Google Play Developer Antitrust Litigation and*
   *Attorneys for Pure Sweat Basketball, Inc.*
19
   Bonny E. Sweeney (SBN 176174)
20 bsweeney@hausfeld.com
   **HAUSFELD LLP**
21 600 Montgomery Street, Suite 3200
   San Francisco, CA 94104
22 Telephone: (415) 633-1908
23 *Co-Lead Counsel for the Proposed Class in In re*
   *Google Play Developer Antitrust Litigation and*
24 *Attorneys for Peekya App Services, Inc.*
25 [Additional counsel appear on signature page]
26
27
28

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &
REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in
Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone:  801-366-0260

*Counsel for Utah*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br><br>**JOINT STATEMENT RE: CASE SCHEDULE AND TRIAL STRUCTURE**<br><br><br>Judge:  Hon. James Donato |

Pursuant to this Court's instruction at the conclusion of the December 16, 2021 status conference, the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement Regarding Case Schedule and Trial Structure.

I.      **CASE SCHEDULE**

Based on the guidance provided by the Court at the last status conference, the Parties have met and conferred regarding a modified schedule for this MDL.  The Parties jointly propose the case schedule attached as Exhibit A and set forth in the proposed order accompanying this filing based on a proposed trial date of January 30, 2023.  As advised by the Court, this proposed schedule separates the *Daubert* and class certification motion hearings, separates the *Daubert* and dispositive motion hearings, sets deadlines for joint filings in advance of the concurrent expert proceedings and sets the hearing for dispositive motions two months before the final pretrial conference.

## II.      TRIAL STRUCTURE

The Parties have met and conferred regarding the structure of any trials.  As the Court has previously noted, 7/22/21 Tr. 7:22-8:7, the Complaints assert substantially similar theories of antitrust liability.  Given the Court's guidance that the "optimal result" would be to have "one jury decide[] in one sitting the core antitrust issues," *see* 7/22/21 Tr. 29:03-24, the Parties are planning to proceed accordingly with a combined jury trial on the core antitrust liability issues common to the four cases.

With respect to the issue of damages, the Consumer Plaintiffs, Developer Plaintiffs, State Plaintiffs, and Google Defendants respectfully suggest that the Court defer ruling further on trial structure until after the close of expert discovery on August 19, 2022.[1]  Whether there should be a separate damages phase, and the structure of that phase, will be informed by factual evidence still to be obtained in discovery, expert reports and depositions, motions practice, and other developments that may occur over the next several months.

Likewise, with respect to Google's counterclaims against Epic, Epic and Google respectfully suggest that the Court defer ruling further on trial structure.  Whether evidence and arguments about Google's counterclaims against Epic should be part of a liability trial in which all Plaintiffs are present, or should instead be addressed during a separate phase or trial, will be informed by factual evidence still to be obtained in discovery, expert reports and depositions, motions practice, and other developments that may occur over the next several months.

The Parties jointly propose that they meet and confer on these issues promptly following the close of expert discovery (which is set for August 19, 2022 under the schedule jointly proposed by the Parties), and then meet with the Court to further discuss trial structure and the length of any trials[2] with the benefit of a more developed record.

---

[1] Plaintiff Epic has not asserted any claim for damages against Google and has no objection to the other Parties' suggestion that the Court defer ruling on the trial structure as it relates to the other Plaintiffs' damages claims.

[2] At the December 16, 2021 status conference, the Court indicated that its preliminary view was that the core antitrust liability issues could be tried over a three-week period with approximately 20-25 hours allotted to Plaintiffs and 20-25 hours allotted to Google.  At this stage, Plaintiffs anticipate needing more than three weeks to try the core antitrust liability issues due to the

1    Dated:  January 14, 2022            CRAVATH, SWAINE & MOORE LLP
                                            Christine Varney *(pro hac vice)*
2                                           Katherine B. Forrest *(pro hac vice)*
                                            Gary A. Bornstein *(pro hac vice)*
3                                           Timothy G. Cameron *(pro hac vice)*
                                            Yonatan Even *(pro hac vice)*
4                                           Lauren A. Moskowitz *(pro hac vice)*
                                            Justin C. Clarke *(pro hac vice)*
5                                           M. Brent Byars *(pro hac vice)*

6                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                            Paul J. Riehle (SBN 115199)
7
                                         Respectfully submitted,
8
                                         By:    */s/ Yonatan Even*
9                                               Yonatan Even

10                                              *Counsel for Plaintiff Epic Games, Inc.*

11

12   Dated:  January 14, 2022            BARTLIT BECK LLP
                                            Karma M. Giulianelli
13
                                         KAPLAN FOX & KILSHEIMER LLP
14                                          Hae Sung Nam

15                                       Respectfully submitted,

16                                       By:    */s/ Karma M. Giulianelli*
                                                Karma M. Giulianelli
17
                                                *Co-Lead Counsel for the Proposed Class in*
18                                              *In re Google Play Consumer Antitrust*
                                                *Litigation*
19

20   Dated:  January 14, 2022            PRITZKER LEVINE LLP
                                            Elizabeth C. Pritzker
21
                                         Respectfully submitted,
22
                                         By:    */s/ Elizabeth C. Pritzker*
23                                              Elizabeth C. Pritzker

24                                              *Liaison Counsel for the Proposed Class in*
                                                *In re Google Play Consumer Antitrust*
25                                              *Litigation*

26

27   _____

     complexity and scope of the issues and the anticipated number of fact and expert witnesses.
28   Accordingly, Plaintiffs respectfully request that the Court revisit the appropriate length of trial at a
     later stage of the case.

1    Dated:  January 14, 2022

2

3

4

5

6

7

8

9

10

11   Dated:  January 14, 2022

12

13

14

15

16

17

18

19

20   Dated:  January 14, 2022

21

22

23

24

25

26

27

28

HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Benjamin J. Siegel

SPERLING & SLATER PC
    Joseph M. Vanek
    Eamon P. Kelly
    Alberto Rodriguez

Respectfully submitted,

By:    */s/ Steve W. Berman*
       Steve W. Berman

       *Co-Lead Interim Class Counsel for the
       Developer Class and Attorneys for Plaintiff
       Pure Sweat Basketball*

HAUSFELD LLP
    Bonny E. Sweeney
    Melinda R. Coolidge
    Katie R. Beran
    Scott A. Martin
    Irving Scher

Respectfully submitted,

By:    */s/ Bonny E. Sweeney*
       Bonny E. Sweeney

       *Co-Lead Interim Class Counsel for the
       Developer Class and Attorneys for Plaintiff
       Peekya App Services, Inc.*

OFFICE OF THE UTAH ATTORNEY
GENERAL
    Brendan P. Glackin

Respectfully submitted,

By:    */s/ Brendan P. Glackin*
       Brendan P. Glackin

       *Counsel for Utah*

JOINT STATEMENT RE CASE SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1   Dated:  January 14, 2022

2

3

4

5

6

7

8

9   Dated:  January 14, 2022

10

11

12

13

14

15

16

17   Dated:  January 14, 2022

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Michelle Park Chiu
  Minna L. Naranjo
  Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
       Brian C. Rocca

*Counsel for Defendants Google LLC et al.*


O'MELVENY & MYERS LLP
  Daniel M. Petrocelli
  Ian Simmons
  Benjamin G. Bradshaw
  Stephen J. McIntyre

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
       Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*


MUNGER, TOLLES & OLSON LLP
  Glenn D. Pomerantz
  Kyle W. Mach
  Kuruvilla Olasa
  Justin P. Raphael
  Emily C. Curran-Huberty
  Jonathan I. Kravis
  Marianna Y. Mao

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
       Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

JOINT STATEMENT RE CASE SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1

**E-FILING ATTESTATION**

2

I, Kuruvilla Olasa, am the ECF User whose ID and password are being used to file

3

this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4

signatories identified above has concurred in this filing.

5

6

                                        */s/ Kuruvilla Olasa*
                                        Kuruvilla Olasa

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT RE CASE SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1

2

**Exhibit A**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| ACTIVITY | DATE |
|---|---|
| **Status Conferences** | |
| Joint status conference | March 17, 2022, at 11 a.m. (by remote access) |
| Joint status conference | June 16, 2022, at 11 a.m. (by remote access) |
| **Fact Discovery Cut-off** | April 18, 2022 |
| **Class Certification** | |
| Plaintiffs' Class Certification Motion | March 3, 2022 |
| Plaintiffs' Class Certification expert report | March 3, 2022 |
| Google's Class Certification Opposition | April 5, 2022 |
| Google's Class Certification Expert Report | April 5, 2022 |
| Google's *Daubert* Motion(s) re Class Certification Report | April 5, 2022 |
| Plaintiffs' Class Certification Reply and *Daubert* Motion | April 29, 2022 |
| Plaintiffs' Class Certification Reply Expert Report | April 29, 2022 |
| Plaintiffs' Opposition to *Daubert* Motion | April 29, 2022 |
| Google's *Daubert* Reply | May 6, 2022 |
| Google's Motion re any Class Certification Reply Expert Report | May 6, 2022 |
| Plaintiffs' Response to Google's Motion re Reply Expert Report | May 13, 2022 |
| Concurrent Expert Proceeding Joint Submission | May 13, 2022 |
| Concurrent Expert Proceedings/*Daubert* Hearing | May 19, 2022 |
| Class Certification Hearing | May 26, 2022 |
| **Merits Experts** | |
| Plaintiffs' Merits Expert Reports | May 27, 2022 |

-8-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| ACTIVITY | DATE |
|---|---|
| Google's Merits Expert Reports | July 1, 2022 |
| Plaintiffs' Merits Replies | July 29, 2022 |
| Expert Discovery Cut-Off | August 19, 2022 |
| **Dispositive/*Daubert* Motions** | |
| Dispositive/*Daubert* Motions | August 26, 2022 |
| Dispositive/*Daubert* Motion Responses | September 23, 2022 |
| Dispositive/*Daubert* Motion Replies | October 14, 2022 |
| Concurrent Expert Proceeding Joint Statement | October 21, 2022 |
| Concurrent Expert Proceeding/*Daubert* Hearing | November 4, 2022 |
| Dispositive Motion Hearing | November 17, 2022 |
| **Trial** | |
| Serve (but not file) Motions in Limine | November 23, 2022 |
| Serve (but not file) opposition to Motions in Limine | December 12, 2022 |
| Pretrial Filings Due Date | December 16, 2022 |
| Pre-Trial Conference | January 19, 2023 |
| Trial Date | January 30, 2023 |

JOINT STATEMENT RE CASE SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD