| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>[Additional counsel appear on signature page] | Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: (312) 641-3200<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*<br><br>Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF FILING DATE**<br><br>Judge:  Hon. James Donato |

1

On October 22, 2021, the Court entered a scheduling order setting the date for filing of class certification motions on January 28, 2022 (Dkt. No. 22). On December 9, 2021, the parties submitted a joint request to revise the scheduling order (Dkt. No. 159). As reflected in the Court's Minute Entry filed on December 17, 2021, the Court approved, in concept, the parties' joint request to extend case deadlines but directed the parties to submit a revised proposed schedule on January 14, 2022 (Dkt. No. 167). On January 14, 2022, the parties jointly submitted a proposed scheduling order setting the date for filing of class certification motions on March 3, 2022 (Dkt. 181). Accordingly, unless the Court enters an alternate date in the interim, the Consumer Plaintiffs and Developer Plaintiffs plan to file their respective class certification motions on March 3, 2022.

Dated: January 28, 2022                    Respectfully submitted,

                                              BARTLIT BECK LLP
                                                Karma M. Giulianelli

                                              KAPLAN FOX & KILSHEIMER LLP
                                                Hae Sung Nam

                                              By: */s/ Karma M. Giulianelli*
                                                   Karma M. Giulianelli

                                                   *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


                                              PRITZKER LEVINE LLP
                                                Elizabeth C. Pritzker

                                              Respectfully submitted,

                                              By: */s/ Elizabeth C. Pritzker*
                                                 Elizabeth C. Pritzker

                                              *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman
  Robert F. Lopez
  Benjamin J. Siegel

SPERLING & SLATER PC
  Joseph M. Vanek
  Eamon P. Kelly
  Alberto Rodriguez

Respectfully submitted,

By: /s/ Steve W. Berman
  Steve W. Berman

  *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

HAUSFELD LLP
  Bonny E. Sweeney
  Melinda R. Coolidge
  Katie R. Beran
  Scott A. Martin
  Irving Scher

Respectfully submitted,

By: /s/ Bonny E. Sweeney
  Bonny E. Sweeney

  *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

## **E-FILING ATTESTATION**

I, Nanci E. Nishimura, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Nanci E. Nishimura*
Nanci E. Nishimura