```
1   LAURA S. ARONSSON (S.B. #304263)
    laronsson@omm.com
2   O'MELVENY & MYERS LLP
    Times Square Tower
3   7 Times Square
    New York, New York  10036-6537
4   Telephone:    +1 212 326 2000
    Facsimile:    +1 212 326 2061
5
    Attorney for Defendants
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO
11
12  IN RE GOOGLE PLAY CONSUMER            Case No. 3:20-cv-05761-JD
    ANTITRUST LITIGATION
13                                        NOTICE OF APPEARANCE OF
                                          LAURA ARONSSON
14
15
```

16    PLEASE TAKE NOTICE that attorney Laura Aronsson of the law firm of O'Melveny &

17 Myers LLP, located at Times Square Tower, 7 Times Square, New York, NY 10036, hereby

18 appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,

19 Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the

20 above-captioned action, and requests that all court documents in connection with this action be

21 served upon her at the e-mail address listed above.

Dated: January 31, 2022

LAURA S. ARONSSON
O'MELVENY & MYERS LLP

By: */s/ Laura Aronsson*
      Laura S. Aronsson
      O'MELVENY & MYERS LLP
      Times Square Tower
      7 Times Square
      New York, NY 10036
      Telephone: (212) 326-2000

*Attorney for Defendants*