Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**

)
)
)
)
)
)
)
)
)
)
)

Case No: 3:20-cv-05761-J

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kendall Collins                    , an active member in good standing of the bar of Washington, D.C.                    , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: see attached list of Defendants            in the above-entitled action. My local co-counsel in this case is Stephen McIntyre            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1625 Eye Street, NW<br>Washington, D.C. 20006 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(202) 383-5300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 430-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>kendallcollins@omm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>smcintyre@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1614112        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  01/31/22

Kendall Collins
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kendall Collins            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 1, 2022

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE