Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in*
*In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
Geoffrey T. Holtz (SBN 191370)
geoffrey.holtz@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | Case No. 3:20-cv-05761-JD<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF LEIGH SILVER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Class Plaintiff Leigh Silver and Defendants Google LLC, Google, LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd, and Google Payment Corp. (collectively, "the Google Defendants"), by and through their respective counsel, hereby stipulate to the voluntary dismissal without prejudice of Plaintiff Leigh Silver (the "Dismissing Plaintiff") in the above-captioned matter, with each party to bear its own fees and costs as to the individual claims of the Dismissing Plaintiff.  As conditions of this stipulation: (1) the Dismissing Plaintiff reserves the right to proceed in this matter as an absent class member; (2) the Dismissing Plaintiff shall not bring any new action against Defendants concerning the subject matter of the above-captioned matter; (3) the Dismissing Plaintiff shall not be required to produce documents in response to any previously-served discovery requests other than to provide the Google Defendants with her Google ID and bug report for her current Android device in her possession (using an online application to which Dismissing Plaintiff was directed by the Google Defendants); (4) no further written discovery or motions to compel documents will be directed to the Dismissing Plaintiff by Google Defendants; and (5) the parties have no agreement as to any future deposition of the Dismissing Plaintiff, although the parties agree to confer over any request by the Google Defendants for such deposition, and in the event the Google Defendants seek and obtain a ruling from the Court permitting a deposition, the undersigned counsel for the Dismissing Plaintiff will accept service of a deposition notice for the Dismissing Plaintiff to attend any such deposition in lieu of a subpoena, to the extent practicable to do so.

Dated: March 18, 2022

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By:    /s/ *Hae Sung Nam*

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

1

1  Dated: March 18, 2022                MORGAN, LEWIS & BOCKIUS LLP
2                                       Brian C. Rocca
                                        Geoffrey T. Holtz
3
                                        Respectfully submitted,
4
5                         By:           /s/ *Geoffrey T. Holtz*

6                                       *Counsel for Defendants Google LLC et al.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Hae Sung Nam, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

/s/ *Hae Sung Nam*

1 | **[PROPOSED] ORDER**

3 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HON. JAMES DONATO
United States District Court Judge