1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA

3  In re Google Play Consumer
4  Antitrust Litigation                    Case No. 3:20-cv-05761-JD

6  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
   (CIVIL LOCAL RULE 11-3)

10   I, Neal Kumar Katyal, an active member in good standing of the bar of
11   the District of Columbia, hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: (see attached) in the
13   above-entitled action. My local co-counsel in this case is Kuruvilla Olasa, an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California. Local co-counsel's bar number is: 281509.

Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
MY ADDRESS OF RECORD

Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 637-5528
MY TELEPHONE # OF RECORD

(213) 683-9100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

neal.katyal@hoganlovells.com
MY EMAIL ADDRESS OF RECORD

Kuruvilla.Olasa@mto.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22   I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: 462071.
24   A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26   I have been granted pro hac vice admission by the Court 0 times in the 12 months
27   preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/22/2022

Neal Kumar Katyal
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Neal Kumar Katyal  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Application for Admission of Attorney Pro Hac Vice
(Continuation)

Represented Defendants include:

Google LLC
Google Ireland Limited
Google Commerce Limited
Google Asia Pacific Pte. Ltd.
Google Payment Corporation