Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli (SBN 97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**<br><br>Judge: Hon. James Donato |

WHEREAS, on February 2, 2022, the Court entered an Amended MDL Scheduling Order in the above-captioned cases that set forth May 13, 2022 as the cut-off for Class expert discovery (*see* MDL Dkt. No. 206);

WHEREAS, the Amended MDL Scheduling Order stated that "Counsel may not modify these dates by stipulation without leave of court";

WHEREAS, the Parties have worked collaboratively to schedule expert depositions within the confines of the Court's Amended MDL Scheduling Order but due to scheduling conflicts, the earliest mutually agreeable date among the Parties for the expert depositions of Michelle M. Burtis, Douglas C. Schmidt, and Douglas Skinner was May 16-17, 2022, May 17, 2022, and May 18, 2022, respectively;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that the May 13, 2022 cut-off for Class expert discovery, as set forth in the Amended MDL Scheduling Order, is further amended to permit Drs. Burtis, Schmidt, and Skinner to be deposed on May 16-17, 2022, May 17, 2022, and May 18, 2022, respectively. All other dates as set by the Court are regarded as firm.

Dated: May 3, 2022

**BARTLIT BECK LLP**
  Karma M. Giulianelli

**KAPLAN FOX & KILSHEIMER LLP**
  Hae Sung Nam

Respectfully submitted,

By:   /s/ *Karma M. Giulianelli*
  Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| Dated: May 3, 2022 | | PRITZKER LEVINE LLP |
| | |   Elizabeth C. Pritzker |
| | | Respectfully submitted, |
| | By: | /s/ *Elizabeth C. Pritzker* |
| | | Elizabeth C. Pritzker |

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| Dated: May 3, 2022 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | |   Steve W. Berman |
| | |   Robert F. Lopez |
| | |   Benjamin J. Siegel |
| | | SPERLING & SLATER PC |
| | |   Joseph M. Vanek |
| | |   Eamon P. Kelly |
| | |   Alberto Rodriguez |
| | | Respectfully submitted, |
| | By: | /s/ *Steve W. Berman* |
| | | Steve W. Berman |

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

| | | |
|---|---|---|
| Dated: May 3, 2022 | | HAUSFELD LLP |
| | |   Bonny E. Sweeney |
| | |   Melinda R. Coolidge |
| | |   Katie R. Beran |
| | |   Scott A. Martin |
| | |   Irving Scher |
| | | Respectfully submitted, |
| | By: | /s/ *Bonny E. Sweeney* |
| | | Bonny E. Sweeney |

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

2

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

1  Dated: May 3, 2022                    MORGAN, LEWIS & BOCKIUS LLP
                                            Brian C. Rocca
2                                           Sujal J. Shah
                                            Michelle Park Chiu
3                                           Minna L. Naranjo
                                            Rishi P. Satia
4

5                                               Respectfully submitted,

6                                       By:     /s/ *Brian C. Rocca*
                                                Brian C. Rocca
7

8                                       *Counsel for Defendants Google LLC et al.*

9  Dated: May 3, 2022                    O'MELVENY & MYERS LLP
                                            Daniel M. Petrocelli
10                                          Ian Simmons
                                            Benjamin G. Bradshaw
11                                          Stephen J. McIntyre

12
                                                Respectfully submitted,
13
                                        By:     /s/ *Daniel M. Petrocelli*
14                                              Daniel M. Petrocelli

15
                                        *Counsel for Defendants Google LLC et al.*
16
   Dated: May 3, 2022                    MUNGER, TOLLES & OLSON LLP
17                                          Glenn D. Pomerantz
                                            Kuruvilla Olasa
18                                          Emily C. Curran-Huberty
                                            Jonathan I. Kravis
19                                          Justin P. Raphael
                                            Kyle W. Mach
20

21                                              Respectfully submitted,

22
                                        By:     /s/ *Glenn D. Pomerantz*
23                                              Glenn D. Pomerantz

24                                      *Counsel for Defendants Google LLC et al.*

25

26

27

28
                                                    3
                            STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
          Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

**ORDER**

Pursuant to the stipulation, it is so Ordered.

DATED: 5/9/2022

HON. JAMES DONATO
United States District Court Judge

# E-FILING ATTESTATION

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Hae Sung Nam*
Hae Sung Nam