| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Glenn D. Pomerantz (SBN 112503) |
| karma.giulianelli@bartlitbeck.com | glenn.pomerantz@mto.com |
| **BARTLIT BECK LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 1801 Wewetta St., Suite 1200 | 350 South Grand Avenue, Fiftieth Floor |
| Denver, Colorado 80202 | Los Angeles, California 90071 |
| Telephone: (303) 592-3100 | Telephone: (213) 683-9100 |
| | |
| Hae Sung Nam (*pro hac vice*) | Brian C. Rocca (SBN 221576) |
| hnam@kaplanfox.com | brian.rocca@morganlewis.com |
| **KAPLAN FOX & KILSHEIMER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 850 Third Avenue | One Market, Spear Street Tower |
| New York, NY 10022 | San Francisco, CA 94105-1596 |
| Tel.: (212) 687-1980 | Telephone: (415) 442-1000 |

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Counsel for Defendants Google LLC et al*

Eamon P. Kelly (pro hac vice)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS**<br><br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

WHEREAS, pursuant to this Court's February 2, 2022 Amended MDL Scheduling Order (MDL ECF No. 191), Plaintiffs served opening class certification expert reports on February 28, 2022; Google served opposition class certification expert reports on March 31, 2022; and Plaintiffs served class certification expert rebuttal reports on April 25, 2022. The Consumer Plaintiffs and Developer Plaintiffs will each file motions for class certification on May 26, 2022. The Google Defendants will oppose those motions on June 23, 2022, and the Consumer Plaintiffs and Developer Plaintiffs will file any reply briefs on July 14, 2022.

WHEREAS, Parties may file *Daubert* motions regarding class certification experts on May 26, 2022, oppositions to the *Daubert* motions on June 23, 2022, and replies to the *Daubert* motions on July 14, 2022.

WHEREAS, Parties believe that because "voluminous or multiple administrative motions to seal would be filed if normal procedures were followed," the briefing on the Consumer Plaintiffs' and Developer Plaintiffs' respective motions for class certification (and any *Daubert* motions) are subject to the procedure set forth in Paragraph 31 of the Court's Standing Order for Civil Cases, which calls for the filing of a single combined administrative motion to seal covering all unopposed sealing requests, and a single combined administrative motion to seal covering all opposed requests, following the completion of briefing ("Omnibus Sealing Motions").

WHEREAS, during a status conference before this Court on May 12, 2022, Parties raised an administrative request to forego any motions to seal in the interim briefs, so that Parties could submit only the Omnibus Sealing Motions contemplated by Paragraph 31 of this Court's Standing Order for Civil Cases; and the Parties understood the Court to be amenable to this request..

WHEREAS, given that Paragraph 31 appears to suggest that the Omnibus Sealing Motions will supersede any interim sealing motions that would ordinarily accompany Parties' opening briefs, opposition briefs, and reply briefs, Parties believe it will be most efficient to handle all sealing issues in Omnibus Sealing Motions to be filed following the class certification and *Daubert* briefings.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

- Parties shall file redacted versions of class certification and (if necessary) *Daubert* briefs and supporting documents on May 26, June 23, and July 14, 2022, without accompanying interim motions to seal; and

- Parties and non-parties shall jointly file Omnibus Sealing Motions on July 28, 2022 (i.e., two weeks after the completion of the class certification briefings), or any date that this Court chooses following the completion of class certification briefing.

Dated: May 23, 2022  BARTLIT BECK LLP
  Karma M. Giulianelli

  KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

  Respectfully submitted,

  By:  /s/  *Karma Giulianelli*
      Karma M. Giulianelli

  *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: May 23, 2022  PRITZKER LEVINE LLP
  Elizabeth C. Pritzker

  Respectfully submitted,

  By:  /s/  *Elizabeth Pritzker*
      Elizabeth C. Pritzker

  *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| 1 | Dated:  May 23, 2022 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | Steve W. Berman |
| | | Robert F. Lopez |
| 3 | | Benjamin J. Siegel |
| 4 | | SPERLING & SLATER PC |
| | | Joseph M. Vanek |
| 5 | | Eamon P. Kelly |
| | | Alberto Rodriguez |
| 6 | | |
| 7 | | Respectfully submitted, |
| 8 | | By:   /s/  *Steve Berman* |
| | | Steve W. Berman |
| 9 | | |
| 10 | | *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |
| 11 | Dated:  May 23, 2022 | HAUSFELD LLP |
| 12 | | Bonny E. Sweeney |
| | | Melinda R. Coolidge |
| 13 | | Katie R. Beran |
| | | Scott A. Martin |
| 14 | | Irving Scher |
| 15 | | Respectfully submitted, |
| 16 | | By:   /s/  *Bonny Sweeney* |
| 17 | | Bonny E. Sweeney |
| 18 | | *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |

3

STIPULATED [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO CLASS
CERTIFICATION BRIEFING AND RELATED DOCUMENTS
Case No. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

| | |
|---|---|
| Dated: May 23, 2022 | MORGAN, LEWIS & BOCKIUS LLP<br>   Brian C. Rocca<br>   Sujal J. Shah<br>   Minna L. Naranjo<br>   Rishi P. Satia<br>   Michelle Park Chiu<br><br>Respectfully submitted,<br><br>By:  /s/ *Brian Rocca*<br>      Brian C. Rocca<br><br>*Counsel for Defendants Google LLC et al.* |
| Dated: May 23, 2022 | O'MELVENY & MYERS LLP<br>   Daniel M. Petrocelli<br>   Ian Simmons<br>   Benjamin G. Bradshaw<br>   Stephen J. McIntyre<br><br>Respectfully submitted,<br><br>By:  /s/ *Daniel Petrocelli*<br>      Daniel M. Petrocelli<br><br>*Counsel for Defendants Google LLC et al.* |
| Dated: May 23, 2022 | MUNGER, TOLLES & OLSON LLP<br>   Glenn D. Pomerantz<br>   Kyle W. Mach<br>   Kuruvilla Olasa<br>   Justin P. Raphael<br>   Emily C. Curran-Huberty<br>   Jonathan I. Kravis<br><br>Respectfully submitted,<br><br>By:  /s/ *Glenn Pomerantz*<br>      Glenn D. Pomerantz<br><br>*Counsel for Defendants Google LLC et al.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
                                    HON. JAMES DONATO
                                    United States District Judge

### E-FILING ATTESTATION

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                    /s/   Brian Rocca