# EXHIBITS 6-20

# FILED UNDER SEAL