# EXHIBITS 22-31

# FILED UNDER SEAL