# EXHIBITS 36-63

# FILED UNDER SEAL