UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL J. SINGER ON CLASS CERTIFICATION**<br><br>Date:        August 4, 2022<br>Time:       10:00 a.m.<br>Judge:      Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Defendants' Motion to Exclude the Testimony of Dr. Hal J. Singer on Class Certification came for hearing before this Court on the above-captioned matter. Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' Motion to Exclude the Testimony of Hal J. Singer on Class Certification is GRANTED in full.

**SO ORDERED**

DATED: _____

                                                HON. JAMES DONATO
                                                United States District Judge