| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com Minna<br>Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>Ian Simmons, *pro hac vice*<br>isimmons@omm.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br><br>Benjamin G. Bradshaw, S.B. #189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br><br>Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com<br>Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>*Counsel for Defendants Google LLC et al. in In re Google Play Consumer Antitrust Litigation; In re Google Play Developer Antitrust Litigation; Epic Games, Inc. in Epic Games, Inc. v. Google LLC; State of Utah et al. v. Google LLC et al.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER ON CLASS CERTIFICATION AND RELATED DOCUMENTS**<br><br>Judge:    Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California 94102 |

Pursuant to the Court's May 25, 2022 Order relating to Parties stipulated request to modify sealing procedures for the Consumer Plaintiffs' class certification briefing and related documents, Case No. 3:21-md-02981-JD, Dkt. No. 245, Defendants respectfully request that the Court seal the attached documents submitted in connection with Defendants' Motion to Exclude Testimony of Dr. Hal J. Singer on Class Certification [Dkt. No. 252]. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties on July 29, 2022 and Defendants anticipate additional review of the materials to ensure that any requests are narrowly tailored. Redacted copies of the documents sought to be sealed have been publicly filed in the docket pursuant to the Court's May 25, 2022 Order.

Respectfully submitted,

DATED: May 26, 2022

By:     */s/ Justin P. Raphael*
Justin P. Raphael

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

| | |
|---|---|
| 1 | *Counsel for Defendants Google LLC et al. in In re Google Play Consumer Antitrust Litigation; In re Google Play Developer Antitrust Litigation; Epic Games, Inc. in Epic Games, Inc. v. Google LLC; State of Utah et al. v. Google LLC et al.* |
| 2 | |
| 3 | |
| 4 | Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com |
| 5 | Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com |
| 6 | **O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars |
| 7 | Los Angeles, California 90067<br>Telephone: (310) 553-6700 |
| 8 | Facsimile: (310) 246-6779 |
| 9 | Ian Simmons, *pro hac vice*<br>isimmons@omm.com |
| 10 | Benjamin G. Bradshaw, S.B. #189925<br>bbradshaw@omm.com |
| 11 | **O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW |
| 12 | Washington, DC 20006<br>Telephone: (202) 383-5300 |
| 13 | Facsimile: (202) 383-5414 |
| 14 | Brian C. Rocca, S.B #221576<br>brian.rocca@morganlewis.com |
| 15 | Sujal J. Shah, S.B #215230<br>sujal.shah@morganlewis.com |
| 16 | Michelle Park Chiu, S.B #248421<br>michelle.chiu@morganlewis.com |
| 17 | Minna Lo Naranjo, S.B #259005<br>minna.naranjo@morganlewis.com |
| 18 | Rishi P. Satia, S.B #301958<br>rishi.satia@morganlewis.com |
| 19 | **MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower |
| 20 | San Francisco, CA 94105<br>Telephone: (415) 442-1000 |
| 21 | Facsimile: (415) 422-1001 |
| 22 | Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com |
| 23 | **MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue |
| 24 | New York, NY 10178<br>Telephone: (212) 309-6000 |
| 25 | Facsimile: (212) 309-6001 |
| 26 | Neal Kumar Katyal, *pro hac vice*<br>neal.katyal@hoganlovells.com |
| 27 | Jessica L. Ellsworth, *pro hac vice*<br>jessica.ellsworth@hoganlovells.com |
| 28 | **HOGAN LOVELLS US LLP** |

555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendants*

-4-   Case No. 3:20-CV-05761-JD
INTERIM ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' MOTION TO EXCLUDE TESTIMONY
OF HAL SINGER ON CLASS CERTIFICATION AND RELATED DOCUMENTS