1

2
Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**

3
1801 Wewetta St., Suite 1200
Denver, Colorado 80202

4
Telephone: (303) 592-3100

5

6
Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com

7
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue

8
New York, NY 10022
Telephone.: (212) 687-1980

9

10
*Co-Lead Counsel for the Proposed Class in In
re Google Play Consumer Antitrust Litigation*

11

12
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

13
**FAEGRE DRINKER BIDDLE & REATH
LLP**

14
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111

15
Telephone: (415) 591-7500

16

17
Christine A. Varney (*pro hac vice*)
cvarney@cravath.com

18
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue

19
New York, New York 10019
Telephone: (212) 474-1000

20

21
*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

22

23

24

25

26

27

28

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for Utah and the States*

John C. Hueston (SBN 164921)
jhueston@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et
al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (pro hac vice)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots, LLC*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

[Additional counsel appear on signature page]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**

RELATED ACTIONS:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD

*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD

No. 3:20-CV-05761-JD

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**

Judge:  Hon. James Donato

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion to file under seal the Parties' Joint Statement Regarding Google's Preservation of Instant Messages ("Joint Statement"), as well as certain Exhibits filed in support of the Joint Statement. Pursuant to the Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for Sanctions, Dkt. 256, the reasons for sealing will be discussed in a forthcoming omnibus sealing motion, to be filed 14 days after the filing of Plaintiffs' reply brief in support of the motion for sanctions. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant to Civil Local Rule 79-5(e).

Dated: May 27, 2022

**BARTLIT BECK LLP**
Karma M. Giulianelli

**KAPLAN FOX & KILSHEIMER LLP**
Hae Sung Nam

Respectfully submitted,

By:   /s/ Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: May 27, 2022

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker

Respectfully submitted,

By:   /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

1   Dated: May 27, 2022                    **CRAVATH, SWAINE & MOORE LLP**
2                                             Christine Varney (pro hac vice)
                                              Katherine B. Forrest (pro hac vice)
3                                             Gary A. Bornstein (pro hac vice)
                                              Timothy G. Cameron (pro hac vice)
4                                             Yonatan Even (pro hac vice)
                                              Lauren A. Moskowitz (pro hac vice)
5                                             Justin C. Clarke (pro hac vice)
                                              M. Brent Byars (pro hac vice)
6
7                                          **FAEGRE DRINKER BIDDLE & REATH
                                           LLP**
8                                             Paul J. Riehle (SBN 115199)

9                                                  Respectfully submitted,

10                                         By:     /s/ Yonatan Even
11                                                 Yonatan Even

12                                         *Counsel for Plaintiff Epic Games, Inc.*

13  Dated: May 27, 2022                    **OFFICE OF THE UTAH ATTORNEY
                                           GENERAL**
14                                            Brendan P. Glackin
                                              Lauren M. Weinstein
15
16                                                 Respectfully submitted,

17                                         By:     /s/ Brendan P. Glackin
18                                                 Brendan P. Glackin

19                                         *Counsel for Utah*

20

21

22

23

24

25

26

27
28
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
5

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | **HUESTON HENNIGAN LLP** |
| 2 | | John C. Hueston |
| | | Douglas J. Dixon |
| 3 | | Joseph A. Reiter |
| | | Michael K. Acquah |
| 4 | | William M. Larsen |
| | | Julia L. Haines |
| 5 | | |
| 6 | | Respectfully submitted, |
| 7 | | By:    /s/ Douglas J. Dixon |
| 8 | | Douglas J. Dixon |
| 9 | | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| 10 | Dated: May 27, 2022 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 11 | | Steve W. Berman |
| | | Robert F. Lopez |
| 12 | | Benjamin J. Siegel |
| 13 | | **SPERLING & SLATER PC** |
| 14 | | Joseph M. Vanek |
| | | Eamon P. Kelly |
| 15 | | Alberto Rodriguez |
| 16 | | Respectfully submitted, |
| 17 | | By:    /s/ Steve W. Berman |
| 18 | | Steve W. Berman |
| 19 | | *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball and LittleHoots, LLC* |
| 20 | | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD

1   Dated: May 27, 2022

**HAUSFELD LLP**
Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher

Respectfully submitted,

By:    <u>/s/ Bonny E. Sweeney</u>
Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

Dated: May 27, 2022

**MORGAN, LEWIS & BOCKIUS LLP**
Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna L. Naranjo
Rishi P. Satia

Respectfully submitted,

By:    <u>/s/ Brian C. Rocca</u>
Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: May 27, 2022

**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By:    <u>/s/ Daniel M. Petrocelli</u>
Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

1

2   Dated: May 27, 2022                    **MUNGER, TOLLES & OLSON LLP**

3                                    Glenn D. Pomerantz

                                    Kuruvilla Olasa

4                                    Emily C. Curran-Huberty

                                    Jonathan I. Kravis

5                                    Justin P. Raphael

                                    Kyle W. Mach

6

7                                        Respectfully submitted,

8                       By:    /s/ Glenn D. Pomerantz

                                 Glenn D. Pomerantz

9

10                        *Counsel for Defendants Google LLC et al.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

      The undersigned certifies that a true and correct copy of the foregoing was served

3

on May 27, 2022, upon all counsel of record via the Court's electronic notification system.

4

5

                           */s/ Hae Sung Nam*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF
LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-
cv-05227-JD; 3:22-cv-02746-JD
9