1   Paul J. Riehle (SBN 115199)
    paul.riehle@faegredrinker.com
2   **FAEGRE DRINKER BIDDLE & REATH**
    **LLP**
3   Four Embarcadero Center
    San Francisco, California 94111
4   Telephone:  (415) 591-7500
    Facsimile:  (415) 591-7510
5
    Christine A. Varney (*pro hac vice*)
6   cvarney@cravath.com
    Katherine B. Forrest (*pro hac vice*)
7   kforrest@cravath.com
    Gary A. Bornstein (*pro hac vice*)
8   gbornstein@cravath.com
    Timothy G. Cameron (*pro hac vice*)
9   tcameron@cravath.com
    Yonatan Even (*pro hac vice*)
10  yeven@cravath.com
    Lauren A. Moskowitz (*pro hac vice*)
11  lmoskowitz@cravath.com
    Justin C. Clarke (*pro hac vice*)
12  jcclarke@cravath.com
    M. Brent Byars (*pro hac vice*)
13  mbyars@cravath.com
    **CRAVATH, SWAINE & MOORE LLP**
14  825 Eighth Avenue
    New York, New York 10019
15  Telephone:  (212) 474-1000
    Facsimile:  (212) 474-3700
16
17  *Attorneys for Plaintiff Epic Games, Inc.*

    Karma M. Giulianelli (SBN 184175)
    karma.giulianelli@bartlitbeck.com
    **BARTLIT BECK LLP**
    1801 Wewetta St., Suite 1200
    Denver, Colorado 80202
    Telephone: (303) 592-3100

    Hae Sung Nam (pro hac vice)
    hnam@kaplanfox.com
    **KAPLAN FOX & KILSHEIMER LLP**
    850 Third Avenue
    New York, NY 10022
    Tel.: (212) 687-1980

    *Co-Lead Counsel for the Proposed Class*
    *in In re Google Play Consumer Antitrust*
    *Litigation*

    Brendan P. Glackin (SBN 199643)
    bglackin@agutah.gov
    **OFFICE OF THE UTAH ATTORNEY**
    **GENERAL**
    160 E 300 S, 5th Floor
    PO Box 140872
    Salt Lake City, UT 84114-0872
    Telephone: 801-366-0260

    *Counsel for Utah and the Plaintiff States*

18
19
20

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

21
22   THIS DOCUMENT RELATES TO:

23   *Epic Games, Inc. v. Google LLC*, Case
     No. 3:20-cv-05671-JD

24   *In re Google Play Consumer Antitrust*
25   Litigation, Case No. 3:20-cv-05761-JD

26   *Utah v. Google LLC*, Case No. 3:21-cv-
27   05227-JD

28

CASE NO. 3:21-CV-05227-JD

**DECLARATION OF**
**BRENDAN BENEDICT**
**IN SUPPORT OF PLAINTIFFS'**
**ADMINISTRATIVE MOTION TO**
**CONSIDER WHETHER**
**ANOTHER PARTY'S MATERIAL**
**SHOULD BE SEALED**

I, Brendan Benedict, declare as follows:

1.      I am counsel for plaintiff State of Utah in the above-captioned actions.  I am admitted to appear before this Court *pro hac vice*.

2.      I submit this declaration pursuant to Civil Local Rule 79-5.  The contents of this declaration are based on my personal knowledge.

3.      Plaintiffs' Joint Discovery Letter Brief, submitted jointly with non-party Activision Blizzard, Inc. ("Activision"), contains portions that are sourced from documents that Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), and non-party Activision have designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON- PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY", pursuant to the protective orders entered by the Court, Case No. 3:21-md-02981-JD, ECF Nos. 40, 44, 123, 124, 154, 170, 260, 261, and 262.  The following Table shows the portions of Plaintiffs' Joint Discovery Letter Brief that contain information designated as "CONFIDENTIAL", "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "NON- PARTY HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY".

| Portion Containing Confidential Information | Designating Party |
|---|---|
| Page 4, first paragraph, third sentence. From after "personal knowledge regarding" to end of sentence. | Google |
| Page 4, first paragraph, fourth sentence. From after "Mr. Zerza's testimony about" to "and other topics". | Google |
| Page 4, fourth paragraph, second sentence. From after "other anticompetitive conduct" to end of sentence. | Google |

| | |
|---|---|
| Page 4, fourth paragraph, third sentence.<br>From after "has revealed that" to second comma in sentence. | Google |
| Page 4, fourth paragraph, third sentence.<br>From second comma in sentence to end of sentence. | Activision |
| Page 4, fourth paragraph, final sentence in paragraph. | Google |
| Page 4, fifth paragraph, first sentence.<br>From beginning of sentence to first comma. | Activision |
| Page 4, fifth paragraph, second sentence.<br>From after "was interested in" to end of sentence. | Activision |
| Page 4, fifth paragraph, third through fifth sentence. | Google |
| Page 5, first paragraph, first through third sentence. | Activision |
| Page 5, first paragraph, fifth sentence | Activision |
| Page 5, first paragraph, seventh sentence. | Activision |
| Page 5, second paragraph, first and second sentences. | Google |
| Page 5, second paragraph, third sentence. | Activision |
| Page 5, fifth paragraph, third sentence. | Google |
| Page 5, fifth paragraph, fourth sentence.<br>From beginning of sentence to second comma. | Google |
| Page 5, final paragraph, fourth sentence.<br>From second comma to end of sentence. | Activision |
| Page 6, first paragraph, second sentence.<br>From after "personal knowledge of" to end of sentence. | Google |
| Page 6, first paragraph, third sentence.<br>From after "was present for" to end of sentence. | Google |
| Page 6, first paragraph, fourth sentence.<br>From beginning of sentence to first comma. | Google |

| | |
|---|---|
| Page 6, first paragraph, fourth sentence.<br>From "Zerza's testimony on" to end of sentence. | Google |
| Page 6, second paragraph, second sentence.<br>From after semicolon to end of sentence. | Google |
| Page 6, second paragraph, third sentence.<br>From after "even present when" to end of sentence. | Google |
| Page 6, second paragraph, fourth sentence.<br>From after "not participate in" to end of sentence. | Activision |
| Page 7, first paragraph, third sentence.<br>From after "several documents describing" to end of sentence. | Activision |
| Page 7, first paragraph, fifth sentence.<br>From after "to further probe" to end of sentence. | Activision |
| Page 7, second paragraph, fifth sentence.<br>From after "As for" to first comma. | Activision |
| Page 7, second paragraph, sixth sentence.<br>From after "relevant details regarding" to end of sentence. | Activision |
| Page 8, fourth full paragraph, first sentence.<br>From after "time to include" to end of sentence. | Activision |
| Page 9, first full paragraph, eighth sentence.<br>From after "'need' to probe" to second comma. | Activision |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on May 28, 2022 in Washington, DC.

*/s/ Brendan Benedict*
Brendan Benedict