
1  Jeanifer E. Parsigian (SBN: 289001)
   JParsigian@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5  *Attorney for Non-Party*
   ACTIVISION BLIZZARD, INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*<br>Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litig.*<br>Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litig.*<br>Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*<br>Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF APPEARANCE OF JEANIFER E. PARSIGIAN**<br><br>The Honorable James Donato |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeanifer E. Parsigian of the law firm Winston & Strawn LLP, who is a member of the bar of this Court, hereby appears as counsel of record on behalf of Non-Party Activision Blizzard, Inc.

Effective immediately, please add Jeanifer E. Parsigian as an attorney to be noticed on all matters at the following address:

> Jeanifer E. Parsigian
> Email: JParsigian@winston.com
> WINSTON & STRAWN LLP
> 101 California Street, 34th Floor
> San Francisco, CA 94111
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400

Dated: May 27, 2022

Respectfully submitted,

WINSTON & STRAWN LLP

By:  */s/ Jeanifer E. Parsigian*
Jeanifer E. Parsigian (SBN: 289001)
JParsigian@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorney for Non-Party*
ACTIVISION BLIZZARD, INC.