Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Classes in In re Google Play Consumer Antitrust Litigation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et. al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et. al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | No. 3:20-CV-05761-JD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER ON CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato |

DECLARATION IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER
Case No. 3:20-CV-05761-JD

I, Karma M. Giulianelli, declare as follows:

1.     I am an attorney duly admitted to practice in the State of California and before this Court. I am a partner at Bartlit Beck LLP, Co-Lead Counsel for the Proposed Classes in this action. I submit this declaration in support of Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of Dr. Hal J. Singer on Class Certification. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Class Certification Report of Hal J. Singer, Ph.D, which was submitted in this action on February 28, 2022.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the Class Certification Reply Report of Hal J. Singer, Ph.D, which was submitted in this action on April 25, 2022.

4.     Attached hereto as **Exhibit 3** is an excerpt of a true and correct copy of the deposition transcript of Hal J. Singer, taken in this litigation on May 12, 2022.

5.     Attached hereto as **Exhibit 4** is a true and correct excerpt of the book N. GREGORY MANKIW, PRINCIPLES OF MICROECONOMICS 273, 285 (Cengage Learning 8th ed. 2018).

6.     Attached hereto as **Exhibit 5** is an excerpt of a true and correct copy of the deposition transcript of Michelle M. Burtis, taken in this litigation on May 16, 2022.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Exhibit 937, which is the article Nathan Miller, Marc Remer, & Gloria Sheu, *Using cost pass-through to calibrate demand*, 118 ECONOMICS LETTERS 451 (2013).

DECLARATION IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER
Case No. 3:20-CV-05761-JD

2

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Dr. Michelle M. Burtis, submitted in this action on March 31, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the book chapter Kenneth Train, *Logit, in* DISCRETE CHOICE METHODS WITH SIMULATION 34-75.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the article Gregory Werden & Luke Froeb, *The Effects of Mergers in Differentiated Products Industries: Logit Demand and Merger Policy* 10(2) Journal of Law, Economics, & Organization 407 (1994).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the article Anindya Ghose & Sang Pil Han, *Estimating Demand for Mobile Applications in the New Economy*, 60(6) MANAGEMENT SCIENCE 1470 (2013).

12. Attached hereto as **Exhibit 11** is an excerpt of a true and correct copy of the deposition transcript of Daniel Scalise, taken in this litigation on March 11, 2022

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000355570.R to GOOG-PLAY-000355629.R.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the article Simon Anderson & Andre de Palma, *The Logit as a Model of Product Differentiation* 44 OXFORD ECONOMIC PAPERS 51-67 (1992).

15. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000579868.R to GOOG-PLAY-000579884.R.

DECLARATION IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER
Case No. 3:20-CV-05761-JD

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000303918.R to GOOG-PLAY-000303961.R.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-010736506 to GOOG-PLAY-010736507.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 23th day of June, 2022 at Denver, Colorado.

*/s/ Karma M. Giulianelli*

DECLARATION IN SUPPORT OF CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. HAL J. SINGER
Case No. 3:20-CV-05761-JD

4