# EXHIBITS 11-12

# FILED UNDER SEAL