# EXHIBITS 14-16

# FILED UNDER SEAL