| | |
|---|---|
| Brian C. Rocca, Bar No. 221576 | Glenn D. Pomerantz, Bar No. 112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, Bar No. 215230 | Kuruvilla Olasa, Bar No. 281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, Bar No. 248421 | **MUNGER, TOLLES & OLSON LLP** |
| michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Minna Lo Naranjo, Bar No. 259005 | Los Angeles, California 90071 |
| minna.naranjo@morganlewis.com | Telephone: (213) 683-9100 |
| Rishi P. Satia, Bar No. 301958 | |
| rishi.satia@morganlewis.com | Kyle W. Mach, Bar No. 282090 |
| **MORGAN, LEWIS & BOCKIUS LLP** | kyle.mach@mto.com |
| One Market, Spear Street Tower | Justin P. Raphael, Bar No. 292380 |
| San Francisco, CA 94105-1596 | justin.raphael@mto.com |
| Telephone:  (415) 442-1000 | Emily C. Curran-Huberty, Bar No. 293065 |
| Facsimile:   (415) 442-1001 | emily.curran-huberty@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| Richard S. Taffet, *pro hac vice* | 560 Mission Street, Twenty Seventh Fl. |
| richard.taffet@morganlewis.com | San Francisco, California 94105 |
| **MORGAN, LEWIS & BOCKIUS LLP** | Telephone: (415) 512-4000 |
| 101 Park Avenue | |
| New York, NY  10178-0060 | Jonathan I. Kravis, pro hac vice |
| Telephone: (212) 309-6000 | jonathan.kravis@mto.com |
| Facsimile: (212) 309-6001 | **MUNGER, TOLLES & OLSON LLP** |
| | 601 Massachusetts Ave. NW, Ste 500E |
| Daniel M. Petrocelli, Bar No. 97802 | Washington, D.C. 20001 |
| dpetrocelli@omm.com | Telephone: (202) 220-1100 |
| Stephen J. McIntyre, Bar No. 274481 | |
| smcintyre@omm.com | *Counsel for Defendants Google LLC et al. in In re* |
| **O'MELVENY & MYERS LLP** | *Google Play Consumer Antitrust Litigation; In re* |
| 1999 Avenue of the Stars, 7th Fl. | *Google Play Developer Antitrust Litigation; Epic* |
| Los Angeles, CA 90067-6035 | *Games, Inc. in Epic Games, Inc. v. Google LLC;* |
| Telephone: (310) 553-6700 | *State of Utah et al. v. Google LLC et al.* |
| | |
| Ian Simmons, *pro hac vice* | Neal Kumar Katyal, pro hac vice |
| isimmons@omm.com | neal.katyal@hoganlovells.com |
| Benjamin G. Bradshaw, Bar No. 189925 | Jessica L. Ellsworth, pro hac vice |
| bbradshaw@omm.com | jessica.ellsworth@hoganlovells.com |
| **O'MELVENY & MYERS LLP** | **HOGAN LOVELLS US LLP** |
| 1625 Eye Street, NW | 555 Thirteenth Street, NW |
| Washington, DC 20006-4001 | Washington, D.C. 20004 |
| Telephone: (202) 383-5106 | Telephone: (202) 637-5600 |
| Facsimile: (202) 383-5414 | Facsimile: (202) 637-5910 |
| | |
| *Counsel for Defendants* | *Counsel for Defendants* |

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD
DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS**<br><br>Judge James Donato |

Pursuant to the Court's May 25, 2022 Order relating to Parties stipulated request to modify sealing procedures for the Consumer Plaintiffs' class certification briefing and related documents, Case No. 3:21-md-02981-JD, Dkt. No. 246, Defendants respectfully request that the Court seal the attached documents submitted in connection with Defendants' Opposition to Plaintiff's Class Certification Motion (Dkt. No. 300). The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties on July 29, 2022 and Defendants anticipate additional review of the materials to ensure that any requests are narrowly tailored. Redacted copies of the documents sought to be sealed have been publicly filed in the docket pursuant to the Court's May 25, 2022 Order.

Dated: June 23, 2022

By: /s/ Sujal J. Shah
Sujal J. Shah

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, pro hac vice
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars Los Angeles, California 90067
Telephone: (310) 553-6700/

1
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD
DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS

|   |   |
|---|---|
| 1 | Ian Simmons, pro hac vice |
|   | isimmons@omm.com |
| 2 | Benjamin G. Bradshaw, S.B. #189925 |
|   | bbradshaw@omm.com |
| 3 | **O'MELVENY & MYERS LLP** |
|   | 1625 Eye Street, NW |
| 4 | Washington, DC 20006 |
|   | Telephone: (202) 383-5300 |

Ian Simmons, pro hac vice
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

Neal Kumar Katyal, pro hac vice
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, pro hac vice
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600

*Counsel for Defendants*

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

*Counsel for Defendants Google LLC et al. in In re Google Play Consumer Antitrust Litigation; In re Google Play Developer Antitrust Litigation; Epic Games, Inc. in Epic Games, Inc. v. Google LLC; State of Utah et al. v. Google LLC et al.*

**Certificate Pursuant to Local Rule 5-1(h)(3)**

I, Sujal J. Shah, am the ECF User whose credentials are being used to file DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS. In compliance with Local Rule 5-1(h)(3), I hereby attest that counsel for Defendants have concurred in this filing.

Dated: June 23, 2022                By     /s/ *Sujal J. Shah*
                                                            Sujal J. Shah

3

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD
DEFENDANTS' INTERIM ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION AND RELATED DOCUMENTS