Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, Bar No. 189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5106
Facsimile: (202) 383-5414

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
Stephen J. McIntyre, Bar No. 274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Glenn D. Pomerantz, Bar No. 112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, Bar No. 281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, Bar No. 282090
kyle.mach@mto.com
Justin P. Raphael, Bar No. 292380
justin.raphael@mto.com
Emily C. Curran-Huberty, Bar No. 293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Fl.
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, pro hac vice
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave. NW, Ste 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica K. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

---

DECLARATION OF SUJAL J. SHAH IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF SUJAL J. SHAH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. James Donato |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

I, Sujal J. Shah, declare as follows:

1. I am an attorney admitted to practice law in California and before this Court. I am a partner at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., Google Asia Pacific Pte. Ltd., and Alphabet Inc. ("Defendants" or "Google") in the above-captioned matter. I submit this declaration in support of Google's Opposition to Plaintiffs' Class Certification Motion. I have personal knowledge of the statements in this declaration, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the expert report of Dr. Michelle M. Burtis, Ph.D., served on Plaintiffs on March 31, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Lacey Ellis, taken in this matter on March 22, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Daniel Scalise, taken in this matter on March 11, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Richard Czeslawski, taken in this matter on March 21, 2022.

6. Attached hereto as **Exhibit E** is a true and correct copy of Avi Goldfarb & Catherine Tucker, *Digital Economics*, 57 J. Econ. Lit. 3, 12 (2019).

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the deposition of Michelle M. Burtis, Ph.D. taken in this matter on May 16, 2022 and May 17, 2022.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the deposition of Hal Singer, Ph.D. taken in this matter on May 12, 2022.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Class Certification Report of Hal J. Singer, Ph.D., dated February 28, 2022.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Class Certification Reply Report of Hal J. Singer, Ph.D., dated April 26, 2022.

11. Attached here to as **Exhibit J** is a true and correct copy of excerpts from the transcript of the deposition of Paul Feng, taken in this matter on January 14, 2022, and January 18, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 23rd day of June, 2022 in San Francisco, California.

_____
Sujal J. Shah