# EXHIBIT F

# REDACTED

```
                                                           Page 1
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   SAN FRANCISCO DIVISION
 3   ---------------------------------X
     IN RE GOOGLE PLAY STORE
 4   ANTITRUST LITIGATION
 5   Case No.  3:21-md-02981-JD
 6
     THIS DOCUMENT RELATES TO:
 7   Epic Games Inc. v. Google LLC, et al.,
     Case No. 3:20-cv-05671-JD
 8
     In Re Google Play Consumer
 9   Antitrust Litigation
     Case No. 3:20-cv-05671-JD
10
     In Re Google Play Developer
11   Antitrust Litigation,
     Case No: 3:20-cv-05792-JD
12
     State of Utah, et al., v.
13   Google LLC, et al.,
     Case No: 3:21-cv-05227-JD
14   ---------------------------------X
15
16         ** HIGHLY CONFIDENTIAL **
17            VIDEOTAPE DEPOSITION
18          MICHELLE M. BURTIS, PH.D.
19             Monday, May 16, 2022
20                9:06 a.m. (EST)
21
22
23
24   Reported by:
25   Ryan K. Black, RPR, CLR, Notary Public
```

HIGHLY CONFIDENTIAL

Page 2

        Monday, May 16, 2022

        Video Deposition of MICHELLE M. BURTIS, PH.D., taken at the Law Offices of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue NW, Washington, DC, beginning at 9:06 a.m., before Ryan K. Black, a Registered Professional Reporter, Certified Livenote Reporter and Notary Public and for the District of Columbia.

```
 1   A P P E A R A N C E S:
 2    KAPLAN FOX & KILSHEIMER LLP
      BY:  GREGORY K. ARENSON, ESQ.
 3    850 Third Avenue
      14th Floor
 4    New York, New York  10022
      212.687.1980
 5    garenson@kaplanfox.com
 6         - and -
 7    BARTLIT BECK LLP
      BY:  KARMA M. GIULIANELLI, ESQ. - Via Zoom
 8    1801 Wewatta Street
      Suite 1200
 9    Denver, Colorado  80202
      303.592.3100
10    karma.giulianelli@bartlitbeck.com
11    Representing - Consumer Class Plaintiffs
12
      CRAVATH, SWAINE & MOORE, LLP
13    BY:  SAMATHA BUI, ESQ. - Via Zoom
      825 8th Ave
14    New York, New York  10019
      212.474.1000
15    sbui@cravath.com
16    Representing - Epic Games, Inc. In Re:
                     Epic Games, Inc. V. Google
17                   LLC, et al.
18
19    SPERLING & SLATER, P.C.
      BY:  EAMON P. KELLY, ESQ.
20         MARTIN AMARO, ESQ.
      55 W. Monroe Street
21    32nd Floor
      Chicago, Illinois  60603
22    312.641.3200
      ekelly@sperling-law.com
23    mamaro@sperling-law.com
24    Representing - Developer Plaintiffs and
                     Pure Sweat Basketball
25
```

```
 1   A P P E A R A N C E S (Cont'd):
 2
 3    MORGAN, LEWIS & BOCKIUS, LLP
      BY:   SUJAL J. SHAH, ESQ.
 4          LEIGHA BECKMAN, ESQ. - Via Zoom
      One Market, Spear Street Tower
 5    28th Floor
      San Francisco, California  94105
 6    415.442.1386
      sujal.shah@morganlewis.com
 7    leigha.beckman@morganlewis.com
 8    Representing - Defendants
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   ALSO PRESENT:
24    Solomon Francis - Legal Videographer
25    Yajing Jiang, Ph.D - Charles River Associates
```

```
 1                      I N D E X
 2   TESTIMONY OF:  MICHELLE M. BURTIS, PH.D     PAGE
 3   By Mr. Arenson...................................9
 4   By Mr. Kelly...................................306
 5                    E X H I B I T S
 6   EXHIBIT             DESCRIPTION              PAGE
 7   Exhibit 934    Expert Report of Dr. Michelle
 8                  M. Burtis, Ph.D., March 31,
 9                  2021............................11
10   Exhibit 935    a multipage document entitled
11                  "PayPal Fee Changes Effective
12                  dated 2 August 2021.............19
13   Exhibit 936    a document entitled "Class
14                  Certification Report of Hal J.
15                  Singer, Ph.D...................155
16   Exhibit 937    an article entitled "Using Cost
17                  Pass-Through to Calibrate
18                  Demand"........................177
19   Exhibit 938    a document Bates stamped
20                  GOOG-PLAY-336574R
21                  through 605R...................219
22   Exhibit 939    a document with the control
23                  Numbers GOOG-PLAY-003335786R
24                  through 823R...................226
25
```

Page 6

```
 1                  I N D E X (Cont'd)
 2   EXHIBIT            DESCRIPTION                    PAGE
 3   Exhibit 940    a series of emails Bates stamped
 4                  GOOG-PLAY-002028811 to 8813....272
 5
 6             PREVIOUSLY MARKED EXHIBITS
 7   EXHIBIT                                           PAGE
 8   Exhibit 592..................................238
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 7

1    THE VIDEOGRAPHER:  Good morning.  We are
2    going on the record at 9:06 a.m. on May 16th,
3    2022.  Please note that the microphones are
4    sensitive and may pick up whispering, private
5    conversations and cellular interfere --
6    interference.  Please mute all cell phones at
7    this time.  Audio and video recording will
8    continue to takes place unless all parties agree
9    to go off the record.
10         This begins Media Unit 1 of the
11   video-recorded deposition of Dr. Michelle Burtis
12   taken in the matter of In re:  Google Play Store
13   Antitrust Litigation filed in the United States
14   District Court.  Northern District of
15   California, San Francisco Division, Case No.
16   3:21-md-02981-JD.  This deposition is being held
17   at Morgan Lewis, LLP located at 1111 Pennsylvania
18   Avenue NW, Washington, DC.
19         My name is Solomon Francis with Veritext
20   Legal Solutions, and I'm the videographer.  Our
21   court reporter today is Mr. Ryan Black with
22   Veritext Legal Solutions.
23         At this time will counsel attending in
24   person and attending remotely please state their
25   appearances and affiliations for the record.

Page 8

1        MR. ARENSON:  I am Gregory Arenson of
2   Kaplan Fox and Kilsheimer LLP, and we represent
3   the consumer plaintiffs.
4        MR. KELLY:  I am Eamon Kelly --
5        MS. GIULIANELLI:  And I'm Karma
6   Giulianelli of Bartlit Beck for consumer
7   plaintiffs as well.
8        MR. KELLY:  I'm Eamon Kelly on behalf of
9   the developer plaintiffs and Pure Sweat
10  Basketball, and I'm joined by my colleague Martin
11  Amaro.
12       MR. SHAH:  Sujal Shah from Morgan Lewis,
13  and I represent Google.
14       MS. JIANG:  I'm Yajing Jiang from
15  Charles River Associates.
16       THE VIDEOGRAPHER:  Anyone else attending
17  remotely?
18       MS. BUI:  Samantha Bui -- oh, yep.
19  Sorry.  Samantha Bui, from Cravath, Swaine &
20  Moore, on behalf of Epic Games.
21       MS. BECKMAN:  And Leigha Beckman, from
22  Morgan Lewis, on behalf of defendants.
23       THE VIDEOGRAPHER:  At this time would
24  the court reporter please swear in the witness.
25                  *     *     *

HIGHLY CONFIDENTIAL

Page 9

1   Whereupon --
2           MICHELLE M. BURTIS, PH.D,
3   called to testify, having been first duly sworn
4   or affirmed, was examined and testified as
5   follows:
6                   *    *    *
7           THE REPORTER:  Thank you.
8                 EXAMINATION
9   BY MR. ARENSON:
10      Q.   Would you state your full name, please?
11      A.   Michelle Burtis.
12      Q.   Where do you reside?
13      A.   My office is in Washington, DC.
14      Q.   Some particular locale in Washington,
15  D.C.?
16      A.   F Street.
17      Q.   And particular street address?
18      A.   Oh.  I think it's 9th and F.  I'm sorry.
19  I don't remember it.
20      Q.   Okay.  How often do you visit your
21  office?
22      A.   Not recently -- not frequently, yes.
23      Q.   Okay.  And are you gainfully employed at
24  that locale where you sometimes visit for your
25  office?

1  financial information.
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

HIGHLY CONFIDENTIAL

Page 308



1 ▮▮▮▮▮
2 ▮▮▮
3 ▮ ▮▮▮▮▮
4 ▮▮▮▮▮
5 ▮▮▮▮▮
6 ▮▮▮▮▮
7 ▮▮▮▮
8 ▮▮▮
9 ▮▮▮
10 ▮▮▮▮▮
11 ▮▮▮▮▮
12 ▮▮▮▮▮
13 ▮▮▮▮
14 ▮▮▮▮▮
15 ▮▮▮▮▮
16 ▮▮▮▮▮
17 ▮▮▮▮▮
18 ▮▮▮▮▮
19 ▮▮▮▮▮
20 ▮▮▮▮
21 ▮▮▮▮▮
22 ▮▮▮▮▮
23 ▮▮▮▮▮
24 ▮▮▮▮
25 BY MR. KELLY: