# EXHIBIT J

# REDACTED

HIGHLY CONFIDENTIAL

                                        Page 1

1             UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4     ---------------------------------------------x

5     IN RE GOOGLE PLAY STORE        Case No.

      ANTITRUST LITIGATION           3:21-md-02981-JD

6

7     THIS DOCUMENT RELATES TO:

8     Epic Games Inc. v. Google LLC, et al.,

      Case No: 3:20-cv-05671-JD

9

      In re Google Play Consumer

10    Antitrust Litigation,

      Case No: 3:20-cv-05761-JD

11

      In re Google Play Developer

12    Litigation,

      Case No: 3:20-cv-05792-JD

13

14    State of Utah, et al.,

      v. Google LLC, et al.,

15    Case No: 3:21-cv-05227-JD

16    ---------------------------------------------x

17

18      *HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER*

19      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

20                    RICHARD FENG

21              Friday, January 14, 2022

22               Volume 1 (Pages 1-396)

23

24    Reported By: Lynne Ledanois, CSR 6811

25

HIGHLY CONFIDENTIAL

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    ---------------------------------------------x
 5    IN RE GOOGLE PLAY STORE         Case No.
      ANTITRUST LITIGATION            3:21-md-02981-JD
 6
 7    THIS DOCUMENT RELATES TO:
 8    Epic Games Inc. v. Google LLC, et al.,
      Case No: 3:20-cv-05671-JD
 9
      In re Google Play Consumer
10    Antitrust Litigation,
      Case No: 3:20-cv-05761-JD
11
      In re Google Play Developer
12    Litigation,
      Case No: 3:20-cv-05792-JD
13
14    State of Utah, et al.,
      v. Google LLC, et al.,
15    Case No: 3:21-cv-05227-JD
16    ---------------------------------------------x
17
18            Remote videotaped deposition of
19      RICHARD FENG, taken in Palo Alto, California,
20      commencing at 8:59 a.m., on Friday,
21      January 14, 2022 before Lynne Ledanois,
22      Certified Shorthand Reporter No. 6811
23
24
25
```

HIGHLY CONFIDENTIAL

Page 3

```
 1                   REMOTE APPEARANCES

 2    Counsel for Plaintiff Epic Games, Inc. in:

 3    Epic Games, Inc. v Google LLC, et al:

 4                 CRAVATH, SWAINE & MOORE LLP

 5                 BY: BRENT BYARS

 6                     ZACHARY JARRETT

 7                     DANIEL OTTAUNICK

 8                     DANIEL KUMAGAI

 9                 Attorneys at Law

10                 825 Eighth Avenue

11                 New York, New York 10019

12                 bbyars@cravath.com

13

14    Counsel for Google LLC, et al:

15                 MORGAN LEWIS & BOCKIUS LLP

16                 BY: BRIAN ROCCA

17                     NICHOLAS PFEIFFER

18                 Attorneys at Law

19                 1 Market Plaza

20                 One Market Street

21                 San Francisco, California 94105

22                 brian.rocca@morganlewis.com

23

24

25    ///
```

HIGHLY CONFIDENTIAL

Page 4

```
 1              REMOTE APPEARANCES

 2

 3   Counsel for the Proposed Class In re: Google

 4   Play Developer Antitrust Litigation and Pure

 5   Sweat Basketball, Inc:

 6              HAUSFELD LLP

 7              BY: KYLE BATES

 8                  DANIEL KEES

 9              Attorneys at Law

10              600 Montgomery Street

11              Suite 3200

12              San Francisco, California 94111

13              kbates@hausfeld.com

14

15   Counsel for the Proposed Class In re: Google

16   Play Consumer Antitrust Litigation:

17              BARTLIT BECK

18              BY: GLEN E. SUMMERS

19                  KARMA GIULIANELLI

20              Attorneys at Law

21              1801 Wewetta Street

22              Suite 1200

23              Denver, Colorado 80202

24              gsummers@bartlitbeck.com

25   ///
```

HIGHLY CONFIDENTIAL

```
1              REMOTE APPEARANCES

2

3    Counsel for Plaintiffs in Proposed Class:

4              KOREIN TILLERY LAW OFFICE

5              BY: RANDALL EWING

6              Attorney at Law

7              505 North 7th Street

8              Suite 3600

9              Saint Louis, Missouri 63101

10             rewing@koreintillery.com

11

12   Counsel for Plaintiff States:

13             NORTH CAROLINA DEPARTMENT OF JUSTICE

14             ATTORNEY GENERAL

15             BY: JONATHAN MARX

16                 RAVEN DeMONIA

17                 CAROLINE BROCK

18             Attorneys at Law

19             1 South Wilmington Street

20             Raleigh, North Carolina 27601

21             nmarx@ncdoj.gov

22

23

24

25   ///
```

HIGHLY CONFIDENTIAL

Page 6

1               REMOTE APPEARANCES

2

3    Also Present:

4    Bret Hampton, Videographer

5    Timothy Tupiak, Veritext Tech

6    Ken Maikish, Google In-House Counsel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 7

1          I N D E X   O F   E X A M I N A T I O N

2

3   Examination by:                          Page

4        Mr. Bates                            15

5        Mr. Byars                           252

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   ///

HIGHLY CONFIDENTIAL

Page 8

1              I N D E X   O F   E X H I B I T S

2    Deposition              Description              Page

3    Exhibit 500 Document headed, PM Director      69

4                for Play Monetization (and

5                formerly Unicorn)- Self

6                Assessment,

7                GOOG-PLAY-004151349;

8    Exhibit 501 Email to Sameer Samat from       124

9                Paul Feng, 1/17/17,

10               GOOG-PLAY-000838152;

11   Exhibit 502 Email to Paul Feng from Kara     133

12               Bailey, 1/5/17,

13               GOOG-PLAY-000548143;

14   Exhibit 503 Email to Paul Feng from Erin     143

15               Crosby, 1/19/17,

16               GOOG-PLAY-002555930;

17   Exhibit 504 Email to Vineet Buch from        148

18               Paul Feng, 1/5/17,

19               GOOG-PLAY-000548151;

20   Exhibit 505 Email to Paul Feng from          162

21               Brandon Barras, 1/3/17,

22               GOOG-PLAY-001268554;

23   Exhibit 506 Email to Paul Feng, et al.,      175

24               from David Wang, 3/24/17,

25               GOOG-PLAY-000257629;

Page 9

1            I N D E X   O F   E X H I B I T S

2    Deposition            Description            Page

3    Exhibit 507 Email to marchak@google.com       189

4                from Paul Feng, 8/31/21,

5                GOOG-PLAY-007866426;

6    Exhibit 508 Email to Jamie Rosenberg and       193

7                Sameer Samat, 4/26/17,

8                GOOG-PLAY-001268889;

9    Exhibit 509 Email to Paul Feng from            202

10               Kristin Reinke, 2/2/19,

11               GOOG-PLAY-000259276;

12   Exhibit 510 Email to Kobi Glick from           210

13               Hareesh Pottamsetty, 1/30/20,

14               GOOG-PLAY-000260305;

15   Exhibit 511 Email to Sam Tolomei from          215

16               Paul Feng, 4/12/21,

17               GOOG-PLAY-007874621;

18   Exhibit 512 Email to Angela Ying, et al.,      222

19               from Tina Sriskandarajh,

20               2/2/18,

21               GOOG-PLAY-002381547;

22   Exhibit 513 Document headed, Aligning          229

23               YouTube and Playing Billing

24               Experiences,

25               GOOG-PLAY-000360400;

HIGHLY CONFIDENTIAL

Page 10

```
 1              I N D E X   O F   E X H I B I T S
 2    Deposition            Description            Page
 3    Exhibit 514 Email to Paul Feng, et al.,      234
 4                from Christina Schaengold,
 5                4/15/21,
 6                GOOG-PLAY-007874518;
 7    Exhibit 515 Email to Sagar Kamdar from       239
 8                Paul Feng, 10/23/20,
 9                GOOG-PLAY-000090340;
10    Exhibit 516 Email to Paul Feng from          245
11                Lawrence Koh, 6/4/19,
12                GOOG-PLAY-000946262;
13    Exhibit 517 Document headed, PPS:            287
14                Blocking AP from Side-
15                loaded Apps,
16                GOOG-PLAY-002405918;
17    Exhibit 518 Email to Larry Yang from         290
18                Samer Sayigh, 3/13/18,
19                GOOG-PLAY-000258505;
20    Exhibit 519 Document headed, Play            311
21                Billing Policy,
22                GOOG-PLAY-003334312;
23    Exhibit 520 Document headed, Subs            325
24                Summit 2017 BD Deep-Dive,
25                GOOG-PLAY-000571076;
```

HIGHLY CONFIDENTIAL

Page 11

1         I N D E X   O F   E X H I B I T S

2    Deposition              Description              Page

3    Exhibit 521 Email to Kelly Cox from          342

4              Alistair Pott, 6/28/17,

5              GOOG-PLAY-002378138;

6    Exhibit 522 Document headed, Play Business  346

7              Model Thoughts,

8              GOOG-PLAY-000565541;

9    Exhibit 523 Document headed, Google Play    365

10             Project Magical Bridge,

11             GOOG-PLAY-007328838;

12   Exhibit 524 Document headed, Google Play    379

13             Project Basecamp: Principles,

14             Play Leads Discussion 5/7,

15             GOOG-PLAY-007628059;

16

17

18

19

20

21

22

23

24

25   ///

HIGHLY CONFIDENTIAL

Page 12

1                Friday, January 14, 2022

2                     8:59 a.m.

3    _____

4            VIDEOGRAPHER:   Good morning.

5        We're on the record at 8:59 a.m.

6        on January 14th, 2022.

7                Please note microphones are

8        sensitive and may pick up

9        whispering, private conversations

10       and cell interference.

11               Please turn off all cell

12       phones or place them away from the

13       microphones as they can interfere

14       with the deposition audio.

15               Audio and video recording

16       will continue to take place unless

17       all parties agree to go off the

18       record.

19               This is Media Unit Number 1

20       of the video-recorded deposition

21       of Paul Feng in the matter Re:

22       Google Play Store Antitrust

23       Litigation filed in the

24       U.S. District Court, Northern

25       District of California, San

HIGHLY CONFIDENTIAL

Page 13

```
 1        Francisco Division.  Case

 2        number 3:21-md-02981-JD.

 3             This deposition is being

 4        held virtually on Zoom.

 5             My name is Bret Hampton from

 6        the firm Veritext; I'm the

 7        videographer.  The court reporter

 8        is Lynne Ledanois from Veritext.

 9             I'm not authorized to

10        administer an oath, I'm not

11        related to any party in this

12        action, nor am I financially

13        interested in the outcome.

14             Would counsel and everyone

15        present please identify who you

16        represent.  After that, the court

17        reporter may swear in the witness.

18        Thank you.

19             MR. BATES:  Good morning.

20        Kyle Bates from the firm of

21        Hausfeld for the developer

22        plaintiffs.  With me also is my

23        colleague Daniel Kees.

24             MR. BYARS:  This is Brent

25        Byars from Cravath Swaine & Moore
```

Page 14

```
 1          representing plaintiff and counter

 2          defendant Epic Games.  And with me

 3          is Daniel Ottaunick also from

 4          Cravath.

 5                  MR. SUMMERS:  Glen Summers

 6          with Bartlit Beck LLP on behalf of

 7          the consumer class.  With me is

 8          Randall Ewing of the Korein

 9          Tillery firm.

10                  MR. MARX:  Jonathan Marx

11          with the North Carolina Department

12          of Justice on behalf of the state

13          plaintiffs in the Google action.

14                  MR. ROCCA:  Good morning.

15          This is Brian Rocca of Morgan

16          Lewis representing Google

17          defendants as well as the witness,

18          Mr. Feng.

19                  I'm joined by my colleague

20          Cole Pfeiffer of Morgan Lewis and

21          in-house counsel for Google, Ken

22          Maikish.

23

24                  PAUL FENG,

25     having been duly sworn, testified as follow
```

HIGHLY CONFIDENTIAL

1                    EXAMINATION

2    BY MR. BATES:

3         Q     Good morning, Mr. Feng.  How

4    are you?

5         A     I'm good.  How are you?

6         Q     Good.  Thank you.

7               We met off the record just a

8    moment ago.  But again, my name is

9    Kyle Bates.  I'm one of the attorneys

10   representing the developer plaintiffs

11   in this case.

12              Do you understand that?

13        A     I do.

14        Q     Okay.  Have you had your

15   deposition taken before, Mr. Feng?

16        A     Yes.

17        Q     How many times?

18        A     I believe once.

19        Q     And when was that?

20        A     I want to say it was around

21   2010, but it was a few years ago.

22        Q     Can you tell me generally

23   what kind of a case it was in which

24   you gave deposition testimony?

25        A     My recollection is that it

HIGHLY CONFIDENTIAL

Page 62

1      Q      I see.  So Google Play

2   Billing is a ███████████████████████

3   ████████████████████████████████████████

4   ███████████████████████████████████

5   ██████████████████████████████

6   ████████████████████████ ; is that

7   correct?

8      A      Google Play Billing is

9   ████████████████████████████████

10  ██████████

11     Q      Can you describe what Google

12  Play Billing is for me?

13     A      As I noted, Google Play

14  Billing is an integral part of Play.

15  And it is ███████████████████████████

16  █████████████████████████████

17  ████████████████████████████████████████

18  ███████████████████████████████████

19  ██████████████████████████████████ █

20  ████████████████████████████████████████

21  ████████████████████

22     Q      What is your involvement in

23  the development and implementation of

24  Google Play Billing?

25     A      I lead the team that builds

HIGHLY CONFIDENTIAL

1          variety of different people.

2                Are there specific

3          conversations?  Do you want me to

4          list dozens of people?

5    BY MR. BATES:

6          Q     I don't.  Was Sameer Samat

7     involved in the conversations about

8     ████████████████████████████████████

9     ██████████████████████████

10         A     Yes.

11         Q     What is Mr. Samat's title?

12         A     Sameer is VP of product

13    management responsible for Play,

14    Android, Wear, something like that.

15         Q     I see.  He's your superior;

16    is that correct?

17         A     He is, yes.

18         Q     What is the basis for the

19    percentage of the service fee that's

20    charged to developers?

21         A     So as I noted earlier, our

22    service fee has -- ███████████████████

23    ████████████████     █████████████████

24    ██████████████████████████████████████

25    ██████████████████████████████████

HIGHLY CONFIDENTIAL

Page 114



```
23          So that's the basis for the
24     service fee.
25          Q    I see.  So it's a          ;
```

HIGHLY CONFIDENTIAL

Page 353

1    of this concern, but, yes, ███████

2    █████████████████████████

3    ██████████████

4        Q    Was this not a concern at

5    all when █████████████████████

6    ████████████████████████

7        A    I wouldn't say that it

8    wasn't a concern.  ████████████████

9    ███████████████████████████████

10   █████████████████████████████

11   █████████████████████████████████

12   ██████████████████████████████████

13   ██████████████████████

14              I think we have good reasons

15   for that.  We deliver a ton of value

16   to game developers.

17                 ██████████████████████

18   ███████████████████████████████

19   ████████████████████████████████

20   ██████████████████    We definitely

21   deliver a lot of value.  We've talked

22   about that value in this deposition

23   for digital goods providers.

24              It's a business model that

25   worked, it's a business model that we

HIGHLY CONFIDENTIAL

Page 354

1    have had since the beginning of Play

2    and it's worked out really well for a

3    lot of these digital goods developers,

4    right.

5    ████████████████████████████

6    ███████████████████   ███████

7    ██████████████████████████

8    █████████████████████   ███████

9    ███████████████████████████

10   ████████████████████████████

11   ███████████████████

12   ██████████████████████

13   █████████████████

14   █████████████████████████████

15   ████████████████████████████

16   ████

17           The apps that are not paying

18   a service fee attract users that make

19   the Play platform and Play -- and

20   Android much more valuable for

21   everyone, including Google Play

22   Billing developers.

23           So we think that the model

24   continues to make sense.  ██████████

25   ██████████████████████

HIGHLY CONFIDENTIAL

Page 355



```
 1  ████████████████████████████████
 2      ████████████████████████████████
 3  ████████████████████████████████████
 4  ██████     ██████████████████████████
 5  ████████████████████████████████████
 6  ████████████████████████████
 7  ████████████████     ████████████████
 8  █████████████████
 9          Today's model allows us to
10  charge only when developers make
11  money, ████████████████████████████
12  ████████████████████████████████████
13  ███████████████████████████████
14  ████████████████████████████████
15  ████████████████████████████████████
16  ██████████████████████████████
17  █████████████████████████████
18  ███████████████████████████████
19  ███████████████████
20      ██████████████████████████
21  █████████████████████████████████
22  █████████████████████████████████
23  █████████████████████████████████
24  ██████████████████████████████
25          MR. BYARS:  I move to strike
```