# EXHIBIT A

# REDACTED

## Revised Exhibit 20 of Burtis Report

