# EXHIBIT B

# REDACTED

# Revised Exhibit 21 of Burtis Report

