# EXHIBIT C

# REDACTED

## Revised Exhibit 23 of Burtis Report

