# EXHIBIT D

# REDACTED

# Revised Exhibit 24 of Burtis Report

