| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Ham (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Counsel for Defendants* | Glenn D. Pomerantz, Bar No. 112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, Bar No. 281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, Bar No. 282090<br>kyle.mach@mto.com<br>Justin P. Raphael, Bar No. 292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, Bar No. 293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Fl.<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, pro hac vice<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Ave. NW, Ste 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br>Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>Stephen J. McIntyre, Bar No. 274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br><br>Ian Simmons, *pro hac vice*<br>isimmons@omm.com<br>Benjamin G. Bradshaw, Bar No. 189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5106<br>Facsimile: (202) 383-5414<br><br>Neal Kumar Katyal, *pro hac vice*<br>neal.katyal@hoganlovells.com<br>Jessica L. Ellsworth, *pro hac vice*<br>jessica.ellsworth@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br><br>*Counsel for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF FILING OF JOINT STATEMENT RE: CONCURRENT CLASS CERTIFICATION EXPERT WITNESS PROCEEDING**<br><br>Judge:  Hon. James Donato |

1   Pursuant to this Court's Amended Scheduling Order dated February 2, 2022 (*In re
2   Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal. 2021) ("MDL") ECF
3   No. 191), the parties in the above-captioned MDL action ("the Parties"), by and through their
4   undersigned counsel, submit attached as Exhibit 1, the Joint Statement Re: Concurrent Class
5   Certification Expert Witness Proceeding.

Dated:  July 12, 2022                **BARTLIT BECK LLP**
                                     Karma M. Giulianelli

                                     **KAPLAN FOX & KILSHEIMER LLP**
                                     Hae Sung Nam


                                     Respectfully submitted,

                                     By:   */s/ Karma M. Giulianelli*
                                           Karma M. Giulianelli

                                     *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


Dated:  July 12, 2022                **PRITZKER LEVINE LLP**
                                     Elizabeth C. Pritzker

                                     Respectfully submitted,

                                     By:   */s/ Elizabeth C. Pritzker*
                                           Elizabeth C. Pritzker

                                     *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*


Dated:  July 12, 2022                **MORGAN, LEWIS & BOCKIUS LLP**
                                     Brian C. Rocca
                                     Sujal J. Shah
                                     Michelle Park Chiu
                                     Minna L. Naranjo
                                     Rishi P. Satia

                                     Respectfully submitted,

                                     By:   */s/ Sujal J. Shah*
                                           Sujal J. Shah

                                     *Counsel for Defendants*

Dated: July 12, 2022          **O'MELVENY & MYERS LLP**
                Daniel M. Petrocelli
                Ian Simmons
                Benjamin G. Bradshaw
                Stephen J. McIntyre

                Respectfully submitted,

By:  /s/ *Stephen J. McIntyre*
        Stephen J. McIntyre

*Counsel for Defendants*

Dated: July 12, 2022          **MUNGER TOLLES & OLSON LLP**
                Glenn D. Pomerantz
                Kuruvilla Olasa
                Emily C. Curran-Huberty
                Jonathan I. Kravis
                Justin P. Raphael
                Kyle W. Mach

                Respectfully submitted,

By:  /s/ *Justin P. Raphael*
        Justin P. Raphael

*Counsel for Defendants*

Dated: July 12, 2022          **HOGAN LOVELLS US LLP**
                Neil Kumar Katyal
                Jessica L. Ellsworth

                Respectfully submitted,

By:  /s/ *Neil Kumar Katyal*
        Neil Kumar Katyal

*Counsel for Defendants*

**E-FILING ATTESTATION**

I, Sujal J. Shah, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Sujal J. Shah*
Sujal J. Shah

4

JOINT STATEMENT RE: CONCURRENT CLASS CERTIFICATION EXPERT WITNESS PROCEEDING
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD