Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

[Additional counsel appear on signature page]

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATED [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OMNIBUS SEALING MOTION FOR CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS**<br><br>Courtroom: 11, 19th Floor (via Zoom)<br>Judge: Hon. James Donato |

1   WHEREAS, pursuant to this Court's February 2, 2022 Amended MDL Scheduling Order (MDL ECF No. 191), Consumer Plaintiffs served opening class certification expert reports on February 28, 2022; Google served class certification expert rebuttal reports on March 31, 2022; and Consumer Plaintiffs served class certification expert reply reports on April 25, 2022.

WHEREAS, Consumer Plaintiffs filed their motion for class certification on May 26, 2022; Google filed an opposition to that motion on June 23, 2022; and the Consumer Plaintiffs will file any reply brief on July 14, 2022.

WHEREAS, Google filed a *Daubert* motion regarding Consumer Plaintiffs' class certification expert on May 26, 2022; Consumer Plaintiffs filed an opposition to that motion on June 23, 2022; and Google will file any reply brief on July 14, 2022.

WHEREAS, pursuant to the Parties stipulated request to modify sealing procedures for the Consumer Plaintiffs' class certification briefing and related documents and Google's *Daubert* motion and related documents (MDL Dkt. No. 242), the Court ordered Consumer Plaintiffs, Google, and non-parties to file a joint omnibus sealing motion for the class certification and *Daubert* briefing and related documents by July 29, 2022 (MDL Dkt. No. 246).

WHEREAS, given that there is substantial non-party confidential information discussed in the class certification and *Daubert* briefings and related documents, Consumer Plaintiffs and Google request an additional two weeks to comply with the sealing procedure set forth in the Court's Standing Order for Civil Cases and the Local Rules.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

- That the deadline for Parties and non-parties to jointly file Omnibus Sealing Motions is extended by two-weeks from July 29, 2022 to August 12, 2022, or any later date that this Court chooses.

Dated:  July 13, 2022

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

Respectfully submitted,

By:  /s/ *Karma M. Giulianelli*
  Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  July 13, 2022

PRITZKER LEVINE LLP
  Elizabeth C. Pritzker

Respectfully submitted,

By:  /s/ *Elizabeth C. Pritzker*
  Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated:  July 13, 2022

MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Minna L. Naranjo
  Rishi P. Satia
  Michelle Park Chiu

Respectfully submitted,

By:  /s/ *Brian C. Rocca*
  Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: July 13, 2022         O'MELVENY & MYERS LLP
                             Daniel M. Petrocelli
                             Ian Simmons
                             Benjamin G. Bradshaw
                             Stephen J. McIntyre

                             Respectfully submitted,

                             By:  */s/ Daniel M. Petrocelli*
                                  Daniel M. Petrocelli

                             *Counsel for Defendants Google LLC et al.*


Dated: July 13, 2022         MUNGER, TOLLES & OLSON LLP
                             Glenn D. Pomerantz
                             Kyle W. Mach
                             Kuruvilla Olasa
                             Justin P. Raphael
                             Emily C. Curran-Huberty
                             Jonathan I. Kravis

                             Respectfully submitted,

                             By:  */s/ Glenn D. Pomerantz*
                                  Glenn D. Pomerantz

                             *Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____         _____
                                      HON. JAMES DONATO
                                      United States District Judge

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Brian C. Rocca