| | |
|---|---|
| Brian C. Rocca, S.B. #221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, S.B. #215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, S.B. #248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, S.B. #259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, S.B. #301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>Richard S. Taffet, *pro hac vice*<br>richard.taffet@morganlewis.com<br>Ian Simmons, *pro hac vice*<br>isimmons@omm.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br><br>Benjamin G. Bradshaw, S.B. #189925<br>bbradshaw@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br><br>Daniel M. Petrocelli, S.B. #97802<br>dpetrocelli@omm.com<br>Stephen J. McIntyre, S.B. #274481<br>smcintyre@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700 | Glenn D. Pomerantz, S.B. #112503<br>glenn.pomerantz@mto.com<br>Kuruvilla Olasa, S.B. #281509<br>kuruvilla.olasa@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Kyle W. Mach, S.B. #282090<br>kyle.mach@mto.com<br>Justin P. Raphael, S.B. #292380<br>justin.raphael@mto.com<br>Emily C. Curran-Huberty, S.B. #293065<br>emily.curran-huberty@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty Seventh Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br><br>Jonathan I. Kravis, *pro hac vice*<br>jonathan.kravis@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>601 Massachusetts Avenue NW, Suite 500E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br><br><br>*Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re Google Play Consumer Antitrust Litigation*, Case No. 3:20-CV-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' INTERIM MOTION TO SEAL REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER ON CLASS CERTIFICATION**<br><br>Judge:   Hon. James Donato<br>Courtroom:   11, 19th Floor, 450 Golden Gate Ave, San Francisco, California 94102 |

Pursuant to the Court's May 25, 2022 Order relating to Parties' stipulated request to modify sealing procedures for the Consumer Plaintiffs' class certification briefing and related documents, Case No. 3:21-md-02981-JD, Dkt. No. 245, Defendants respectfully request that the Court seal Defendants' Reply in Support of Defendants' Motion to Exclude the Testimony of Dr. Hal J. Singer on Class Certification [ECF No. 286]. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion filed jointly by the parties on July 29, 2022[1] and Defendants anticipate additional review of the materials to ensure that any requests are narrowly tailored. A redacted copy of the document sought to be sealed has been publicly filed in the docket pursuant to the Court's May 25, 2022 Order.

Respectfully submitted,

DATED: July 14, 2022

By: _____/s/ Justin P. Raphael_____
Justin P. Raphael

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**

---

[1] On July 14, 2022, Defendants and Plaintiffs submitted a joint stipulation requesting this deadline for the omnibus joint sealing motion be extended to August 12, 2022 [ECF No. 302].

| | |
|---|---|
| 1 | 601 Massachusetts Avenue NW, Suite 500E |
| | Washington, D.C. 20001 |
| 2 | Telephone: (202) 220-1100 |
| 3 | Daniel M. Petrocelli, S.B. #97802 |
| | dpetrocelli@omm.com |
| 4 | Stephen J. McIntyre, S.B. #274481 |
| | smcintyre@omm.com |
| 5 | **O'MELVENY & MYERS LLP** |
| | 1999 Avenue of the Stars |
| 6 | Los Angeles, California  90067 |
| | Telephone: (310) 553-6700 |
| 7 | Facsimile: (310) 246-6779 |
| 8 | Ian Simmons, *pro hac vice* |
| | isimmons@omm.com |
| 9 | Benjamin G. Bradshaw, S.B. #189925 |
| | bbradshaw@omm.com |
| 10 | **O'MELVENY & MYERS LLP** |
| | 1625 Eye Street, NW |
| 11 | Washington, DC 20006 |
| | Telephone: (202) 383-5300 |
| 12 | Facsimile: (202) 383-5414 |
| 13 | Brian C. Rocca, S.B #221576 |
| | brian.rocca@morganlewis.com |
| 14 | Sujal J. Shah, S.B #215230 |
| | sujal.shah@morganlewis.com |
| 15 | Michelle Park Chiu, S.B #248421 |
| | michelle.chiu@morganlewis.com |
| 16 | Minna Lo Naranjo, S.B #259005 |
| | minna.naranjo@morganlewis.com |
| 17 | Rishi P. Satia, S.B #301958 |
| | rishi.satia@morganlewis.com |
| 18 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Market, Spear Street Tower |
| 19 | San Francisco, CA 94105 |
| | Telephone: (415) 442-1000 |
| 20 | Facsimile: (415) 422-1001 |
| 21 | Richard S. Taffet, *pro hac vice* |
| | richard.taffet@morganlewis.com |
| 22 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 101 Park Avenue |
| 23 | New York, NY 10178 |
| | Telephone: (212) 309-6000 |
| 24 | Facsimile: (212) 309-6001 |
| 25 | Neal Kumar Katyal, *pro hac vice* |
| | neal.katyal@hoganlovells.com |
| 26 | Jessica L. Ellsworth, *pro hac vice* |
| | jessica.ellsworth@hoganlovells.com |
| 27 | **HOGAN LOVELLS US LLP** |
| | 555 Thirteenth Street, NW |
| 28 | Washington, D.C. 20004 |

-3-  Case No. 3:20-CV-05761-JD

INTERIM MOTION TO SEAL REPLY ISO DAUBERT MOTION TO EXCLUDE OPINIONS OF DR. SINGER

Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Defendants*