Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980

*Co-Lead Counsel for the Proposed Classes in In re Google Play Consumer Antitrust Litigation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et. al., v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC, et. al. v. Google LLC, et al.*, Case No. 3:22-cv-02746-JD | No. 3:20-CV-05761-JD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF CONSUMER PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. James Donato |

I, Karma M. Giulianelli, declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am a partner at Bartlit Beck LLP, Co-Lead Counsel for the Proposed Classes in this action. I submit this declaration in support of Consumer Plaintiffs' Reply in Support of their Motion for Class Certification. The Exhibits to this Declaration are consecutively numbered to the exhibits submitted with my Declaration in Support of Consumer Plaintiffs' Motion for Class Certification, Dkt. 280-1. The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein. The facts set forth herein are within my personal knowledge and if called as a witness, I could and would competently testify to them.

2. Attached hereto as **Exhibit 68** is a true and correct copy of a blog post titled "Boosting developer success on Google Play," dated March 16, 2021, available at https://android-developers.googleblog.com/2021/03/boosting-dev-success.html.

3. Attached hereto as **Exhibit 69** is a true and correct copy of a blog post titled "Evolving our business model to address developer needs," dated October 21, 2021, available at https://android-developers.googleblog.com/2021/10/evolving-business-model.html.

DECLARATION IN SUPPORT OF CONSUMER PLAINTIFFS' REPLY IN SUPPORT OF
THEIR MOTION FOR CLASS CERTIFICATION
Case No. 3:20-CV-05761-JD

2

4. Attached hereto as **Exhibit 70** is an excerpt of a true and correct copy of an excerpt of the deposition transcript of Jamie Rosenberg, taken in this litigation on February 10, 2022.

5. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000542516.R to GOOG-PLAY-000542535.R.

6. Attached hereto as **Exhibit 72** is an excerpt of a true and correct copy of an excerpt of the deposition transcript of Hal Singer, Ph.D., taken in this litigation on May 12, 2022.

7. Attached hereto as **Exhibit 73** is an excerpt of a true and correct copy of an excerpt of the deposition transcript of Daniel Scalise, taken in this litigation on March 11, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of July, 2022 at Denver, Colorado.

*/s/ Karma M. Giulianelli*

DECLARATION IN SUPPORT OF CONSUMER PLAINTIFFS' REPLY IN SUPPORT OF
THEIR MOTION FOR CLASS CERTIFICATION
Case No. 3:20-CV-05761-JD

3