# EXHIBITS 70-73

# FILED UNDER SEAL