# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  July 19, 2022                                                   Judge:  Hon. James Donato

Time:  2 hours, 40 minutes

Case No.:  3:21-md-02981-JD
Case Name:  In re Google Play Store Antitrust Litigation

Attorney(s) for Plaintiff(s):  Karma Giulianelli
Plaintiffs' Expert Witness:  Dr. Hal Singer

Attorney(s) for Defendant(s):  Justin Raphael
Defendants' Expert Witness:  Dr. Michelle Burtis

Court Reporter:  Ana Dub
Deputy Clerk:  Bhavna Sharma

## PROCEEDINGS

Concurrent Expert Proceeding -- Held

## NOTES AND ORDERS

The Court holds a concurrent expert proceeding in the consumer plaintiffs' case, No. 20-5761, in connection with defendants' motion to exclude the testimony of Dr. Singer on class certification, MDL Dkt. No. 252.