Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue, New York, NY 10178
Telephone: (212) 309-6000

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW Washington, DC 20006
Telephone: (202) 383-5300

*Counsel for Defendants*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO NOTICE OF FILING OF CORRECTED PROPOSED ORDER GRANTING CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: August 4, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Courtroom: 11, 19th Floor, 450 Golden Gate Ave, San Francisco, California, 94102 |

Pursuant to Local Rules 7-3(d) and 7-11, Google respectfully requests the Court's leave to file the attached Response to Consumer Class Plaintiffs' "Corrected" Proposed Order, MDL ECF 310, which was filed less than one week before the class certification hearing set for August 4, 2022, without leave of Court or notice to Google and in violation of the Court's Amended Scheduling Order in this action and Local Rule 7-3(d).  *See* N.D. Cal. Local Rule 7-3(d) ("Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval, except" in situations not present here).  The attached Response addresses Plaintiffs' attempt to sidestep one of the many reasons why class certification should be denied:  Plaintiffs' counsel are inadequate.  Even if the Court permits Plaintiffs' unauthorized filing, there are many reasons why class certification should be denied.

Although couched in terms of correcting a "drafting error," the "Corrected" Proposed Order seeks to modify and expand the definition of the proposed damages and injunctive relief classes that Plaintiffs defined in their class certification motion.  Specifically, Plaintiffs seek to add four individual Plaintiffs who are clients of Class Counsel but do not reside in the states to which Plaintiffs expressly limited the classes they proposed in their moving papers.  In the attached Response, Google explains that Plaintiffs' "Corrected" Proposed Order is an improper attempt to address a conflict facing Class Counsel that Google identified in its opposition to Plaintiffs' class certification motion:  Class Counsel are simultaneously representing four individual named plaintiffs and a proposed class of consumers with overlapping claims, which renders them inadequate.  *See Lou v. Ma Labs.*, 2014 WL 68605 (N.D. Cal. 2014) ("counsel cannot simultaneously represent a class and prosecute either individual or class claims against the same defendants in a different proceeding").  As the attached Response explains, Plaintiffs' "Corrected" Proposed Order in fact further highlights why Class Counsel cannot adequately represent the proposed class.

Google further explains that the Court should not consider the "Corrected" Proposed Order for any purpose other than as evidence that Class Counsel are inadequate.  Plaintiffs did not seek leave of Court to rewrite their papers in support of their class certification motion to which Google

directed its opposition and they cannot show good cause to expand the definition of the proposed class on the eve of the class certification hearing.

Google respectfully requests leave to bring these issues to the Court's attention prior to the class certification hearing set for August 4, 2022 in the form of the Response attached hereto as Exhibit A.  Google asked Class Plaintiffs to stipulate to this request for leave, but Class Plaintiffs indicated that they objected.  *See* Declaration of Justin P. Raphael at ¶ 6.

Respectfully Submitted,

DATED:  August 2, 2022

By:   /s/ Justin P. Raphael
Justin P. Raphael

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

| | |
|---|---|
| 1 | Ian Simmons, *pro hac vice* |
| 2 | isimmons@omm.com |
|   | Benjamin G. Bradshaw, S.B. #189925 |
| 3 | bbradshaw@omm.com |
|   | **O'MELVENY & MYERS LLP** |
| 4 | 1625 Eye Street, NW |
|   | Washington, DC 20006 |
| 5 | Telephone: (202) 383-5300 |
|   | Facsimile: (202) 383-5414 |

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants Google LLC, et al.*