| | |
|---|---|
| 1  Brian C. Rocca, S.B #221576 | Glenn D. Pomerantz, Bar No. 112503 |
|    brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| 2  Sujal J. Shah, S.B #215230 | Kuruvilla Olasa, Bar No. 281509 |
|    sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| 3  Michelle Park Chiu, S.B #248421 | **MUNGER, TOLLES & OLSON LLP** |
|    michelle.chiu@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| 4  Minna Lo Naranjo, S.B #259005 | Los Angeles, California 90071 |
|    minna.naranjo@morganlewis.com | Telephone: (213) 683-9100 |
| 5  Rishi P. Satia, S.B #301958 | |
|    rishi.satia@morganlewis.com | Kyle W. Mach, Bar No. 282090 |
| 6  **MORGAN, LEWIS & BOCKIUS LLP** | kyle.mach@mto.com |
|    One Market, Spear Street Tower | Justin P. Raphael, Bar No. 292380 |
| 7  San Francisco, CA 94105 | justin.raphael@mto.com |
|    Telephone: (415) 442-1000 | Emily C. Curran-Huberty, Bar No. 293065 |
| 8  Facsimile: (415) 422-1001 | emily.curran-huberty@mto.com |
|    | **MUNGER, TOLLES & OLSON LLP** |
| 9  Richard S. Taffet, pro hac vice | 560 Mission Street, Twenty Seventh Fl. |
|    richard.taffet@morganlewis.com | San Francisco, California 94105 |
| 10 **MORGAN, LEWIS & BOCKIUS LLP** | Telephone: (415) 512-4000 |
|    101 Park Avenue | |
| 11 New York, NY 10178 | Jonathan I. Kravis, pro hac vice |
|    Telephone: (212) 309-6000 | jonathan.kravis@mto.com |
| 12 Facsimile: (212) 309-6001 | **MUNGER, TOLLES & OLSON LLP** |
|    Attorneys for Defendants Google LLC, et al. | 601 Massachusetts Ave. NW, Ste 500E |
| 13 | Washington, D.C. 20001 |
|    Daniel M. Petrocelli, S.B. #97802 | Telephone: (202) 220-1100 |
| 14 dpetrocelli@omm.com | |
|    Stephen J. McIntyre, S.B. #274481 | *Counsel for Defendants* |
| 15 smcintyre@omm.com | |
|    **O'MELVENY & MYERS LLP** | |
| 16 1999 Avenue of the Stars | |
|    Los Angeles, California 90067 | |
| 17 Telephone: (310) 553-6700 | |
|    Facsimile: (310) 246-6779 | |
| 18 | |
|    Ian Simmons, pro hac vice | |
| 19 isimmons@omm.com | |
|    Benjamin G. Bradshaw, S.B. #189925 | |
| 20 bbradshaw@omm.com | |
|    **O'MELVENY & MYERS LLP** | |
| 21 1625 Eye Street, NW | |
|    Washington, DC 20006 | |
| 22 Telephone: (202) 383-5300 | |
|    Facsimile: (202) 383-5414 | |

REDACTED EXHIBITS A1 – A61 OF DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF
JOINT OMNIBUS ADMINISTRATIVE MOTION TO SEAL
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**REDACTED EXHIBITS A1 – A61 OF DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF JOINT OMNIBUS ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:  Hon. James Donato |

---

REDACTED EXHIBITS A1 – A61 OF DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF
JOINT OMNIBUS ADMINISTRATIVE MOTION TO SEAL
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD