# REDACTED VERSION

# Exhibit A19
# to
# C. Cramer Declaration

# EXHIBIT 28

Let's talk about our business model...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443763.R

# Why we're here

Assess current situation

Take a step back and see the larger picture

Discuss big ideas and implications

**goal: Agree on how we want to shape the future**

Proprietary + Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443764.R

The daily Android / Play vocabulary...

Cloudgaming Epic
Instantapps Discovery
Billing Tencent Kids
Samsung Subscription
Premiumgames Stadia
Gameengines HUG
Ads xPA CPI
**Revshare**
Regulations Instantgames
Huawei Unity Crossplatform
Policy Emulators
Security Chat RSA esports Discord
Malware
Dumbledore



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443767.R

# The 50,000 foot view:

Android reaches lots of people +
Google distributes its apps

Google invests back some part of
proceeds to improve and grow
Android

Play is the preeminent app store within
Android

Game and app developers BUILD for Android and
choose PLAY to reach these users

Play makes $ (primarily IAP) through
strength in its distribution

Proprietary + Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Partner incentives today are focused on search...

## SEARCH

**$25B**
(+26% y/y)
2018 Android
Revenue

**$2.9B**
2018 Rev Share
Payments

PAID TO BOTH OEMS AND CARRIERS

BUYS US SEARCH ACCESS POINTS AND
INCREMENTAL PROTECTIONS

## PLAY

**$7B**
(+17% y/y)
2018 Play
Revenue

**$0.8B**
2018 DCB
Payments

PAID TO ONLY CARRIERS

BUYS US A FOP; NO INCREMENTAL PROTECTIONS
FOR SEARCH OR PLAY

Proprietary + Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# ... despite Play being larger in some markets



Proprietary • Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443771.R



## That core Play model has evolved in the past

**YEARS AGO**

| 70% | Developer |
| 25% | OEM / carrier |
| 5% | Google |

**TODAY**

| 70% | Developer |
| 30% | Google |

*INCENTIVIZE PARTICIPATION OF EXISTING PLAYERS / REDUCE PREVALENCE OF WALLED GARDENS*

*BETTER RELY ON CATALOG SCALE / REINVEST PROFITS TO GROW AND IMPROVE THE SERVICE*

Proprietary + Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# So why are we talking about this again now?

| | |
|---|---|
| Pressure on the 70% rev-share "tax" | Developers reaching the end of the mobile gold-rush / pushing for higher share (may result in regulatory pressure) |
| Android / app-store consolidation | Single OEMs (e.g. Samsung) or groups of OEMS (e.g. Aptoide on XOV) are building significant distribution scale |
| Game developer consolidation | Single developers consolidating a large number of highly monetizing titles, increasing risk of going-it-alone |

Proprietary • Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# We have projects thinking about all of these...

| | | |
|---|---|---|
| **Pressure on the 70% rev-share "tax"** | Developers reaching the end of the mobile gold-rush / pushing for higher share (may result in regulatory pressure) | **Magical Bridge** (Change the fundamental Play biz model for devs) |
| **Android / app-store consolidation** | Single OEMs (e.g. Samsung) or groups of OEMS (e.g. Aptoide on XOV) are building significant distribution scale | **Google-Forward** (Incentivize OEMs to prioritize Play) |
| **Game developer consolidation** | Single developers consolidating a large number of highly monetizing titles, increasing risk of going-it-alone | **Hug** (Incentivize devs to prioritize play) |

Proprietary + Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# All are direct margin dilutive, which makes us think...

 **Should we be doing all of them? Is it a question of phasing? Put our biggest bet behind one or two?**

 **Is there some broader solve that we haven't thought about?**

 **What do we start doing now to build new revenue models?**

Proprietary • Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# There's other revenue available in gaming...

| Development | Distribution | Engagement |
|---|---|---|
| ● IDE/Game Engines/Kits (Unity, Epic, etc.) | ● Form-factor extension / emulation | ● Social (Discord, etc.) |
| ● Prototyping services | ● Streaming | ● LiveOps services |
| ● Pre-release funding | | ● Esports assets |
| ● Beta communities, QA, Monetization testing | | ● Etc. |
| ● Etc. | | |

As we do any of these, there's a decision to make: is this a way of further defending the 30% rate, or a new way of making money?

Proprietary • Confidential



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443778.R



# New Gaming Platforms Launching



GOOG-PLAY-000443780.R



Services that help games run across mobile, PC and console.
Emulation/streaming represent different distribution methods towards bringing mobile games to PCs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



More competitive games are coming to Android - not pay to win, strategy is around building audiences through esports competitions.  Discovery outside the ecosystem.

Social remains important - it's still hard to find someone to play with, and it's all about the communities a game forms around them (and less about individual friends)

## Device Fragmentation / OEM Complexity

### Epic Says Android is Too Inconsistent to Develop For Compared to iOS

+3,767

*"... problem is the tweaks that OEMs make to the internals of Android. For example... [Samsung S8 vs. Pixel 2]... both devices have around 4GB of RAM, but 1.2GB less of it was usable on the Pixel 2!"*



# BD Predictions in 2020

*What will be the 3 most common asks from partners in 2020?*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-000443785.R



# "Older" Live Games Continue to Grow



Can Play deliver similar value for "older" live games as it does for new games?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443787.R

How big is Google Play's
**Gaming business**
today?

GOOG-PLAY-000443788.R



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-000443791.R

**Many ecosystem players are investing in gaming assets and capabilities not just to win in gaming, but also to use gaming to grow their core business....what about us?**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Amazon -  Services oriented, developer stack.  Twitch harnesses game communities.
(why?  Because core biz is AWS/retail)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Microsoft's expertise in PC and console gaming combined with Azure generating a shift towards cloud gaming in Fall 2019

**Users**          **Developers**



$11.3B
(2019)

$20.4B
(2019)

Microsoft
Studios

$31.8B
(2019)*

### Key gaming assets & strategy

1. **Xbox:** Primary gaming console business likely to evolve into portable/mobile hybrid, similar to Switch, and include cloud gaming at its core. Through Xbox Live, they also offer community-centric features, including a mobile app

2. **Windows:** Leading PC OS and preferred platform for PC developers and gamers. **Merging Windows and Xbox OS,** further reinforcing their gaming ecosystems and enabling Xbox Play Anywhere x-platform gaming strategy (only supports ~10% of titles today)

3. **Microsoft Studios:** In-house developer / publisher with strong **IP (Minecraft, Halo, and Age of Empires)** to drive gamer adoption of Xbox, Windows. Some titles (e.g. Minecraft) available across platforms today (including on Play)

4. **Azure:** Microsoft is developing a **cloud gaming business** powered by Azure to double down on services for game developers. Announced **cloud streaming partnership with Sony** (PlayStation) for joint development and content creation around next-gen console releas cycle (Fall 2019)

Sources: Statista Microsoft Revenue, Forbes Microsoft Cloud, Xbox Companion App, Xbox Play Anywhere, MSFT × Sony Partnership; Note: Includes MSO ffice products

Google

Confidential + Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Apple - will be for games, what they are for music.  All apple devices are effectively game oriented phones. (why?  Because core is biz is HW.  Camera focus will be less of a differentiator, games will be their future diff)



Tencent as examples  (core biz is VC - owns all the top game developers, owns stake in social products (WeChat), and "owns" China…  bring together pieces through investment)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Valve's success in PC distribution comes from their focus on creating the best gamer lifecycle experience, through sticky communities and invaluable IPs



**Key gaming assets & strategy**

1. **Steam:** #1 PC game distribution platform by revenue. Steam Community component that includes social chat, trusted reviews, and exchanging modified games

2. **Games:** Develops and publishes major exclusive titles, including DOTA2, Counter Strike: GO, Half-Life, Portal, Left 4 Dead, and Team Fortress 2

3. **Bluestacks,** a popular Android gaming emulator, enables mobile game developers to cheaply port their titles to PC (only 2 Steam games use Bluestacks today)

4. **Steam Community Marketplace:** Allows for P2P item trading for cash

5. **Steam Link:** Allows PC games to be played on mobile

Sources: Statista: Steam Revenue; Steam Link iOS Download

Google

Confidential + Proprietary



## Google already has many desirable gaming ecosystem assets, however today they are fragmented

| | | Google | Amazon | Microsoft | Apple | Tencent | Valve | Others |
|---|---|---|---|---|---|---|---|---|
| **Upstream** | Dev Tools | | | | | | | |
| | Publishers | | amazon game studios | Microsoft Studios | | 腾讯游戏 | VALVE | |
| | Distribution | | amazon twitch | | | | | |
| **Gamer Lifecycle Engagement** | Hardware | fire firetv TABLETS | | | | | | |
| | Discovery | | | | | | | |
| | Choice | | | | | | | |
| | Immerse | CURSE | | | | | | |
| | Payment | | | | | WeChat Pay | | |
| | Reward | *Play Points* | | | | | | |
| | Events | *VSPN Ptn.* | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# REDACTED VERSION

# Exhibit A20
# to
# C. Cramer Declaration

# EXHIBIT 29



NON-PARTY HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

GOOG-PLAY4-007239946

| | |
|---|---|
| | **Play:**<br>• Chinese OEMs have alternative stores preloaded on ~80% of Android devices, and have a meaningful overlap with Play offering; Huawei working on their own OS<br>• Samsung ramped up investments into their own store with S10 launch<br>• If Play is less relevant for OEMs, MADA protections may be at risk (leading to higher TAC)<br>**Apps/ Clean UI**<br>• Chinese OEMs have ~90% services overlap with GMS apps and are at an inflection point on expanding their services outside China & India, e.g.<br><br>• iOS users expect cohesive set of services incl. Messages, Photos, Music, Mail, etc. and view lack of unified offering on Android as a deterrent for switching<br>**Android reach**<br>• Android share is under pressure in US (lost 6ppt in 2018; 2% DAU decline), and developed markets where most of last year's Android gains were driven by Huawei; Huawei ban puts ~250M shipments at risk over 2yrs |
| **Partner overview** | We plan to move all current     RSA partners to GDAF over the next 2 years.<br>We see the highest urgency to switch     to stock UI as they are at a critical decision point for their services expansion outside India (where they monetize these aggressively, earning an estimated     in revenue in 2018). |
| **Financial summary** | Aggregate over the 2-year deal term (2020-2021 figures below),<br>• Search revenue share of        (TAC)<br>• Play revenue share of         , to be paid out as revenue share or lump NRE payment<br>At steady state in 2023 (full ramp of coverage),<br>• Annual Search revenue share of        (TAC)<br>• Annual Play revenue share of<br><br>Compared to status quo, aggregate over the 2-year time period (2020-2021 below),        incremental payment, driven by:<br>• Increased device enrollment<br>• Mix shift<br>• Increase in revenue share rate<br>  ○<br>  ○ Carriers:<br>• Introduction of Play payment $133M, to be paid out as revenue share or lump NRE payment<br><br>Compared to status quo, in steady state in 2023,        incremental payment, driven by:<br>• Increased device enrollment<br>• Mix shift<br>• Increase in revenue share rate<br>  ○<br>  ○ Carriers:<br>• Introduction of Play payment        , to be paid out as revenue share or lump NRE payment |
| | Considering offering top strategic partners |
| | |

| Termination rights | Standard termination rights, no changes from RSA 2.0 |
|---|---|
| Exclusivity | Tiered exclusivity provisions |
| Liability caps & indemnities | No changes to standard RSA terms |
| Is your deal with, or implicate directly or indirectly, a special category of partners? | No |
| Does this deal involve Assistant (OPA)? | Yes |
| Is this deal with the customer/partner being negotiated jointly or in conjunction with another deal with the customer/partner in a separate product area? | No |
| Does this deal commit Alphabet to spend money with or for this customer/partner? | No |

### Risks and Mitigation

| Risk | Description | Mitigation | Accountable |
|---|---|---|---|
| increasing Google TAC | | | ███ @ |

### Financial overview



### Success Metrics

GOOG-PLAY4-007239948

| % Devices covered with protections for search, feed, Play and Assistant | |
|---|---|
| Expected Performance | Increase RSA device coverage from the current ~57% to 100% |
| Date of Reporting Availability | 2020-01-31 |

**Cross-Functional Stakeholder Feedback**

| Function<br>Required stakeholders shown in green | Feedback / comments<br><<please enter LDAP: please enter comments>> |
|---|---|
| Sales / BD<br>█████ | **Pros:**<br>• Promotes a healthy partnership by creating go big scenarios<br>• Aligns incentives in an efficient way for our most strategic partners<br>• Gives flexibility to partner to optimize for their own needs while giving Google key protections<br><br>**Cons:**<br>• <br>## Redacted - Privilege<br>• Incentives partners most in high monetizing countries, in lower monetizing countries -- we may need to strike bounty deals for other apps |
| Legal<br>██████ | <br><br><br># Redacted - Privilege |

**Comment [1]:** ████@google.com for inputs (BC x-functional feedback)

**Comment [2]:** ████@google.com

Please review and adjust as you see appropriate

GOOG-PLAY4-007239949

| Finance ▇▇▇▇▇▇▇▇ | **Pros:**<br>(1) Increases Android device integrations with Search / Assistant / Google apps (e.g. GBoard, Comms)<br><br>(2) GDAF incentivizes adoption of Google Forward phones with a clean UI.  An analysis of Google Forward phone monetization in select European countries has shown positive revenue uplift (3-5 ppts).<br><br>(3) Google forward tier offers a way to scale distribution of services that are otherwise secured via individual bounty deals, reducing overhead and at a discount in many cases.<br><br>(4) There are tradeoffs in introducing Play revenue share to partners (cons below), but we believe benefits outweigh drawbacks: a) pays on Play for securing exclusivity, b) incentivizes CN partners at critical juncture to lean into Android to better compete against Apple.<br><br>**Cons (Risks & Mitigations):**<br>(1) Pays revenue share in EEA where we have user choice, but we will only pay when users choose Google, and increases the hurdle for rivals to block us out completely.<br><br>(2) Increased margin and TAC pressure, but a) offers Search integration and Play exclusivity (thus protecting revenues), and b) provides partners more cash to better compete with Apple as device margins squeeze.  Google Forward devices may drive search revenue uplift and cost savings from reduction in bounty deals.<br><br>(3) Play revshare is currently unable to be tracked systematically and will require lead time to get setup. However, negotiations and device lead times will provide some buffer to get operationally setup.<br><br>(4) Offering revenue share on Play will potentially expose how we monetize. We will mitigate by a) negotiating lump sum payments where we can, and b) grouping Search and Play revshare checks together to obfuscate. |
| Product ▇▇▇▇▇▇ | **Pros:**<br>• Secures exposed access points not protected by MADA (browser, assistant) on more devices<br>• Aligns rapidly growing CN OEMs with Google before they pass the pivotal moment in 1P services growth (e.g.          i<br><br>• Introduces a meaningful services revenue component for non Chinese OEMs to enable them to better compete in the market<br>• Creates opportunity for Google and OEMs to collaborate on a cohesive services offering (powered by Google), and promotes Android and Google by advancing cleaner, more secure, fresher UX<br>• Ensures carriers are invested in Android's success<br><br>**Cons:**<br>• Increases TAC and introduces a precedent for Play revenue<br>• May slow down individual app deals in the short run, which is mitigated by close coordination between Android and app BD teams |



| APE ▮▮▮▮▮▮▮▮▮ | **Pros:** ▮▮▮▮ |
| | Consolidation of app-specific bounties into GDAF will simply overall enforcement. |
| | Portfolio commitment to base tier would be commercially beneficial to Google |
| | Backend MG is easier to track than upfront (but would still require manual financial tracking) |
| | **Cons:** ▮▮▮▮ |
| | 1) Play revshare tracking has only been done in the context of purchase amounts, not ads, and even that has not been in use outside of DCB to carriers for years. Need to understand applicable scope (type of revenue and applicable FOPs) to determine feasibility. |
| | **Redacted - Privilege** |

Privileged and confidential - do not share outside of Google.

----- END OF DOCUMENT -----

# FILE UNDER SEAL

# Exhibit A21
# to
# C. Cramer Declaration

# REDACTED VERSION

# Exhibit A22
# to
# C. Cramer Declaration

# EXHIBIT 36

# Boosting Top Game Developer Support
# &
# Securing Play Distribution on Samsung Devices

April 9, 2019

ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONTENTS

**Executive Summary**

**Context & Mobile Gaming Trends**

**Risks**

**Program Proposals**

1.  Top Game Developers

2.  Samsung

**Financial Summary**

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332819.R



*Both programs are needed*
*Need to invest in top devs now to ensure imminent launches happen on Play and reduce noise*
*Samsung is aggressively pursuing gaming, and indicated they're open to partnering with us (but a deal will take time to negotiate and implement)*

*Note: We're also beginning to explore ways to reduce 'app store tax' sentiment across the developer ecosystem, via new business model concepts*



AC PRIVILEGED // REFLECTS LEGAL ADVICE



- HVUs: ▆▆▆ of buyers spend ▆▆▆ of app & game spend
- Samsung concentration of ▆▆▆ reflect 2018 actuals. Concentration is even higher in few key Play markets, eg, KR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Recent ecosystem trends



| Competitors Aggressively Pursuing Gaming | | "App Store Tax" Meme Emerging |
|---|---|---|

**Galaxy Store**
- Homescreen icon on S10
- **20% rev share**
- Pursuing top tiles (exclusives and co-list)

**EPIC GAMES***
- Launching app store in 2019/20
- **12% rev share (on PC)**
- New **$100M developer fund** (no strings)
- Pursuing **exclusive content & winning on PC**

**ONE**
- **20% rev share**
- Allows 3P billing **(5% rev share)**
- Partnered w/ Samsung in KR

**amazon apps**
Funding in-app purchase **discounts (up to 20%) to attract users**

---

**Apple and Google Face Growing Revolt Over App Store 'Tax'**

Opinion: Google's 30% cut of Play Store app sales is nothing short of highway robbery

**APPLE IMPOSES A DISCRIMINATORY 30% TAX**

**Apple taxes competitors to advantage their own services**

*Tencent investment*

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Major developers are increasingly considering distribution off Play. They also express discontent over Play rev share, and lack of unified Google offers / support



*Projected.    spend projection is for 2020

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-PLAY-003332826.R





Improve sentiment about (1) Play revenue share, (2) building high-fi games for Android, and (3) Google's gaming value proposition
Android: reduced app distro fragmentation

Cross-Google Service Pack Offering (Program Details & Asks)

| Offer to Developer | Primary PA Success Metric |
|---|---|



AC PRIVILEGED // REFLECTS LEGAL ADVICE

Target Developers



**Drive disproportionate value to Google**
($8B 2019 Play Spend projected; $XX X-PA rev)

**Beacons of the ecosystem**

**Expressed discontent over Play rev share
and lack of unified support from Google**

**May forgo Play (& Android)**
- Upcoming major new title launch
- Difficulty delivering hi-fidelity games on Android
- Capabilities to 'go-it-alone' on Android

AC PRIVILEGED // REFLECTS LEGAL ADVICE

[Dev List](#)



More developers

-Piloting Build & Test & Launch packs with → good early traction



Value to Dev by Service Pack (2020 view)



3-year Value to Developer exceeds P&L cost*

Confidential + Proprietary

**Note that**
**P&L cost starts exceeding Cost to deliver value in 2020 & 2021 as**  **increases**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Jamie / Jim**



Proposal: strategic collaboration that advances Samsung goals, promotes Play on Samsung devices, and improves Android gaming experience

| | |
|---|---|
| **Financial Gives** | <ul><li>Ads rev share from syndicated Google Ad products</li><li>Co-marketing opportunities for Samsung-exclusive content and deals</li><li>Up to **$10M in 'Play Points' discounts** for 1 year for Samsung phone buyers</li><li>Up to **$60M annual payment for 4 years**</li></ul> |
| **Google Gets** | <ul><li>Play hosts Galaxy Store games/apps, and provides billing, security, and updates</li><li>Play and Galaxy Store are only app stores on Default Home Screen</li><li>Samsung adheres to Android Gaming Standards</li></ul> |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

- We want to collaborate with Samsung and bring multiple levers (not just cash) to the table. Some levers are win-win (███████████████████████████████████ ██████████)
- Upfront cash payment is needed to address their Galaxy store P&L. We are anchoring on the range of net profit that we estimate Galaxy store makes
- Potential upside from ads syndication would be lucrative for both Samsung and Google (size depends on how much Samsung is willing to partner wrt surfaces & ads targeting parameters). Samsung does not need to build its own large sales team and court devs. Can participate in the upside as several large publishers do today.


- Marketing opportunities:



- Playpoints:







## Risks and Mitigation

| | **Risks** | **Mitigation** |
|---|---|---|
| **Top Developer Support** | **Contagion to other developers**<br>Other developers ask for increased support | |
| | **x-PA execution & operational complexity**<br>Google historically hasn't flexed 'One Google' muscle. Title launch dates are also volatile | |
| **Samsung** | **Samsung reverts to 1P store backend after deal expires** | |
| | **Erode Play brand & user loyalty** | |

AC PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Marketing line includes ████████████ and also accounts for incrementality from marketing spend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-PLAY-003332842.R



Net Value: Mitigation - Investment

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Risk builds over time

Privileged and Confidential

Play Revenue = Apps & Games + Ads on Play
2019 Assumptions:
Epic Store to launch Q4 2019
Risk from Samsung and Amazon store already underway with existing stores and already known co-listing of top developers (█████████████████████████ █████████)
A couple of partial exclusives off-play expected to occur in 2019
Play would still retain at least ~50% of the top developers in 2019 with most likely defection of top developers ramping up to 100% in 2020


https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?ts=5c807718#gid=1323652187

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

GOOG-PLAY-003332845.R



Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

GOOG-PLAY-003332846.R



Source sheet:
https://docs.google.com/spreadsheets/d/1e7ZzdGpYZJIEhOIESEvrYlNZ-M-6wptQwT8Alxyf4Ns/edit?zx=5yg339kwdcpm#gid=1323652187

GOOG-PLAY-003332847.R



Marketing line includes █████████████ and also accounts for incrementality from marketing spend



Developer Value View



AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Developer List



AC PRIVILEGED // REFLECTS LEGAL ADVICE

## Developer Eligibility Criteria and Obligations



AC PRIVILEGED // REFLECTS LEGAL ADVICE



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

for Hug devs:



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## What about Unknown Sources?

- **Developers have choice on Android (key distinction from Apple). Changes to 'Unknown Sources' create legal / regulatory challenges**

- **We want developers to actively choose Google, and we want happy customers**

- **Risk still remains even with changes to Unknown Sources**

  - Worse developer sentiment; "app store tax" meme acceleration

  - Alternative stores can still be preloaded

  - Sideloading remains

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Epic / Fortnite

**Fortnite is active on ~6M Android devices**

**We estimate Fortnite would have been substantially more successful had they launched on Play**

**However, other developers might follow Epic's path for various reasons:**

- Every developer that follows Epic's path & launches on the Epic store will have less friction & a larger addressable user base than title before it.

- Developers can afford to take a ~20% performance hit on Epic store (due to 88% rev share) and still break-even. Or a ~30% hit in performance if they decide to go-it-alone.

- Developers place value on owning the entire customer relationship beyond what we assessed in our short-term analysis of Fortnite performance.

- PC / Console developers that have long term relationships with their customers already have a good knowledge of which users drive spend. They can directly convert those players over to the mobile version.

- Tencent ownership of influential developers might bias their choices.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Play Concentration

**2019 Projected Play Spend =** ▮▮▮▮



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

To achieve our "gets" and help Samsung's goals, we recommend a set of Product and Financial "gives" based on guiding principles



AC PRIVILEGED // REFLECTS LEGAL ADVICE

PRODUCT OFFERS — Play as backend to Galaxy Store frontend
## Play backend to Galaxy Store frontend - how it would work

| | |
|---|---|
| **Overview** | • **Surface area:** All Samsung-owned surface areas that facilitate download of Android mobile apps, including Galaxy Store and Game Launcher<br>• **Catalog:** Apps with unique functionality or offers for Samsung users<br>• **Store layout:** Samsung continues to curate content and do top-level promotion |
| **Risks and Mitigations** | **Lost Play Ads revenue due to shift of Play users to Galaxy Store**<br>*Mitigation:*<br><br>**Play brand dilution**<br>*Mitigation:*<br>**Samsung reverts to 1P backend** and promotes Galaxy Store after deal expires<br>*Mitigation:*<br>•<br>• |

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FINANCIAL OFFERS — Lumpsum Payment
## Likely 2019 net profit of Galaxy Store: -$30M to $60M profits
*Based on extrapolating public estimates of Samsung's Korean app business*

### Assumptions

███████████████████████████████

**Samsung revenue share is 20-30%**
- $24-35M Samsung net revenue in KR

███████████████████████████████

**250 HC OPEX to run the store**
- Roughly 15% size of Play team

**Ads revenue: ~$10M**
- Based on impressions and CTR data shared by Samsung at GDC

| Global estimate, $M | Low | High |
|---|---|---|
| Galaxy Store Consumer Spend | $360 | $545 |
| Galaxy store revenue (20-30% of spend) | $70 | $165 |
| Payment processing cost (~3% of spend) | -$10 | -$15 |
| Operating cost (~250 HC) | -$100 | -$100 |
| Net profit (IAPs only) | -$40 | $50 |
| Ads revenue | $10 | $10 |
| Total net profit (incl Ads) | -$30 | $60 |

Link to overall proposal

Source: Korean industry articles; Samsung Galaxy Apps partner program, Play Finance Galaxy Store profit model

AC PRIVILEGED // REFLECTS LEGAL ADVICE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FINANCIAL OFFERS – Play Points

Integrate Samsung with  to help drive Samsung device sales and user engagement

| Proposal | Details | Considerations |
| --- | --- | --- |

AC PRIVILEGED // REFLECTS LEGAL ADVICE