| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br><br>Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980<br><br>*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*<br><br>Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br><br>Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br><br>*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*<br><br>[Additional counsel appear on signature page] | Brendan P. Glackin (SBN 199643)<br>bglackin@agutah.gov<br>**OFFICE OF THE UTAH ATTORNEY GENERAL**<br>160 E 300 S, 5th Floor<br>PO Box 140872<br>Salt Lake City, UT 84114-0872<br>Telephone: (801) 366-0260<br><br>*Counsel for the Plaintiff States*<br><br>Douglas J. Dixon (SBN 275389)<br>ddixon@hueston.com<br>**HUESTON HENNIGAN LLP**<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Counsel for Plaintiffs Match Group, LLC, et al.*<br><br>Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br><br>Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br><br>Daniel M. Petrocelli, Bar No. 97802<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br><br>*Counsel for Defendants Google LLC et al.* |

1

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**THE PARTIES' JOINT PROPOSED SCHEDULE**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's Minute Entry for the August 4, 2022 Proceedings (MDL Dkt. No. 317) (the "August 4 Proceedings Minute Entry"), Plaintiff Epic Games, Inc., Consumer Plaintiffs, State Attorneys General Plaintiffs ("Plaintiff States"), Plaintiff Match Group, and Defendant Google (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Proposed Schedule.

2

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

At the August 4, 2022 Proceedings, the Court discussed case scheduling requests filed by Consumer Plaintiffs, Plaintiff States, and Plaintiff Match Group. In the August 4 Proceedings Minute Entry, the Court stated that it was "inclined to grant a 45-day extension of all dates" and directed the Parties "to meet and confer, and submit a new proposed schedule". The Parties have met and conferred and agreed to jointly request the changes to the Scheduling Order set forth below. To the extent the Court cannot enter the below schedule without ordering a trial date later than June 5, 2023, Plaintiffs request that the Court allow the Parties to meet and confer and propose a revised schedule with a trial date prior to June 5, 2023. Defendant Google takes no position on Plaintiffs' request, but agrees to meet and confer with Plaintiffs on any such revised schedule.

| Event | Current Deadline (MDL Dkt. No. 191) | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | August 8, 2022 | September 22, 2022 |
| Plaintiffs' merits expert reports | August 15, 2022 | October 3, 2022 |
| Google's merits expert reports | September 19, 2022 | November 18, 2022 |
| Plaintiffs' merits expert rebuttal reports | October 17, 2022 | December 23, 2022 |
| Merits experts discovery cut-off | November 7, 2022 | January 13, 2023 |
| Last day to file dispositive and *Daubert* motions if any[1] | November 10, 2022 | January 17, 2023 |
| Dispositive and *Daubert* motion responses | December 8, 2022 | February 13, 2023 |
| Dispositive and *Daubert* motion replies | December 29, 2022 | February 27, 2023 |
| Joint submission for merits experts' concurrent expert proceeding | December 30, 2022 | February 28, 2023 |
| Concurrent expert proceeding for merits experts | January 5, 2023 at 2:00 p.m. | March 7, 2023 at 2:00 p.m. |
| Dispositive motion hearing | January 19, 2023 at 10:00 a.m. | March 23, 2023 at 10:00 a.m. |
| Final pretrial conference | March 16, 2023 at 1:30 p.m. | May 18, 2023 at 1:30 p.m. |
| Jury Trial | April 3, 2023 at 9:00 a.m. | June 5, 2023 at 9:00 a.m. |

---

[1] With respect to dispositive and *Daubert* motions, the Parties propose that they file redacted versions of these briefs and supporting documents on January 17, February 13, and February 27, without accompanying motions to seal. Parties and non-parties shall then jointly file Omnibus Sealing Motions on March 13, 2023 (i.e., two weeks after the completion of briefing), or any date that the Court chooses following the completion of briefing.

3

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | | |
|---|---|---|
| 1 | Dated: August 30, 2022 | CRAVATH, SWAINE & MOORE LLP |
| | |    Christine Varney *(pro hac vice)* |
| 2 | |    Katherine B. Forrest *(pro hac vice)* |
| | |    Gary A. Bornstein *(pro hac vice)* |
| 3 | |    Timothy G. Cameron *(pro hac vice)* |
| | |    Yonatan Even *(pro hac vice)* |
| 4 | |    Lauren A. Moskowitz *(pro hac vice)* |
| | |    Justin C. Clarke *(pro hac vice)* |
| 5 | |    M. Brent Byars *(pro hac vice)* |

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By: */s/ Lauren A. Moskowitz*
   Lauren A. Moskowitz

*Counsel for Plaintiff Epic Games, Inc.*


Dated:  August 30, 2022      BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By: */s/ Karma M. Giulianelli*
   Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

4

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

Dated: August 30, 2022

PRITZKER LEVINE LLP
Elizabeth C. Pritzker

Respectfully submitted,

By: /s/ *Elizabeth C. Pritzker*
Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: August 30, 2022

OFFICE OF THE UTAH ATTORNEY GENERAL
Brendan P. Glackin
Lauren Weinstein

Respectfully submitted,

By: /s/ *Brendan P. Glackin*
Brendan P. Glackin

*Counsel for the Plaintiff States*

Dated: August 30, 2022

HUESTON HENNIGAN LLP
Douglas J. Dixon
Christine Woodin
Joseph A. Reiter

Respectfully submitted,

By: /s/ *Douglas J. Dixon*
Douglas J. Dixon

*Counsel for Plaintiff Match Group, LLC*

5

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

| | | |
|---|---|---|
| 1 | Dated: August 30, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | Brian C. Rocca |
| | | Sujal J. Shah |
| 3 | | Michelle Park Chiu |
| | | Minna L. Naranjo |
| 4 | | Rishi P. Satia |

Respectfully submitted,

By: /s/ Brian C. Rocca
    Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: August 30, 2022

O'MELVENY & MYERS LLP
    Daniel M. Petrocelli
    Ian Simmons
    Benjamin G. Bradshaw
    Stephen J. McIntyre

Respectfully submitted,

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: August 30, 2022

MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis
    Marianna Y. Mao

Respectfully submitted,

By: /s/ Glenn D. Pomerantz
    Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

6

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD

**E-FILING ATTESTATION**

I, Karma M. Giulianelli, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                               */s/ Karma M. Giulianelli*
                                               Karma M. Giulianelli

7

JOINT PROPOSED SCHEDULE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD, 3:22-cv-02746-JD