**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | No. 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | Judge: Hon. James Donato |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |

1    Before the Court is the Motion for Sanctions filed by the Plaintiffs.  The Court, having
2 reviewed the Motion and accompanying memoranda, declarations and exhibits in support, any
3 opposition thereto, the reply, the arguments of counsel, and good cause appearing, hereby
4 **ORDERS** that the Motion is **GRANTED**.  The Court finds that the sanction of an adverse inference
5 jury instruction under Federal Rule of Civil Procedure Rule 37(e)(2) is appropriate to remedy
6 Google's continuing intentional destruction of Google Chats. The Court will therefore instruct the
7 jury that (1) Google had a discovery obligation to maintain Google Chats no later than August 13,
8 2020; (2) Google had a mechanism to do so; (3) Google failed to implement that mechanism; (4)
9 Google automatically deleted relevant Google Chats for each custodian in this case; (5) this
10 destruction prevented Plaintiffs and the jury from learning the contents of those Google Chats; and
11 (6) the jury should assume that the information Google had destroyed would have supported
12 Plaintiffs' claims against Google.
13    **IT IS SO ORDERED**.

15 DATED: _____    _____
16                                  HONORABLE JAMES DONATO
                                    UNITED STATES DISTRICT JUDGE