1  DANE P. SHIKMAN (State Bar No. 313656)
   Dane.Shikman@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
5
   Attorney for Defendants
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO**

11

12  **IN RE GOOGLE PLAY STORE**          Case No. 3:21-md-02981-JD
    **ANTITRUST LITIGATION**
13                                        **NOTICE OF APPEARANCE OF**
    THIS DOCUMENT RELATES TO:            **DANE P. SHIKMAN**
14
    *Epic Games, Inc. v. Google LLC*, Case No.
15  3:20-cv-05671-JD

16  *In re Google Play Consumer Antitrust
    Litigation*, Case No. 3:20-cv-05761-JD
17
    *In re Google Play Developer Antitrust
18  Litigation*, Case No. 3:20-cv-05792-JD

19  *Utah v. Google LLC*, Case No. 3:21-cv-
    05227-JD
20
    *Match Group, LLC v. Google LLC*, Case No.
21  3:22-cv-02746-JD

22

23
              PLEASE TAKE NOTICE that attorney Dane P. Shikman of the law firm of
24
    Munger, Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San
25
    Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendants Google
26
    LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., Google
27

28

1  Payment Corp., and Alphabet Inc. in the above-captioned action, and requests that all court

2  documents in connection with this action be served upon him at the email address listed above.

3  DATED:  October 21, 2022                  MUNGER, TOLLES & OLSON LLP

4

5                                            By:      /s/ Dane P. Shikman

6                                                  DANE P. SHIKMAN
                                                  MUNGER, TOLLES & OLSON LLP
7                                                  560 Mission Street
                                                  Twenty-Seventh Floor
8                                                  San Francisco, CA 94105
                                                  Telephone:  (415) 512-4000
9

10                                            Attorney for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28