Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

1

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN**<br><br>Judge: Hon. James Donato |

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

WHEREAS, on November 28, 2022, the Court entered an Order re Consumer Plaintiffs' Class Certification Motion and Defendants' Motion to Exclude Expert Testimony (ECF No. 330 in Case No. 3:20-cv-05761-JD) (the "Class Certification Order");

WHEREAS, the Class Certification Order requires the parties to jointly file by January 20, 2023, a "proposed plan to give notice to the certified class and an opportunity to opt out." (the "Notice Plan");

WHEREAS, Defendants, Consumer Plaintiffs and the State Attorneys General in *State of Utah et al. v. Google LLC et al.,* Case No. 3:21-cv-05227-JD have engaged in several discussions concerning a notice plan and Consumer Plaintiffs and the State Attorneys General have provided Defendants with a draft proposed joint notice;

WHEREAS, despite this progress, the parties have been unable to resolve certain areas of disagreement as to the proposed Notice Plan, and seek a one-week extension to January 27, 2023 to file a Notice Plan.

NOW, THEREFORE, IT IS HEREBY STIPULATED and requested that the January 20, 2023 deadline to file a Notice Plan should be extended to January 27, 2023.

Dated: January 18, 2023  **BARTLIT BECK LLP**
　　　　　　　　　　　　　　　Karma M. Giulianelli

　　　　　　　　　　　　　　**KAPLAN FOX & KILSHEIMER LLP**
　　　　　　　　　　　　　　　Hae Sung Nam

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　　/s/ *Hae Sung Nam*
　　　　　　　　　　　　　　　　　　Hae Sung Nam

　　　　　　　　　　　　　　*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

3

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

| | |
|---|---|
| Dated: January 18, 2023 | PRITZKER LEVINE LLP<br>  Elizabeth C. Pritzker |

Respectfully submitted,

By:    /s/ *Elizabeth C. Pritzker*
           Elizabeth C. Pritzker

*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated: January 18, 2023      MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By:    /s/ *Brian C. Rocca*
           Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: January 18, 2023      MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kuruvilla Olasa
    Emily C. Curran-Huberty
    Jonathan I. Kravis
    Justin P. Raphael
    Kyle W. Mach

Respectfully submitted,

By:    /s/ *Glenn D. Pomerantz*
           Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

4

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

## **ORDER**

Pursuant to the stipulation, it is so Ordered.

DATED: _____            _____
                                                                HON. JAMES DONATO
                                                                United States District Court Judge

5

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD

**E-FILING ATTESTATION**

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ *Hae Sung Nam*
Hae Sung Nam

6

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO SUBMIT NOTICE PLAN
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD 3:21-cv-05227-JD