# Exhibit 12

**Sent:** Wed 3/24/2021 6:38:43 PM (UTC)
**From:** Will Aldrich <waldrich@google.com>
**To:** Prachi Gupta <prachigupta@google.com>, Shaahin Rushan <shaahin@google.com>, Patrick Au-Yeung <pay@google.com>, Anna Sheu <asheu@google.com>, Dee Speed <dspeed@google.com>, Pooja Gupta <poojagupta@google.com>, Christine Harrigan <charrigan@google.com>, Eric Chu <ericchu@google.com>

Case 3:20-cv-05761-JD   Document 385-13   Filed 03/27/23   Page 2 of 2

**Will Aldrich**, 2021-03-24 11:38:42

sorry, in general we need to keep ping history off

**Shaahin Rushan**, 2021-03-24 11:39:22

Sorry, I have this extension which enables automatically

**Christine Harrigan**, 2021-03-24 11:39:48

Smooth like buttah! 😁 go team!

**Anna Sheu**, 2021-03-24 11:39:59

great job team!

**Pooja Gupta**, 2021-03-24 11:40:06

+1, go team!! 🎉

**Anna Sheu**, 2021-03-24 11:40:57

and efficient haha, was 20 min to get through the materials and then a bunch of bonus time for our YOTTI friends to ask about Play Billing 🙂