# Exhibit 13



11:41

**Purnima Kochikar**

Out of office

**Purnima Kochikar** 5 mins

Sorry for the delay

You are right to call out the Windows Store

We should explore that

What I took away yesterday was that we would ask for 15 days extension to iron out the details of windows support

Is that still the case?

**Emily Putze** 3 mins

Yes so we could try to iron out then

**Purnima Kochikar** 3 mins

+1

Perhaps add some language to say...sim ship across non mobile platform to be discussed during the extension

**Emily Putze** 1 min

Ok thanks P- I'll share w Tamar and see what she thinks is possible

**Purnima Kochikar** Now

Thanks for the diligence and vigilance

**Emily Putze** Now

History is off

99+