# Exhibit 26

**Sent:** Wed 8/19/2020 7:08:48 PM (UTC)
**From:** slightlyoff@google.com
**To:** slightlyoff@google.com, cbiesinger@google.com, merewood@google.com, domfarolino@google.com, wfurr@google.com, rbyers@google.com, cwilso@google.com, reillyg@google.com, twifkak@google.com, nasko@google.com, yoavweiss@google.com, dtapuska@google.com, mikelawther@google.com, jyasskin@google.com, tsteiner@google.com, wanderview@google.com
**Subject:** AAAA1A4Nw9Y-MBI-THREADED:Zfxyt6IhiAo%%%2020-08-19T00:08:47.455967

**slightlyoff@google.com** 2020-08-19T19:08:47.455Z

hey all, wanted to test the waters: there has been some conversation about turning off history for this channel (which means 24 hour message expiry); curious in case there are strong feelings either way. Also, feel free to ping me out of band if that's more comfortable.

**Deleted on**2022-02-10T19:08:47.455Z

hey all, wanted to test the waters: there has been some conversation about turning off history for this channel (which means 24 hour message expiry); curious in case there are strong feelings either way. Also, feel free to ping me out of band if that's more comfortable.

**cbiesinger@google.com** 2020-08-19T19:10:01.889Z

what's the motivation for that change?

**Deleted on**2022-02-10T19:10:01.889Z

what's the motivation for that change?

**merewood@google.com** 2020-08-19T19:10:29.172Z

Too much stuff happens here over the course of days that I come back to. If this goes to 24 for expiry I'd want to push some hard social rules for taking conversations to email.

**Deleted on**2022-02-10T19:10:29.172Z

Too much stuff happens here over the course of days that I come back to. If this goes to 24 for expiry I'd want to push some hard social rules for taking conversations to email.

**slightlyoff@google.com** 2020-08-19T19:11:48.819Z

@Christian Biesinger: you know how it goes; managers get skittish

**Deleted on**2022-02-10T19:11:48.819Z

@Christian Biesinger: you know how it goes; managers get skittish

**domfarolino@google.com** 2020-08-19T19:20:55.490Z

I'm fairly against changing the history settings for this channel. I continually reference links and posts much farther up the chain > 24 hours after they were posted, and it would be a real shame to me, if that were not possible anymore.

**Deleted on**2022-02-10T19:20:55.490Z

I'm fairly against changing the history settings for this channel. I continually reference links and posts much farther up the chain > 24 hours after they were posted, and it would be a real shame to me, if that were not possible anymore.

**slightlyoff@google.com** 2020-08-19T19:21:42.225Z

thanks

**Deleted on**2022-02-10T19:21:42.225Z

thanks

**domfarolino@google.com** 2020-08-19T19:21:56.045Z

That aside, I think for transparency reasons alone it would make sense to keep the current setting

**Deleted on**2022-02-10T19:21:56.045Z

That aside, I think for transparency reasons alone it would make sense to keep the current setting

**wfurr@google.com** 2020-08-19T19:24:47.555Z

There's an 18-month retention policy on chat content, similar to mail: https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

**Deleted on**2022-02-10T19:24:47.555Z

There's an 18-month retention policy on chat content, similar to mail: https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

https://sites.google.com/corp/google.com/how-to-chat-at-google/chat-retention

**domfarolino@google.com** 2020-08-19T19:26:00.449Z

sorry, i'm not sure what you're saying by that

**Deleted on**2022-02-10T19:26:00.449Z

sorry, i'm not sure what you're saying by that

**slightlyoff@google.com** 2020-08-19T19:26:15.368Z

that we already expire after 18 months (similar to email)

**Deleted on**2022-02-10T19:26:15.368Z

that we already expire after 18 months (similar to email)

**wfurr@google.com** 2020-08-19T19:26:34.175Z

If that helps Alex's manager be less skittish.

**Deleted on**2022-02-10T19:26:34.175Z

If that helps Alex's manager be less skittish.

**domfarolino@google.com** 2020-08-19T19:26:36.033Z

Right, I didn't expect history to be kept forever. But 18 months still provides greater transparency then == 24 h

**Deleted on**2022-02-10T19:26:36.033Z

Right, I didn't expect history to be kept forever. But 18 months still provides greater transparency then == 24 h

**domfarolino@google.com** 2020-08-19T19:26:44.720Z

Ah, I see. Makes sense!

**Deleted on**2022-02-10T19:26:44.720Z

Ah, I see. Makes sense!

**wfurr@google.com** 2020-08-19T19:26:53.280Z

It's a middle ground between forever and 24h.

**Deleted on**2022-02-10T19:26:53.280Z

It's a middle ground between forever and 24h.

**wfurr@google.com** 2020-08-19T19:27:24.399Z

It's easy to get carried away in chat and communicate with less care than you might with email.

**Deleted on**2022-02-10T19:27:24.399Z

It's easy to get carried away in chat and communicate with less care than you might with email.

**slightlyoff@google.com** 2020-08-19T19:28:21.601Z

@William Furr: I make all managers skittish

**Deleted on**2022-02-10T19:28:21.601Z

@William Furr: I make all managers skittish

**rbyers@google.com** 2020-08-19T19:29:54.390Z

😟

**Deleted on**2022-02-10T19:29:54.390Z

😟

**cwilso@google.com** 2020-08-19T19:31:31.872Z

😄

**Deleted on**2022-02-10T19:31:31.872Z

😄

**rbyers@google.com** 2020-08-19T19:32:11.487Z

I can understand the value in moving to 24 hour expiry, so am OK with it if others are. But my personal preference would be to take the risk. Eg. I often don't get a chance to check on a thread for days at a time. Not that I've been able to be that active here lately anyway, but it would definitely make it harder for pointy haired folks like me who maybe get one day a week that isn't wall-to-wall meetings 🙂

**Deleted on**2022-02-10T19:32:11.487Z

I can understand the value in moving to 24 hour expiry, so am OK with it if others are. But my personal preference would be to take the risk. Eg. I often don't get a chance to check on a thread for days at a time. Not that I've been able to be that active here lately anyway, but it would definitely make it harder for pointy haired folks like me who maybe get one day a week that isn't wall-to-wall meetings 🙂

**rbyers@google.com** 2020-08-19T19:32:18.630Z

But maybe that's a feature not a bug 😊

Deleted on2022-02-10T19:32:18.630Z

But maybe that's a feature not a bug 😊

**reillyg@google.com** 2020-08-19T19:38:18.147Z

24 hours means that all conversations will be lost over weekends.

Deleted on2022-02-10T19:38:18.147Z

24 hours means that all conversations will be lost over weekends.

**cwilso@google.com** 2020-08-19T19:39:09.766Z

Yes. Given our distributed nature, a 24 hr expiry would mean I would miss most of what goes on here.

Deleted on2022-02-10T19:39:09.766Z

Yes. Given our distributed nature, a 24 hr expiry would mean I would miss most of what goes on here.

**slightlyoff@google.com** 2020-08-19T19:39:20.126Z

I'd love 7 day or something if we have to go shorter than default retention

Deleted on2022-02-10T19:39:20.126Z

I'd love 7 day or something if we have to go shorter than default retention

**rbyers@google.com** 2020-08-19T19:43:04.802Z

Yeah if we have to reduce it, 7 day could be OK.

Deleted on2022-02-10T19:43:04.802Z

Yeah if we have to reduce it, 7 day could be OK.

**twifkak@google.com** 2020-08-19T19:44:13.327Z

I suppose a 24h policy might enable more transparency, by allowing some conversations that currently happen elsewhere to instead happen here and reach a wider audience. But I think that's actually an argument for a second room.

Deleted on2022-02-10T19:44:13.327Z

I suppose a 24h policy might enable more transparency, by allowing some conversations that currently happen elsewhere to instead happen here and reach a wider audience. But I think that's actually an argument for a second room.

**cwilso@google.com** 2020-08-19T19:44:56.099Z

I would hope we're not avoiding conversations here just because of the history.

Deleted on2022-02-10T19:44:56.099Z

I would hope we're not avoiding conversations here just because of the history.

**nasko@google.com** 2020-08-19T20:32:49.210Z

+1 on not clamping it to 24 hours. I don't participate much, but I lurk quite a bit and at times catch up on things that have been multiple days old.

CONFIDENTIAL                                                                                            GOOG-PLAY5-000366763

Deleted on 2022-02-10T20:32:49.210Z

+1 on not clamping it to 24 hours. I don't participate much, but I lurk quite a bit and at times catch up on things that have been multiple days old.

yoavweiss@google.com 2020-08-19T20:34:54.822Z

same here. I check in once in a while and a 24H clamp would mean I'd miss conversation (or worse, see the later half of interesting conversations with no context)

Deleted on 2022-02-10T20:34:54.822Z

same here. I check in once in a while and a 24H clamp would mean I'd miss conversation (or worse, see the later half of interesting conversations with no context)

yoavweiss@google.com 2020-08-19T20:35:38.578Z

But maybe we can all commit to not talk about things we shouldn't be talking about here, and move to shorter lived channels for sensitive stuff

Deleted on 2022-02-10T20:35:38.578Z

But maybe we can all commit to not talk about things we shouldn't be talking about here, and move to shorter lived channels for sensitive stuff

nasko@google.com 2020-08-19T20:35:40.624Z

We will also be missing context on threads such as the recent Mozilla discussion

Deleted on 2022-02-10T20:35:40.624Z

We will also be missing context on threads such as the recent Mozilla discussion

nasko@google.com 2020-08-19T20:36:09.296Z

I just move to VC for more sensitive things

Deleted on 2022-02-10T20:36:09.296Z

I just move to VC for more sensitive things

dtapuska@google.com 2020-08-19T20:41:30.556Z

I'd prefer a longer than 24 hr window. Otherwise might just have to write an extension that archives the group 😀 Agree around 7 days would be good..

Deleted on 2022-02-10T20:41:30.556Z

I'd prefer a longer than 24 hr window. Otherwise might just have to write an extension that archives the group 😀 Agree around 7 days would be good..

mikelawther@google.com 2020-08-19T20:41:46.421Z

If this moved to 24hr, I doubt I would read it much anymore. 7 days would be ok if that were an option.

Deleted on 2022-02-10T20:41:46.421Z

If this moved to 24hr, I doubt I would read it much anymore. 7 days would be ok if that were an option.

jyasskin@google.com 2020-08-19T20:47:36.041Z

7 days seems like the minimum acceptable expiry. I still don't like the idea of ever voluntarily destroying records. (Acknowledging that my side lost that argument to lawyers years ago.)

**Deleted on**2022-02-10T20:47:36.041Z

7 days seems like the minimum acceptable expiry. I still don't like the idea of ever voluntarily destroying records. (Acknowledging that my side lost that argument to lawyers years ago.)

**jyasskin@google.com** 2020-08-19T20:48:18.572Z

However, there are arguments like https://medium.com/counter-intuition/the-hidden-side-of-using-slack-2443d9b66f8a against large chats entirely.

https://medium.com/counter-intuition/the-hidden-side-of-using-slack-2443d9b66f8a
**Deleted on**2022-02-10T20:48:18.572Z

However, there are arguments like https://medium.com/counter-intuition/the-hidden-side-of-using-slack-2443d9b66f8a against large chats entirely.

https://medium.com/counter-intuition/the-hidden-side-of-using-slack-2443d9b66f8a
**tsteiner@google.com** 2020-08-20T09:05:12.740Z

I, for one, at least always skim the threads even when I return from a vacation >7 days. Too much interesting things happening here.

**Deleted on**2022-02-11T09:05:12.740Z

I, for one, at least always skim the threads even when I return from a vacation >7 days. Too much interesting things happening here.

**wanderview@google.com** 2020-08-20T11:54:01.112Z

FWIW, dynamite only supports 24 hours and the admin configured default expiry (currently 18 months) which applies to the whole google.com org. Adding a new level of expiry would be a feature request.

http://google.com
**Deleted on**2022-02-11T11:54:01.112Z

FWIW, dynamite only supports 24 hours and the admin configured default expiry (currently 18 months) which applies to the whole google.com org. Adding a new level of expiry would be a feature request.

http://google.com
**tsteiner@google.com** 2020-08-20T11:59:29.908Z

Sort of related: I noticed a post from Groups to dev-web-team@ from May is gone: https://groups.google.com/a/google.com/d/msgid/dev-web-team/CAASLtMBfEbcx7%3DyZeMziU3ikq4T5jm8taMo6L5f1rVx0-0%3DRnQ%40mail.gmail.com?utm_medium=email&utm_source=footer

https://groups.google.com/a/google.com/d/msgid/dev-web-team/CAASLtMBfEbcx7%3DyZeMziU3ikq4T5jm8taMo6L5f1rVx0-0%3DRnQ%40mail.gmail.com?utm_medium=email&utm_source=footer
**Deleted on**2022-02-11T11:59:29.908Z

Sort of related: I noticed a post from Groups to dev-web-team@ from May is gone: https://groups.google.com/a/google.com/d/msgid/dev-web-team/CAASLtMBfEbcx7%3DyZeMziU3ikq4T5jm8taMo6L5f1rVx0-0%3DRnQ%40mail.gmail.com?utm_medium=email&utm_source=footer

https://groups.google.com/a/google.com/d/msgid/dev-web-team/CAASLtMBfEbcx7%3DyZeMziU3ikq4T5jm8taMo6L5f1rVx0-0%3DRnQ%40mail.gmail.com?utm_medium=email&utm_source=footer

tsteiner@google.com 2020-08-20T11:59:44.559Z

Subject: Chrome Studio Workshop II Summary

**Updated on**2020-08-20T12:00:19.449Z

Subject: Pausing Chrome Studio development

**Deleted on**2022-02-11T11:59:44.559Z

Subject: Pausing Chrome Studio development

tsteiner@google.com 2020-08-20T12:00:49.524Z

Does Groups forget messages now? This would be really bad.

**Deleted on**2022-02-11T12:00:49.524Z

Does Groups forget messages now? This would be really bad.