# Exhibit 30

**Sent:**      Mon 12/20/2021 2:53:58 AM (UTC)
**From:**      katepark@google.com
**To:**        katepark@google.com, nentl@google.com, thaotnguyen@google.com
**Subject:**   AAAAKQe7x9o-MBI-FLAT:2021-12-19T08:06:01.341055

**katepark@google.com** 2021-12-20T02:53:57.229Z

Updated room membership.

**nentl@google.com** 2021-12-20T03:06:01.341Z

I'd imagine history is intentionally off though I know some have extensions that automatically turn it on

**thaotnguyen@google.com** 2021-12-20T03:07:41.701Z

Yes, history is intentionally turned off for all our war rooms. Side pinging with Vinayak now to figure out any extension issues - thanks for the patience here!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY