# Exhibit 34

| | |
|---|---|
| **Sent:** | Wed 8/19/2020 6:41:14 PM (UTC) |
| **From:** | Tian Lim <tianlim@google.com> |
| **To:** | Krish Vitaldevara <vitaldevara@google.com> |

**Tian Lim**, 2020-08-19 11:41:13

btw not sure why history is on for our chat, but can you turn it off?i can&#39;t seem to.

**Krish Vitaldevara**, 2020-08-19 11:48:58

hmm let me check

**Krish Vitaldevara**, 2020-08-19 11:49:51

I can&#39;t turn it off either. Maybe switching between hangouts and chat did it. Let me try turning off from the other app

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-PLAY5-000495759