Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000

*Counsel for Defendants Google LLC, et al.*

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION** | Case No. 3:21-md-02981-JD |
| This Document Relates To: | **DECLARATION OF GLENN POMERANTZ IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| *Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD | |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Judge:      Hon. James Donato |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | |
| *Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | |

I, Glenn Pomerantz, declare as follows:

1.      I am an attorney duly admitted to practice law in the State of California and before this Court.  I am a Partner at Munger, Tolles & Olson LLP, and represent the Defendants in this action.  I submit this Declaration in support of Defendants' Motion for Partial Summary Judgment.  The contents of this declaration are based on my personal knowledge, including my personal knowledge of the documents cited herein.  The facts set forth herein are within my personal knowledge and, if called as a witness, I could and would competently testify to them.

2.      **Exhibit 1** is a true and correct copy of the Merits Report of Hal J. Singer, Ph.D. ("Singer Merits Rep."), dated October 19, 2022.

3.      **Exhibit 2** is a true and correct copy of the Expert Report of Dr. Marc Rysman ("Rysman Merits Rep."), dated October 3, 2022.

4.      **Exhibit 3** is an excerpt of a true and correct copy of the deposition transcript of Jamie Rosenberg taken in this litigation on February 10, 2022.

5.      **Exhibit 4** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-008166885 to GOOG-PLAY-008166886.

6.      **Exhibit 5** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000057598 to GOOG-PLAY-000057599.

7.      **Exhibit 6** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000057609 to GOOG-PLAY-000057612.

8.      **Exhibit 7** is a true and correct copy of a blog post by Sameer Samat entitled, *Listening to Developer Feedback to Improve Google Play*, Android Blog (Sept. 28. 2020) and marked as deposition exhibit PX713 at the deposition of Sameer Samat taken on February 3, 2023.

9.      **Exhibit 8** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-000621470 to GOOG-PLAY-000621471.

10.     **Exhibit 9** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-005031379 to GOOG-PLAY-005031384

11.     **Exhibit 10** is a true and correct copy of the document produced by Google in this litigation bearing the Bates range GOOG-PLAY-007273439 to GOOG-PLAY-007273444.

-1-

1        12.     **Exhibit 11** is a true and correct copy of the document produced by Google in this

2 litigation bearing the Bates range GOOG-PLAY-000929031 to GOOG-PLAY-000929041.

3        13.     **Exhibit 12** is a true and correct copy of Epic Games, Inc.'s Responses and

4 Objections to Defendants' Amended Fifth Set of Interrogatories, dated January 19, 2023.

5        14.     **Exhibit 13** is a true and correct copy of Plaintiffs Match Group, LLC's et al.'s

6 Responses and Objections to Defendants' Contention Interrogatories, dated January 19, 2023.

7        15.     **Exhibit 14** is an excerpt of a true and correct copy of the deposition transcript of

8 Douglas Bernheim taken in this litigation on April 6, 2023.

9        16.     **Exhibit 15** is an excerpt of a true and correct copy of the deposition transcript of

10 Marc S. Rysman, Ph.D. taken in this litigation on March 10, 2023.

11        17.     **Exhibit 16** is an excerpt of a true and correct copy of the deposition transcript of

12 Hal J. Singer, Ph.D. taken in this litigation on April 4, 2023 ("Singer Merits. Dep.").

13        18.     **Exhibit 17** is a true and correct copy of the document produced by Google in this

14 litigation bearing the Bates range GOOG-PLAY4-006402390 to GOOG-PLAY4-006402402.

15        19.     **Exhibit 18** is a true and correct copy of an article by Amir Efrati, *Verizon Preps*

16 *Challenge to Google's App Store,* The Information (Aug. 20, 2014),

17 https://www.theinformation.com/articles/verizon-preps-challenge-to-google-s-app-store.

18        20.     **Exhibit 19** is an excerpt of a true and correct copy of the deposition transcript of

19 Hal J. Singer, Ph.D. taken in this litigation on May 12, 2022 ("Singer Class Cert. Dep.").

20        21.     **Exhibit 20** is an excerpt of a true and correct copy of the deposition transcript of

21 Steven Schwartz, Ph.D. taken in this litigation on March 28, 2023.

22

23

24

25

26

27

28

POMERANTZ DECLARATION IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

1    DATED: April 20, 2023                    Respectfully submitted,

2

3                                            By:        /s/ *Glenn D. Pomerantz*
                                                   Glenn D. Pomerantz
4
                                                   Glenn D. Pomerantz, S.B. #112503
5                                                  glenn.pomerantz@mto.com
                                                   Kuruvilla Olasa, S.B. #281509
6                                                  kuruvilla.olasa@mto.com
                                                   Nicholas R. Sidney, S.B. #308080
7                                                  nick.sidney@mto.com
                                                   **MUNGER, TOLLES & OLSON LLP**
8                                                  350 South Grand Avenue, Fiftieth Floor
                                                   Los Angeles, California 90071
9                                                  Telephone: (213) 683-9100

10                                                 Kyle W. Mach, S.B. #282090
                                                   kyle.mach@mto.com
11                                                 Justin P. Raphael, S.B. #292380
                                                   justin.raphael@mto.com
12                                                 Emily C. Curran-Huberty, S.B. #293065
                                                   emily.curran-huberty@mto.com
13                                                 Dane P. Shikman, S.B. #313656
                                                   dane.shikman@mto.com
14                                                 **MUNGER TOLLES & OLSON LLP**
                                                   560 Mission St., Suite 2700
15                                                 San Francisco, CA 94105
                                                   Telephone: (415) 512-4000
16                                                 Facsimile: (415) 512-4077

17                                                 Jonathan I. Kravis, *pro hac vice*
                                                   jonathan.kravis@mto.com
18                                                 **MUNGER, TOLLES & OLSON LLP**
                                                   601 Massachusetts Avenue NW, Suite 500E
19                                                 Washington, D.C. 20001
                                                   Telephone: (202) 220-1100
20

21

22

23

24

25

26

27

28

POMERANTZ DECLARATION IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

1

2

3

4

5

6

7

8

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

9

10

11

12

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

13

14

15

16

17

Neal Kumar Katyal, *pro hac vice*
neal.katyal@hoganlovells.com
Jessica L. Ellsworth, *pro hac vice*
jessica.ellsworth@hoganlovells.com
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

18

19

*Counsel for Defendants Google LLC, et al.*

20

21

22

23

24

25

26

27

28

-4-

POMERANTZ DECLARATION IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

1   **E-FILING ATTESTATION**

2       I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file

3   this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for

4   Defendants have concurred in this filing.

5

6
                                                /s/ Glenn D. Pomerantz
7                                               Glenn D. Pomerantz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POMERANTZ DECLARATION IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD