# EXHIBIT 5

developers

Platform | Android Studio | **Google Play** | Jetpack | Kotlin | Docs | News

Search | LANGUAGE | SIGN IN

# Google Play

OVERVIEW | PLAY CONSOLE | PLAY STORE | PLAY BILLING | PLAY POLICIES | PLAY SERVICES | GAMES | GUIDES | RESOURCES | STORIES

**Google Play's billing system**
- Overview
- Terminology
- Getting ready
- Integrate the library
- Sell subscriptions
- Offer a promotion
- Test your integration
- Library release notes
- Contact us

**Additional guides**
- Fight fraud and abuse
- Migrate from AIDL
- Developer payload
- Use the Billing Library with Unity

**Resources**
- Play Billing Library reference
- Google Play Developer API
- Additional resources
- Real-time developer notifications reference

**Deprecated content**
- AIDL reference
- Rewarded products

Google Play's billing system > Google Play > Play Billing

# Google Play's billing system overview

**Reminder:** Starting on August 2, 2021, all new apps must use Billing Library version 3 or newer. By November 1, 2021, all updates to existing apps must use Billing Library version 3 or newer. Learn more.

**Table of contents**
- Getting started
- More information

Google Play's billing system is a service that enables you to sell digital products and content in your Android app.

You can use Google Play's billing system to sell the following types of digital content:

- **One-time products:** A *one-time product* is content that users can purchase with a single, non-recurring charge to the user's form of payment.

  One-time products can be either *consumable* or *non-consumable*:

  - A consumable product is one that a user consumes to receive in-app content, such as in-game currency. When a user consumes the product, your app dispenses the associated content, and the user can then purchase the item again.

  - A non-consumable product is a product that is purchased only once to provide a permanent benefit. Examples include premium upgrades and level packs.

- **Subscriptions:** A *subscription* is a product that provides access to content on a recurring basis. Subscriptions renew automatically until they're canceled. Examples of subscriptions include access to online magazines and music streaming services.

The Google Play Console offers a lot of flexibility when creating subscription products. As examples, you can set the billing period, offer a free trial, offer an introductory price, provide grace periods when payment fails, and allow users to pause their subscriptions as an alternative to canceling. For more information and a complete list of subscription features, see Implement subscription-specific features.

## Getting started

To start integrating Google Play's billing system with your app, see Getting ready.

## More information

For more information about integrating Google Play's billing system into your app, see the following topics:

- Integrate the Google Play Billing Library into your app
- Fight fraud and abuse
- Migrate from AIDL
- Developer payload
- Use Google Play's billing system with Unity

**Was this page helpful?**

Content and code samples on this page are subject to the licenses described in the Content License. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2020-10-06 UTC.

**Twitter**
Follow @AndroidDev on Twitter

**YouTube**
Check out Android Developers on YouTube

**More Android**
- Android
- Enterprise

**Support**
- Report platform bug
- Report documentation bug

**Documentation**
- Developer guides
- Design guides

GOOG-PLAY-000057598

| | | |
|---|---|---|
| Security | Google Play support | API reference |
| Source | Join research studies | Samples |
| | | Android Studio |

## Google Developers

- Android
- Chrome
- Firebase
- Google Cloud Platform
- All products

Privacy  |  License  |  Brand guidelines

Get news and tips by email   **SUBSCRIBE**   LANGUAGE ▼

GOOG-PLAY-000057599