# EXHIBIT 6

Play Console Help

Describe your issue

Play Console

Play Console Help | Policy Center

# Supported locations for distribution to Google Play users

Using the table below, you can find app availability information, along with supported currency and price range information for Google Play users.

## Table legend

### Download free apps

- ✔ - Users in these locations may download free apps that do not contain in-app purchases on Google Play.
- ✘ - Users in these locations may not download free apps on Google Play.

### Download paid apps

- ✔ - Users in these locations may download paid apps or apps with in-app purchases on Google Play.
- ✘ - Users in these locations may not download paid apps. Attempts to make an in-app purchases on Google Play will fail.

### Buyer currency & price range

*Note*: Listed price ranges apply to paid apps and in-app products.

- ★ - Users who purchase apps in these locations may see prices in their local currency on Google Play, but the transaction will take place using the **Developer's Default Price and Currency**.
- ☆ - Users in these locations may not download Paid apps from Google Play.

| Location | Download free apps | Download paid apps | Buyer Currency and Price Range |
|---|---|---|---|
| Albania | ✔ | ✔ | ★ |
| Algeria | ✔ | ✔ | DZD 109.00 - 45,000.00 |
| Angola | ✔ | ✔ | ★ |
| Antigua and Barbuda | ✔ | ✔ | ★ |
| Argentina | ✔ | ✔ | ★ |
| Armenia | ✔ | ✔ | ★ |
| Aruba | ✔ | ✔ | ★ |
| Australia | ✔ | ✔ | AUD .99 - 550.00 |
| Austria | ✔ | ✔ | EUR .50 - 350.00 |
| Azerbaijan | ✔ | ✔ | ★ |
| Bahamas | ✔ | ✔ | ★ |
| Bahrain | ✔ | ✔ | USD .99 - 400.00 |
| Bangladesh | ✔ | ✔ | BDT 80.00 - 33,000.00 |
| Belarus | ✔ | ✔ | ★ |
| Belgium | ✔ | ✔ | EUR .50 - 350.00 |
| Belize | ✔ | ✔ | ★ |
| Benin | ✔ | ✔ | ★ |
| Bermuda | ✔ | ✔ | USD .99 - 400.00 |
| Bolivia | ✔ | ✔ | BOB 7.00 - 2,800.00 |
| Bosnia and Herzegovina | ✔ | ✔ | ★ |
| Botswana | ✔ | ✔ | ★ |
| Brazil | ✔ | ✔ | BRL 0.99 - 1,500.00 |
| British Virgin Islands | ✔ | ✔ | USD .99 - 400.00 |
| Bulgaria | ✔ | ✔ | BGN 1.50 - 700.00 |
| Burkina Faso | ✔ | ✔ | ★ |
| Cambodia | ✔ | ✔ | USD .99 - 400.00 |
| Cameroon | ✔ | ✔ | ★ |
| Canada | ✔ | ✔ | CAD .99 - 500.00 |
| Cape Verde | ✔ | ✔ | |

## Play Console Help

- Supported locations for distribution to Google Play users
- Offer apps in multiple currencies
- Tax rates & value-added tax (VAT)
- Withholding tax (WHT)
- Merchant guidelines
- Create a managed product
- Create a subscription
- Create a rewarded product
- Review in-app subscription performance
- Create sales for paid apps
- Currency support for Brazilian Real & required taxes

| Country | | | |
|---|---|---|---|
| Cayman Islands | ✔ | ✔ | USD .99 - 400.00 |
| Chile | ✔ | ✔ | CLP 200.00 - 270,000.00 |
| China | ✔ | ✘ | ☆ |
| Colombia | ✔ | ✔ | COP 800.00 - 1,337,000.00 |
| Costa Rica | ✔ | ✔ | CRC 500.00 - 270,000.00 |
| Cote d'Ivoire | ✔ | ✔ | ★ |
| Croatia | ✔ | ✔ | HRK 6.60 - 2,700.00 |
| Cuba | ✔ | ✘ | ☆ |
| Cyprus | ✔ | ✔ | EUR .50 - 350.00 |
| Czech Republic | ✔ | ✔ | CZK 19.50 - 10,000.00 |
| Denmark | ✔ | ✔ | DKK 6.00 - 2,600.00 |
| Dominican Republic | ✔ | ✔ | ★ |
| Ecuador | ✔ | ✔ | ★ |
| Egypt | ✔ | ✔ | EGP 2.00 - 7,500.00 |
| El Salvador | ✔ | ✔ | ★ |
| Estonia | ✔ | ✔ | EUR .50 - 350.00 |
| Fiji | ✔ | ✔ | ★ |
| Finland | ✔ | ✔ | EUR .50 - 350.00 |
| France | ✔ | ✔ | EUR .50 - 350.00 |
| Gabon | ✔ | ✔ | ★ |
| Georgia | ✔ | ✔ | GEL 2.00 GEL to 1,100.00 |
| Germany | ✔ | ✔ | EUR .50 - 350.00 |
| Ghana | ✔ | ✔ | GHS 4.00 - 1,700.00 |
| Greece | ✔ | ✔ | EUR .50 - 350.00 |
| Guatemala | ✔ | ✔ | ★ |
| Guinea | ✔ | ✔ | USD .99 - 400.00 |
| Guinea-Bissau | ✔ | ✔ | ★ |
| Haiti | ✔ | ✔ | ★ |
| Honduras | ✔ | ✔ | ★ |
| Hong Kong | ✔ | ✔ | HKD 7.00 - 3,100.00 |
| Hungary | ✔ | ✔ | HUF 125.00 - 133,700.00 |
| Iceland | ✔ | ✔ | ★ |
| India | ✔ | ✔ | INR 10.00 - 26,000.00 |
| Indonesia | ✔ | ✔ | IDR 3,000.00 - 5,500,000.00 |
| Iran | ✔ | ✘ | ☆ |
| Iraq | ✔ | ✔ | IQD 1,190.00 - 476,000 |
| Ireland | ✔ | ✔ | EUR .50 - 350.00 |
| Israel | ✔ | ✔ | ILS 3.00 - 1,337.00 |
| Italy | ✔ | ✔ | EUR .50 - 350.00 |
| Jamaica | ✔ | ✔ | ★ |
| Japan | ✔ | ✔ | JPY 99.00 - 48,000.00 |
| Jordan | ✔ | ✔ | JOD 0.70 - 285 |
| Kazakhstan | ✔ | ✔ | KZT 300.00 - 120,000.00 |
| Kenya | ✔ | ✔ | KES 102.00 - 42,000.00 |
| Kuwait | ✔ | ✔ | USD .99 - 400.00 |
| Kyrgyzstan | ✔ | ✔ | ★ |
| Laos | ✔ | ✔ | ★ |
| Latvia | ✔ | ✔ | EUR .50 - 350.00 |
| Lebanon | ✔ | ✔ | LBP 1,500.00 - 600,000.00 |
| Liechtenstein | ✔ | ✔ | CHF .99 - 350.00 |
| Lithuania | ✔ | ✔ | EUR .50 - 350.00 |
| Luxembourg | ✔ | ✔ | EUR .50 - 350.00 |
| Macau | ✔ | ✔ | MOP 7.50 to 3,250.00 |
| Macedonia | ✔ | ✔ | ★ |
| Malaysia | ✔ | ✔ | MYR 1.00 - 1,337.00 |
| Mali | ✔ | ✔ | ★ |
| Malta | ✔ | ✔ | ★ |
| Mauritius | ✔ | ✔ | ★ |
| Mexico | ✔ | ✔ | MXN 5.00 - 7,000.00 |
| Micronesia | ✔ | ✔ | USD .99 - 400.00 |
| Moldova | ✔ | ✔ | ★ |

| Country | | | Price Range |
|---|---|---|---|
| Morocco | ✔ | ✔ | MAD 8.50 - 4,000.00 |
| Mozambique | ✔ | ✔ | ★ |
| Myanmar | ✔ | ✔ | MMK 1,500 to 620,000 |
| Namibia | ✔ | ✔ | ★ |
| Nepal | ✔ | ✔ | ★ |
| Netherlands | ✔ | ✔ | EUR .50 - 350.00 |
| Netherlands Antilles | ✔ | ✔ | ★ |
| New Zealand | ✔ | ✔ | NZD .99 - 600.00 |
| Nicaragua | ✔ | ✔ | ★ |
| Niger | ✔ | ✔ | ★ |
| Nigeria | ✔ | ✔ | NGN 40.00 - 80,000.00 |
| Norway | ✔ | ✔ | NOK 6.00 - 3,370.00 |
| Oman | ✔ | ✔ | USD .99 - 400.00 |
| Pakistan | ✔ | ✔ | PKR 105.00 - 42,000.00 |
| Panama | ✔ | ✔ | ★ |
| Papua New Guinea | ✔ | ✔ | ★ |
| Paraguay | ✔ | ✔ | PYG 5,700 to 2,400,000 |
| Peru | ✔ | ✔ | PEN 0.99 - 1,337.00 |
| Philippines | ✔ | ✔ | PHP 15.00 - 18,000.00 |
| Poland | ✔ | ✔ | PLN 1.79 - 1,600.00 |
| Portugal | ✔ | ✔ | EUR .50 - 350.00 |
| Qatar | ✔ | ✔ | QAR 3.50 - 1,500.00 |
| Rest of the World [1] | ✔ | ✘ | ☆ |
| Romania | ✔ | ✔ | RON 3.50 - 1,600.00 |
| Russia [2] | ✔ | ✔ | RUB 15.00 - 42,000.00 |
| Rwanda | ✔ | ✔ | ★ |
| Saudi Arabia | ✔ | ✔ | SAR 0.99 - 1,337.00 |
| Senegal | ✔ | ✔ | ★ |
| Serbia | ✔ | ✔ | RSD 99 to 41,000 |
| Singapore | ✔ | ✔ | SGD .99 - 550.00 |
| Slovakia | ✔ | ✔ | EUR .50 - 350.00 |
| Slovenia | ✔ | ✔ | EUR .50 - 350.00 |
| South Africa | ✔ | ✔ | ZAR 3.99 - 5,500.00 |
| South Korea | ✔ | ✔ | KRW 999 - 450,000.00 |
| Spain | ✔ | ✔ | EUR .50 - 350.00 |
| Sri Lanka | ✔ | ✔ | LKR 151.00 - 61,005.00 |
| Sudan | ✔ | ✘ | ☆ |
| Sweden | ✔ | ✔ | SEK 7.00 - 3,000.00 |
| Switzerland | ✔ | ✔ | CHF .99 - 350.00 |
| Taiwan | ✔ | ✔ | TWD 30.00 - 13,370.00 |
| Tajikistan | ✔ | ✔ | ★ |
| Tanzania | ✔ | ✔ | TZS 2,200.00 - 894,000.00 |
| Thailand | ✔ | ✔ | THB 10.00 - 13,370.00 |
| Togo | ✔ | ✔ | ★ |
| Trinidad and Tobago | ✔ | ✔ | ★ |
| Tunisia | ✔ | ✔ | ★ |
| Turkey | ✔ | ✔ | TRY 0.59 - 1,337.00 |
| Turkmenistan | ✔ | ✔ | ★ |
| Turks and Caicos Islands | ✔ | ✔ | USD .99 - 400.00 |
| Uganda | ✔ | ✔ | ★ |
| Ukraine [2] | ✔ | ✔ | UAH 5.00 - 9,000.00 |
| United Arab Emirates | ✔ | ✔ | AED 3.50 - 1,337.00 |
| United Kingdom | ✔ | ✔ | GBP .50 - 300.00 |
| United States [3] | ✔ | ✔ | USD .99 - 400.00 |
| Uruguay | ✔ | ✔ | ★ |
| Uzbekistan | ✔ | ✔ | ★ |
| Venezuela | ✔ | ✔ | ★ |
| Vietnam | ✔ | ✔ | VND 6,000.00 - 9,000,000.00 |
| Yemen | ✔ | ✔ | ★ |
| Zambia | ✔ | ✔ | ★ |
| Zimbabwe | ✔ | ✔ | ★ |

[1] Locations that are not explicitly listed in this table fall under the Rest of the world category. By enabling distribution to Rest of the world, you automatically include all locations grouped in this category.

[2] Due to recently enacted international sanctions against the Crimea region, the availability of products listed above for Russia and Ukraine does not apply to the Crimea region.

[3] Includes Puerto Rico.

[4] By enabling distribution to the United States, you automatically include the following locations: American Samoa, Guam, Marshall Islands, Northern Mariana Islands, Palau, and US Virgin Islands.