| | |
|---|---|
| Karma M. Giulianelli (SBN 184175) | Glenn D. Pomerantz (SBN 112503) |
| karma.giulianelli@bartlitbeck.com | glenn.pomerantz@mto.com |
| **BARTLIT BECK LLP** | **MUNGER, TOLLES & OLSON LLP** |
| 1801 Wewatta St., Suite 1200 | 350 South Grand Avenue, Fiftieth Floor |
| Denver, CO 80202 | Los Angeles, CA 90071 |
| Telephone: (303) 592-3100 | Telephone: (213) 683-9100 |
| | |
| Hae Sung Nam (*pro hac vice*) | Brian C. Rocca (SBN 221576) |
| hnam@kaplanfox.com | brian.rocca@morganlewis.com |
| **KAPLAN FOX & KILSHEIMER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 850 Third Avenue | One Market, Spear Street Tower |
| New York, NY 10022 | San Francisco, CA 94105-1596 |
| Telephone: (212) 687-1980 | Telephone: (415) 442-1000 |
| | |
| *Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Defendants Google LLC et al.* |

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
Lauren Weinstein
lweinstein@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for the Plaintiff States*

Douglas J. Dixon (SBN 275389)
ddixon@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT NOTICE OF RESOLUTION OF APPLICATION FOR FEES AND COSTS IN BRINGING RULE 37 MOTION**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's March 28, 2023 Findings of Fact and Conclusion of Law (MDL Dkt. No. 469), Google, Consumer Plaintiffs, States, and Match Plaintiffs report that they have reached agreement on the fees and costs to be paid by Google and that there are no disputes requiring resolution by the Court.

Dated:  May 12, 2023

BARTLIT BECK LLP
    Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
    Hae Sung Nam

Respectfully submitted,

By:  /s/ Karma M. Giulianelli
    Karma M. Giulianelli

*Co-Lead Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

JOINT NOTICE OF RESOLUTION OF APPLICATION FOR FEES AND COSTS IN BRINGING RULE 37 MOTION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD, 3:22-cv-02746-JD
2

Dated:  May 12, 2023

PRITZKER LEVINE LLP
    Elizabeth C. Pritzker

Respectfully submitted,

By: */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker

*Liaison Counsel for the Class in In re Google Play Consumer Antitrust Litigation*

Dated:  May 12, 2023

OFFICE OF THE UTAH ATTORNEY GENERAL
    Brendan P. Glackin
    Lauren M. Weinstein

Respectfully submitted,

By: */s/ Lauren M. Weinstein*
    Lauren M. Weinstein

*Counsel for the Plaintiff States*

Dated:  May 12, 2023

HUESTON HENNIGAN LLP
    Douglas J. Dixon
    Christine Woodin
    Joseph A. Reiter

Respectfully submitted,

By: */s/ Douglas J. Dixon*
    Douglas J. Dixon

*Counsel for Plaintiffs Match Group, LLC et al.*

| | | |
|---|---|---|
| Dated: May 12, 2023 | | MORGAN, LEWIS & BOCKIUS LLP |

Dated: May 12, 2023
MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By: */s/ Brian C. Rocca*
    Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: May 12, 2023
MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis

Respectfully submitted,

By: */s/ Glenn D. Pomerantz*
    Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Karma M. Giulianelli, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Karma M. Giulianelli*