UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GOOGLE PLAY STORE ANTITRUST LITIGATION. _____ MARY CARR, Individually and on behalf of all others similarly situated; et al., Plaintiffs-Appellees, v. GOOGLE LLC; et al., Defendants-Appellants. | No. 23-15285 D.C. No. 3:20-cv-05761-JD Northern District of California, San Francisco ORDER |

Before: GRABER, NGUYEN, and SUNG, Circuit Judges.

The motion to expedite calendaring (Docket Entry No. 14) is granted in part.

The existing briefing schedule remains in effect. The Clerk will place this appeal on the calendar for September 2023. *See* 9th Cir. Gen. Ord. 3.3(f). No streamlined extension of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). Any written motion for an extension of time to file a brief will be referred to the panel assigned to decide the merits of this appeal.

OSA113