Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In
re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE
 & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500

Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Michael J. Zaken (*pro hac vice*)
mzaken@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Ave
New York, New York 10001
Telephone: (212) 474-1000

*Attorneys for Plaintiff Epic Games, Inc.*

Paula L. Blizzard (SBN 207920)
paula.blizzard@doj.ca.gov
**OFFICE OF THE CALIFORNIA
ATTORNEY GENERAL**
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415-510-4400

*Counsel for the Plaintiff States*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature
page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*State of Utah v. Google LLC,* Case No. 3:21-cv-05227-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE OCTOBER 30 HEARING ON INJUNCTION COMPLIANCE AND STATE AND CONSUMER SETTLEMENT**<br><br>Date: October 30, 2025<br>Time: 10:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

Case No. 3:20-cv-05671-JD

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

WHEREAS, on Tuesday, September 23, 2025, the Court issued an order setting a status conference for October 30, 2025 ("the Hearing") to discuss "the steps needed to implement the Court's injunction" in *Epic Games, Inc. v. Google LLC*, and the proposed settlement in the States' and consumers' actions, MDL Dkt. No. 1100;

WHEREAS, Glenn D. Pomerantz, lead counsel for Defendants Google LLC et al. ("Google"), who is taking the lead at the hearing for Google, has a preexisting conflict that affects his ability to attend the Hearing.  Specifically, Mr. Pomerantz is an honoree at the Los Angeles Legal Foundation's Access to Justice dinner, which will occur on the evening of October 29, 2025 in Los Angeles, California.  Mr. Pomerantz has family coming from out of town who will be remaining in Los Angeles on October 30.  In addition, although Mr. Pomerantz could attempt to take an early flight to San Francisco the morning of the Hearing, there is a risk of delay, which would inconvenience the Court as well as all other counsel attending the hearing.

WHEREAS, in light of the above conflict, Google respectfully requests that the Court's hearing of October 30 be rescheduled;

WHEREAS, counsel for Google has conferred with counsel for the States, Consumers, and Epic regarding their availability and all counsel are available the following Thursday, November 6, 2025.  In addition, if the Court were willing to reschedule the Hearing for a date other than a Thursday, all counsel are available on Wednesday, November 5, 2025.

NOW, THEREFORE, IT IS HEREBY STIPUATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

- The October 30 status conference, MDL Dkt. No. 1100, shall be vacated; and
- The Hearing shall be re-set for November 6, 2025.

-1-

-2-

DATED:  October 1, 2025

MUNGER TOLLES & OLSON LLP
Glenn D. Pomerantz

Respectfully submitted,

By: _____/s/ Glenn D. Pomerantz_____
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

DATED:  October 1, 2025

BARTLIT BECK LLP
Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
Hae Sung Nam

Respectfully submitted,

By: _____/s/ Karma M. Giulianelli_____
Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

DATED:  October 1, 2025

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL
Paula L. Blizzard

Respectfully submitted,

By: _____/s/ Paula L. Blizzard_____
Paula L. Blizzard

*Counsel for Plaintiff States*

DATED:  October 1, 2025

CRAVATH, SWAINE & MOORE LLP
Gary A. Bornstein

Respectfully submitted,

By: _____*/s/ Gary A. Bornstein*_____
Gary A. Bornstein

*Counsel for Epic Games, Inc.*

STIPULATION REGARDING DEFENDANTS' MOTION TO RESCHEDULE OCTOBER 30 HEARING
Case Nos. 3:21-md-02981-JD, 3:21-cv-05227-JD, Case No. 3:20-cv-05761-JD

## **E-FILING ATTESTATION**

I, Glenn D. Pomerantz, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories and counsel for all Defendants have concurred in this filing.

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

-4-