Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for Consumer Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITGATION** | Case No.: 3:21-md-02981-JD |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING COUNSEL FOR CONSUMER PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND INCENTIVE AWARDS FOR INDIVIDUAL PLAINTIFFS** |
| *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD | |
| *State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Hon. James Donato |

[PROPOSED] ORDER GRANTING COUNSEL FOR CONSUMER PLAINTIFFS' RENEWED FEE MOTION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:21-cv-05227-JD

The Court, having considered Counsel for Consumer Plaintiffs' Renewed Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Incentive Awards for Individual Plaintiffs, and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and ORDERS that:

1.    Consumer Counsel are awarded attorneys' fees of $85,000,000.00.

2.    Consumer Counsel are awarded reimbursement of their unreimbursed litigation costs and expenses in the amount of $8,585,761.38.

3.    Each of the six Individual Plaintiffs is awarded a service award of $5,000.00.

4.    The attorneys' fees, reimbursement of litigation costs and expenses, and the service awards shall be paid from the common fund after entry of this order.

5.    Court appointed Co-Lead Counsel (Karma Giulianelli of Bartlit Beck LLP and Hae Sung Nam of Kaplan Fox & Kilsheimer LLP) shall allocate the fees and reimbursement of expenses among themselves, and with any firms assisting on the matter, in a fair and equitable manner.

**IT IS SO ORDERED.**

DATED: _____            _____
                                          HONORABLE JAMES DONATO
                                          UNITED STATES DISTRICT JUDGE

- 1 -