# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 30, 2026                                      Judge: Hon. James Donato

Time: 22 Minutes

Cases:      **3:20-cv-05761-JD  In re Google Play Consumer Antitrust Litigation**
**3:21-cv-05227-JD  State of Utah et al v. Google LLC et al**
**3:21-md-02981-JD  In re Google Play Store Antitrust Litigation**

Attorney(s) for Plaintiff(s):    Karma Giulianelli/Hae Sung Nam/Elizabeth Pritzker/
Nanci Nishimura/Cari Jeffries/Brian Wang/
Paula Blizzard/Michael Jorgenson/Jayme Weber/
David Sonnenreich

Attorney(s) for Defendant(s):    Kuruvilla Olasa/Sujal Shah

Deputy Clerk: Lisa R. Clark                              Court Reporter: Andrea Bluedorn

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

In the States' case, No. 21-5227, the parens patriae settlement will be approved.  The parties will submit a revised proposed order for the Court's consideration.

In the Consumers' case, No. 20-5761, the motion for attorneys' fees, reimbursement of expenses, and incentive awards, Dkt. No. 535, is taken under submission.